# UNITED STATES DISTRICT COURT

NORTHERN     DISTRICT OF     TEXAS, FORT WORTH

UNITED STATES

V.

DANIEL LOYOLA

## EXHIBIT AND WITNESS LIST

Case Number: 4:22-MJ-878

| PRESIDING JUDGE JEFFREY L. CURETON | | | | | PLAINTIFF'S ATTORNEY Doug Allen | DEFENDANT'S ATTORNEY Josh Rhodes |
| --- | --- | --- | --- | --- | --- | --- |
| TRIAL DATE (S) DETENTION HEARING 10/31/22 | | | | | COURT REPORTER DIGITAL | COURTROOM DEPUTY J. HARWELL |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| 1 | | 10/31/2022 | YES | YES | photos | |
| | | | | | Returned to Offering Party ___ Received by: _DA_ | |
| | | | | | | |
| | | | | | Returned to Offering Party ___ Received by: ___ | |
| | | | | | | |
| | | | | | Returned to Offering Party ___ Received by: ___ | |
| | | | | | | |
| | | | | | Returned to Offering Party ___ Received by: ___ | |
| | | | | | | |
| | | | | | Returned to Offering Party ___ Received by: ___ | |
| | | | | | | |
| | | | | | Returned to Offering Party ___ Received by: ___ | |
| | | | | | | |
| | | | | | Returned to Offering Party ___ Received by: ___ | |
| | | | | | | |
| | | | | | Returned to Offering Party ___ Received by: ___ | |
| | | | | | | |
| | | | | | Returned to Offering Party ___ Received by: ___ | |
| | | | | | | |
| | | | | | Returned to Offering Party ___ Received by: ___ | |
| | | | | | | |
| | | | | | Returned to Offering Party ___ Received by: ___ | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

ᵢOLA's Instagram account

𝓘𝓷𝓼𝓽𝓪𝓰𝓻𝓪𝓶  Q   _nleyoungin817_   ⌂ ⊘ ⊕ ⊘ ♡ 🐾



_nleyoungin817_   [Follow]   ...

0 posts       158 followers       1,019 following

Da Gun Runna ♛
Rollin 60s In the Name of @draco60__ NHC 💜 💜
m.youtube.com/watch?v=eNHVFphOdWM&feature=share

This Account is Private

Follow to see their photos and
videos.

Meta   About   Blog   Jobs   Help   API   Privacy   Terms   Top Accounts   Hashtags   Locations   Instagram Lite   Contact Uploading & Non-Users

English        © 2022 Instagram from Meta

Profile Photo from the Instagram account

GOVERNMENT
EXHIBIT
1
4:22-MJ-00878-BJ

1



Noted on the story area of the _nleyoungin817_ Instagram account on October 1, 2022



Stills from the video noted on the story area of the _nleyoungin817_ Instagram account on Observed on Ocotber 3, 2022



4

Observed on LOYOLA's Facebook account on October 3, 2022.



Observed on LOYOLA's Facebook Account



Noted on the story area of the _nleyoungin817_ Instagram account October 3, 2022



6

Noted on the story area of the _nleyoungin817_ Instagram account October 7, 2022



Noted on the story area of the _nleyoungin817_ Instagram account on October 11, 2022



Noted on the story area of the _nleyoungin817_ Instagram account on October 11, 2022



Noted on the story area of the _nleyoungin817_ Instagram account on October 15, 2022



Noted on the story area of the _nleyoungin817_ Instagram account October 15, 2022



Noted on the story area of the _nleyoungin817_ Instagram account October 15, 2022

12

