CTJ-O

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

CLERK OF DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION
FILED
2022 DEC -5 PM 3:42

DEPUTY CLERK _____

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. |
| DANIEL LOYOLA, JR. (01) | 4-22CR-356-O |

**INFORMATION**

The United States Attorney Charges:

Count One
Possession of a Machinegun
(Violation of 18 U.S.C. § 922(o) and § 924(a)(2))

On or about October 25, 2022, in the Fort Worth Division of the Northern District of Texas, defendant **Daniel Loyola, Jr.**, did knowingly possess a machinegun, that is, a Saco Defense Inc., model M60 E3, 7.62mm machinegun: bearing serial number 233945.

In violation of 18 U.S.C. § 922(o) and § 924(a)(2).

Information - Page 1

Forfeiture Notice
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction of the offense alleged in count one, and under 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), defendant **Daniel Loyola, Jr.**, shall forfeit to the United States of America any firearm and ammunition involved in or used in the knowing commission of the offense, including but not limited to, the following: a Saco Defense Inc., model M60 E3, 7.62mm machinegun: bearing serial number 233945.

CHAD E. MEACHAM
UNITED STATES ATTORNEY

LEVI THOMAS
Assistant United States Attorney
Texas State Bar No. 24083963
801 Cherry Street, Suite 1700
Fort Worth, Texas   76102
Telephone:   817-252-5200
Facsimile:   817-252-5455