IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

DANIEL LOYOLA, JR. (01)

No. 4:22-CR-356-O

## FACTUAL RÈSUMÈ

I.    Plea:
Count One: Possession of a Machinegun, in violation of 18 U.S.C. § 922(o) and § 924(a)(2).

II.    Penalties:
The penalties the Court can impose include:

     a.    imprisonment for a period not to exceed ten (10) years;
     b.    a fine not to exceed $250,000;
     c.    a term of supervised release not to exceed three (3) years, which may be mandatory under the law and will follow any term of imprisonment. If the defendant violates any condition of supervised release, the Court may revoke such release term and require that the defendant serve an additional period of confinement;
     d.    a mandatory special assessment of $100;
     e.    forfeiture of firearms and ammunition; and
     f.    costs of incarceration and supervision.

III.    Elements of the Offense:
The elements the government must prove beyond a reasonable doubt to establish the offense alleged in Count One of the Superseding Indictment are:

     First:      That the defendant knowingly possessed a machinegun;

     Second:      That the defendant knew of the characteristics of the weapon that made it a machinegun, namely, that it was a weapon that can shoot, automatically more than one shot, without manual reloading, by a single function of the trigger.

IV. <u>Stipulated Facts:</u>

On or about October 25, 2022, in the Fort Worth Division of the Northern District of Texas, defendant **Daniel Loyola, Jr.**, did knowingly possess a machinegun and knew that the firearm was a machinegun that fired in fully-automatic fashion. Specifically, **Loyola** possessed a Saco Defense Inc., model M60 E3, 7.62mm machinegun: bearing serial number 233945.

AGREED AND STIPULATED on this  1st  day of  December 2022

_____
DANIEL LOYOLA, JR.
Defendant

_____
JOSHUA RHODES
Counsel for Defendant