# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

## MINUTE ORDER

| | |
|---|---|
| Type hearing: | Rearraignment, **NON-EVIDENTIARY** HELD |
| Case number: | 4:22-CR-00356-O |
| Defendant | DANIEL LOYOLA, JR., sworn |
| Court Reporter | Monica Guzman |
| Interpreter: | n/a |
| US Attorney: | Michael Levi Thomas PJ Meitl fur |
| Defense Attorney: | Joshua Smith Rhodes-FPD |
| Time in Court: | 10 minutes |
| Judge: | Magistrate Judge Hal R. Ray, Jr. |
| Date of hearing: | 14th day of December, 2022 |
| Status: | Defendant entered plea of guilty to Count(s) 1 of the Information |
| | Deft TBS: March 24, 2023 |
| | PSI Referral Form to Defendant's Attorney |
| | Scheduling Order to follow |
| | Deft continued in custody |
| Deputy Clerk: | E. Moore |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC 14 2022
CLERK, U.S. DISTRICT COURT
By_____ Deputy