```
 1              IN THE UNITED STATES DISTRICT COURT

 2             FOR THE NORTHERN DISTRICT OF TEXAS

 3                    FORT WORTH DIVISION

 4   UNITED STATES OF AMERICA    )    CASE NO. 4:22-CR-00355-P
                                 )
 5                               )    FORT WORTH, TEXAS
     vs.                         )
 6                               )    DECEMBER 14, 2022
     MARLENE LANETTE HUNTER      )    9:45 A.M.
 7   ------------------------------------------------------------

 8   UNITED STATES OF AMERICA    )    CASE NO. 4:22-CR-00272-P
                                 )
 9                               )    FORT WORTH, TEXAS
                                 )
10   vs.                         )
                                 )    DECEMBER 14, 2022
11   PROMISE NNANYEREUGO OKAFOR  )    9:45 A.M.

12   ------------------------------------------------------------

13   UNITED STATES OF AMERICA    )    CASE NO. 4:22-CR-00363-Y
                                 )
14                               )    FORT WORTH, TEXAS
     vs.                         )
15                               )    DECEMBER 14, 2022
     KINSEY TAYLOR FORCE         )    9:45 A.M.
16   ------------------------------------------------------------

17   UNITED STATES OF AMERICA    )    CASE NO. 4:22-CR-00356-O
                                 )
18                               )    FORT WORTH, TEXAS
                                 )
19   vs.                         )
                                 )    DECEMBER 14, 2022
20   DANIEL LOYOLA, JR.          )    9:45 A.M.

21   ------------------------------------------------------------

22   UNITED STATES OF AMERICA    )    CASE NO. 4:22-CR-00333-O
                                 )
23                               )    FORT WORTH, TEXAS
     vs.                         )
24                               )    DECEMBER 14, 2022
     MARCEL MALLORY              )    9:45 A.M.
25   ------------------------------------------------------------
```

```
 1   UNITED STATES OF AMERICA      )    CASE NO. 4:22-CR-00310-O
                                   )
 2                                 )    FORT WORTH, TEXAS
     vs.                           )
 3                                 )    DECEMBER 14, 2022
     CHRISTOPHER ALLEN HINSLEY     )    9:45 A.M.
 4
     ------------------------------------------------------------
 5
     UNITED STATES OF AMERICA      )    CASE NO. 4:22-CR-00363-Y
 6                                 )
                                   )    FORT WORTH, TEXAS
 7   vs.                           )
                                   )    DECEMBER 14, 2022
 8   LANDON ALLEN PEACOCK          )    9:45 A.M.

 9   ------------------------------------------------------------

10   UNITED STATES OF AMERICA      )    CASE NO. 4:22-CR-00363-Y
                                   )
11                                 )    FORT WORTH, TEXAS
     vs.                           )
12                                 )    DECEMBER 14, 2022
     TRISTAN DESHON EARLY-WRIGHT   )    9:45 A.M.

13   ------------------------------------------------------------

14

15                         VOLUME 1
          TRANSCRIPT OF GUILTY PLEA AT ARRAIGNMENT/REARRAIGNMENT
16             BEFORE THE HONORABLE HAL R. RAY, JR.
                UNITED STATES MAGISTRATE COURT JUDGE
17

18   A P P E A R A N C E S:

19   FOR THE GOVERNMENT:     P.J. MEITL
                             UNITED STATES DEPARTMENT OF JUSTICE
20                           NORTHERN DISTRICT OF TEXAS
                             801 Cherry Street, Suite 1700
21                           Fort Worth, Texas  76102-6882
                             Telephone: 817.252.5200
22

23   FOR THE DEFENDANT:      MARIA ANTOINETTE PEDRAZA
     MARLENE LANETTE HUNTER  ASSISTANT FEDERAL PUBLIC DEFENDER
24                           NORTHERN DISTRICT OF TEXAS
                             819 Taylor Street, Room 9A10
25                           Fort Worth, Texas  76102
                             Telephone: 817.978.2753
```

```
1
       FOR THE DEFENDANT:        RACHEL MAUREEN TAFT
2      PROMISE NNANYEREUGO       ASSISTANT FEDERAL PUBLIC DEFENDER
       OKAFOR                    NORTHERN DISTRICT OF TEXAS
3                                819 Taylor Street, Room 9A10
                                 Fort Worth, Texas  76102
4                                Telephone:  817.978.2753

5

6      FOR THE DEFENDANTS:       JOSHUA SMITH RHODES
       KINSEY TAYLOR FORCE       ASSISTANT FEDERAL PUBLIC DEFENDER
7      DANIEL LOYOLA,JR.         NORTHERN DISTRICT OF TEXAS
                                 819 Taylor Street, Room 9A10
8                                Fort Worth, Texas  76102
                                 Telephone:  817.978.2753
9

10     FOR THE DEFENDANT:        SAMUEL RAY TERRY
       MARCEL MALLORY            Law Office of Samuel R. Terry
11                               115 N. Henderson Street
                                 Fort Worth, Texas  76102
12                               Telephone:  817.882.9977

13

14     FOR THE DEFENDANT:        JAMES GLENN GRAHAM
       CHRISTOPHER ALLEN         Law Office of James G. Graham, PC
15     HINSLEY                   420 Taylor Street
                                 Suite 1200
16                               Fort Worth, Texas  76112
                                 Telephone:  817.305.0677
17

18     FOR THE DEFENDANT:        BRIAN E. SINGLETERRY
       LANDON ALLEN PEACOCK      Haynes and Boone, LLP
19                               301 Commerce Street
                                 Suite 2600
20                               Fort Worth, Texas  76102
                                 Telephone:  817.347.6619
21

22     FOR THE DEFENDANT:        CURT CRUM
       TRISTAN DESHON            Law Office of Curt Crum
23     EARLY-WRIGHT              1 E. Henderson
                                 Cleburne, Texas  76031
24                               Telephone:  817.645.1161

25
```

```
1
     COURT REPORTER:            MONICA WILLENBURG GUZMAN, CSR, RPR
2                               501 W. 10th Street, Room 310
                                Fort Worth, Texas  76102
3                               Telephone:  817.850.6681
                                E-Mail: mguzman.csr@yahoo.com
4

5    Proceedings reported by mechanical stenography, transcript
     produced by computer.
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                           **<u>INDEX</u>**

2                                        PAGE   VOL.

3

4      Appearances ................................6      1

5

6      Defendants Admonished ......................16     1

7

8      Guilty Pleas ...............................80     1

9

10     Court's Findings ...........................92     1

11

12     Proceedings Adjourned ......................98     1

13

14     Reporter's Certificate .....................99     1

15

16

17

18

19

20

21

22

23

24

25

**P R O C E E D I N G S**

*(December 14, 2022, 9:45 a.m.)*

1

2

3   *THE COURT:*  All right.  The Court calls the plea

4  docket for today.  First case is Cause Number 4:22-CR-355-P,

5  Ms. Hunter's case.

6   Are you ready to proceed in that matter,

7  Ms. Pedraza?

8   *MS. PEDRAZA:*  Yes, Your Honor.

9   *THE COURT:*  Mr. Meitl, are you ready on behalf of

10 the Government?

11   *MR. MEITL:*  Yes, Your Honor.

12   *THE COURT:*  Are you representing the Government in

13 all of these other cases as well, Mr. Meitl?

14   *MR. MEITL:*  Yes, Your Honor.

15   *THE COURT:*  Are you ready to proceed in those?

16   *MR. MEITL:*  Yes.

17   *THE COURT:*  All right.  Thank you.

18   Next case is Cause Number 4:22-CR-272-P, United

19 States of America vs. Promise Nnanyereugo Okafor.  Mr. Okafor

20 is here with his attorney, Ms. Rachel Taft.

21   Ms. Taft, are you ready to proceed?

22   *MS. TAFT:*  Yes, Your Honor.

23   *THE COURT:*  Court calls Cause Number

24 4:22-CR-363-Y-02, United States of America vs. Kinsey Taylor

25 Force.  Ms. Force is here with her attorney, Mr. Joshua

1    Rhodes.

2         Are you ready in that case, Mr. Rhodes?

3         *MR. RHODES:*  Yes, Your Honor.

4         *THE COURT:*  I also call Cause Number 4:22-CR-356-O,

5    United States of America vs. Daniel Loyola, Jr.  Mr. Loyola is

6    here with Mr. Rhodes.

7         Are you ready to proceed in that case as well,

8    Mr. Rhodes?

9         *MR. RHODES:*  Yes, Your Honor.

10        *THE COURT:*  The Court calls Cause Number

11   4:22-CR-333-O-04, United States of America vs. Marcel Mallory.

12   Mr. Mallory is here with his attorney Mr. Sam Terry.

13        Mr. Terry, are you ready to proceed?

14        *MR. TERRY:*  Good morning, Your Honor.  We are ready

15   to proceed.

16        *THE COURT:*  The Court calls Cause Number

17   4:22-CR-310-O, United States of America vs. Christopher Allen

18   Hinsley.  Mr. Hinsley is here with his attorney, Mr. James

19   Graham.

20        Mr. Graham, are you ready to proceed in that case?

21        *MR. GRAHAM:*  We are, Your Honor.

22        *THE COURT:*  The Court calls Cause Number

23   4:22-CR-363-Y-01, United States of America vs. Landon Allen

24   Peacock.  Mr. Peacock is here with his attorney, Mr. Brian

25   Singleterry.

1          Mr. Singleterry, are you ready to proceed?

2          *MR. SINGLETERRY:*  Yes, Your Honor.

3          *THE COURT:*  Finally, I've got Cause Number

4     4:22-CR-363-Y-03, United States of America vs. Tristan Deshon

5     Early-Wright.  Mr. Early-Wright is here with his attorney,

6     Mr. Curt Crum.

7          Mr. Crum, are you ready in that case?

8          *MR. CRUM:*  Ready, Your Honor.

9          *THE COURT:*  All right.  Thank you.

10         Let me say to everybody that I intend to conduct

11    these proceedings today jointly.  The reason for that is

12    there's a good bit of information that I need to provide to

13    each of the defendants and by and large it's the same

14    information.

15         There also are a number of questions that I need to

16    ask each of the defendants.  And many of those questions are

17    the same for each of you.  So, instead of providing the same

18    information over and over eight times and asking the same

19    questions of different people eight different times, I'm going

20    to try to compress that and just provide the information once.

21         And if there are certain times that I have to modify

22    the information because only some of it -- it applies to only

23    some of you, I will make that clear on the record.  And

24    likewise, instead of multiple questions, I'll just ask the

25    question once, and then go down the line and ask each of you

1     for your answers.

2          That will save you time and effort and also will --

3     will be less of an obligation on your lawyers to sit through

4     all of that.  It seems to work efficiently and does pretty

5     well all the time.

6          Sometimes, though, if you're at the end of the line

7     when it comes time to answer your question, or you're toward

8     the end of the line, you might have forgotten what the

9     question was to begin with.  That's okay if that happens, just

10     ask me to repeat or rephrase it and I'll be glad to do that.

11          So, because I am going to be asking each of you

12     questions today and your answers need to be under oath, would

13     each of the defendants please stand up at this time, raise

14     your right hand and be sworn by the clerk.

15          *(Eight defendants sworn)*

16          *THE COURT:*  Thank you.  Please be seated.

17          The record will reflect that each of the defendants

18     swore to tell the truth.

19          First thing I need to do is to ask each of you to

20     please state your full name for the record, beginning with

21     you, Ms. Hunter.

22          *DEFENDANT HUNTER:*  Marlene Lanette Hunter.

23          *THE COURT:*  Mr. Okafor?

24          *DEFENDANT OKAFOR:*  My name is Promise Okafor.

25          *THE COURT:*  Ms. Force?

1          *DEFENDANT FORCE:*  Kinsey Taylor Force.

2          *THE COURT:*  Mr. Loyola?

3          *DEFENDANT LOYOLA:*  Daniel Loyola, Jr.

4          *THE COURT:*  Mr. Mallory?

5          *DEFENDANT MALLORY:*  Yes, sir.

6          *THE COURT:*  What's your full name?

7          *DEFENDANT MALLORY:*  Marcel Mallory.  I'm sorry.

8          *THE COURT:*  That's all right.

9          Mr. Hinsley?

10         *DEFENDANT HINSLEY:*  Christopher Allen Hinsley.

11         *THE COURT:*  Mr. Peacock?

12         *DEFENDANT PEACOCK:*  Landon Allen Peacock.

13         *THE COURT:*  Mr. Early-Wright?

14         *DEFENDANT EARLY-WRIGHT:*  Tristan Deshon

15    Early-Wright.

16         *THE COURT:*  Is your name spelled correctly in the

17    information in your case, Ms. Pedraza -- I'm sorry, not you,

18    Ms. Pedraza.  Ms. Hunter?

19         *DEFENDANT HUNTER:*  Yes.

20         *THE COURT:*  Mr. Okafor, is your name spelled

21    correctly in the indictment in your case?

22         *DEFENDANT OKAFOR:*  Yes, Your Honor.

23         *THE COURT:*  Ms. Force, is your name spelled

24    correctly in the information in your case?

25         *DEFENDANT MALLORY:*  Yes.

1          THE COURT:  Mr. Loyola, is your name spelled

2    correctly in the information in your case?

3          DEFENDANT LOYOLA:  Yes.

4          THE COURT:  Mr. Mallory, is your name spelled

5    correctly in the superseding information in your case?

6          DEFENDANT MALLORY:  Yes, Your Honor.

7          THE COURT:  Mr. Hinsley, is your name spelled

8    correctly in the indictment in your case?

9          DEFENDANT HINSLEY:  Yes, sir.

10          THE COURT:  Mr. Peacock, is your name spelled

11    correctly in the information in your case?

12          DEFENDANT PEACOCK:  Yes, sir.

13          THE COURT:  And Mr. Early-Wright, is your name

14    spelled correctly in the information in your case?

15          DEFENDANT EARLY-WRIGHT:  Yes, sir.

16          THE COURT:  Do each of you understand that you are

17    now under oath, and if you should answer any of my questions

18    falsely, your answers may later be used against you in a

19    prosecution for perjury or for making a false statement?

20          Do you understand that, Ms. Hunter?

21          DEFENDANT HUNTER:  Yes.

22          THE COURT:  Mr. Okafor?

23          DEFENDANT OKAFOR:  Yes, Your Honor.

24          THE COURT:  Ms. Force?

25          DEFENDANT FORCE:  Yes.

```
 1              THE COURT:  Mr. Loyola?

 2              DEFENDANT LOYOLA:  Yes.

 3              THE COURT:  Mr. Mallory?

 4              DEFENDANT MALLORY:  Yes.

 5              THE COURT:  Mr. Hinsley?

 6              DEFENDANT HINSLEY:  Yes, sir.

 7              THE COURT:  Mr. Peacock?

 8              DEFENDANT PEACOCK:  Yes, sir.

 9              THE COURT:  And Mr. Early-Wright?

10              DEFENDANT EARLY-WRIGHT:  Yes, sir.

11              THE COURT:  For the record, do you read, write and

12     understand the English language?

13              Ms. Hunter?

14              DEFENDANT HUNTER:  Yes, sir.

15              THE COURT:  Mr. Okafor?

16              DEFENDANT OKAFOR:  Yes, Your Honor.

17              THE COURT:  Ms. Force?

18              DEFENDANT FORCE:  Yes.

19              THE COURT:  Mr. Loyola?

20              DEFENDANT LOYOLA:  Yes.

21              THE COURT:  Mr. Mallory?

22              DEFENDANT MALLORY:  Yes, sir.

23              THE COURT:  Mr. Hinsley?

24              DEFENDANT HINSLEY:  Yes, sir.

25              THE COURT:  Mr. Peacock?
```

```
1              DEFENDANT PEACOCK:  Yes, sir.

2              THE COURT:  And Mr. Early-Wright?

3              DEFENDANT EARLY-WRIGHT:  Yes, sir.

4              THE COURT:  Do each of you understand that I am

5    conducting the hearings today, instead of the District Judge,

6    based on your consent; however, the District Judge retains

7    final decision-making authority over your plea and the

8    sentencing will be conducted by the District Judge?

9              Do you understand that, Ms. Hunter?

10             DEFENDANT HUNTER:  Yes, sir.

11             THE COURT:  Mr. Okafor?

12             DEFENDANT OKAFOR:  Yes, Your Honor.

13             THE COURT:  Ms. Force?

14             DEFENDANT FORCE:  Yes, sir.

15             THE COURT:  Mr. Loyola?

16             DEFENDANT LOYOLA:  Yes.

17             THE COURT:  Mr. Mallory?

18             DEFENDANT MALLORY:  Yes, sir.

19             THE COURT:  Mr. Hinsley?

20             DEFENDANT HINSLEY:  Yes, sir.

21             THE COURT:  Mr. Peacock?

22             DEFENDANT PEACOCK:  Yes, sir.

23             THE COURT:  And Mr. Early-Wright?

24             DEFENDANT EARLY-WRIGHT:  Yes, sir.

25             THE COURT:  I have in front of me documents entitled
```

```
1   Consent to Administration of Guilty Plea and Allocution by

2   United States Magistrate Judge.  They look like they've been

3   signed by each of you and your lawyer.

4           Ms. Hunter, is that your signature on the consent

5   form in your case?

6           DEFENDANT HUNTER:  Yes.

7           THE COURT:  Ms. Pedraza, is that your signature,

8   too?

9           MS. PEDRAZA:  Yes, sir.

10          THE COURT:  Mr. Okafor, is that your signature?

11          DEFENDANT OKAFOR:  Yes, Your Honor.

12          THE COURT:  Ms. Taft, is that your signature on the

13  consent form?

14          MS. TAFT:  It is, Your Honor.

15          THE COURT:  Ms. Force, is that your signature on the

16  consent form in your case?

17          DEFENDANT FORCE:  Yes, sir.

18          THE COURT:  Mr. Rhodes, is that your signature there

19  as well?

20          MR. RHODES:  Yes, Your Honor.

21          THE COURT:  Mr. Loyola, is that your signature on

22  the consent form in your case?

23          DEFENDANT LOYOLA:  Yes, sir.

24          THE COURT:  Mr. Rhodes, is that your signature there

25  as well?
```

1              MR. RHODES:  Yes, sir.

2              THE COURT:  Mr. Mallory, is that your signature on

3    the consent form in your case?

4              DEFENDANT MALLORY:  Yes, Your Honor.

5              THE COURT:  Mr. Terry, is that your signature there,

6    too?

7              MR. TERRY:  It is, Your Honor.

8              THE COURT:  Mr. Hinsley, is that your signature on

9    the consent form in your case?

10             DEFENDANT HINSLEY:  Yes, sir.

11             THE COURT:  Mr. Graham, is that your signature as

12   well?

13             MR. GRAHAM:  Yes, Your Honor.

14             THE COURT:  Mr. Peacock, is that your signature on

15   the consent form in your case?

16             DEFENDANT PEACOCK:  Yes, sir.

17             THE COURT:  Mr. Singleterry, is that your signature

18   there as well?

19             MR. SINGLETERRY:  Yes, Your Honor.

20             THE COURT:  Mr. Early-Wright, is that your signature

21   on the consent form in your case?

22             DEFENDANT EARLY-WRIGHT:  Yes, sir.

23             THE COURT:  Mr. Crum, that your signature there as

24   well?

25             MR. CRUM:  It is, Your Honor.

1          THE COURT:  Would you date that for me, please,

2   Mr. Crum?

3               (Attorney approaches the bench)

4               (Brief pause)

5          THE COURT:  I do find that each of the defendants

6   has knowingly and voluntarily waived his or her right to enter

7   a guilty plea before the United States District Judge and has

8   consented to proceed before me with his or her plea of guilty.

9   And I'll sign the order section at the bottom of the consent

10  forms to that effect in due course.

11         Now, at this time, I need to provide each of you

12  some general instructions.  Each of you may, if you choose,

13  plead not guilty to any offense charged against you or persist

14  in that plea if it already has been made.

15         And if you plead not guilty, the Constitution of the

16  United States guarantees to you the following rights:  A

17  speedy and public trial by a jury in this district.  The right

18  at such a trial for you to confront, that is, to see, hear and

19  cross-examine all witnesses against you.  The right to use the

20  power and the process of the Court to compel the production of

21  any evidence, including the attendance of any witnesses in

22  your favor.

23         The right to have the assistance of an attorney in

24  your defense at all stages of the proceedings.  If necessary,

25  an attorney would be appointed to represent you if you did not

1    already have an attorney.

2            At such a trial, you could not be compelled to

3    testify.  And whether you would testify would be a matter in

4    which your judgment alone would control.  At such a trial, the

5    United States would be required to prove your guilt beyond a

6    reasonable doubt.  And if you were found guilty, you would

7    have the right to appeal your conviction.

8            Do each of you understand that you have and are

9    guaranteed each of these Constitutional rights?

10           Ms. Hunter?

11           *DEFENDANT HUNTER:*  Yes, sir.

12           *THE COURT:*  Mr. Okafor?

13           *DEFENDANT OKAFOR:*  Yes, Your Honor.

14           *THE COURT:*  Ms. Force?

15           *DEFENDANT FORCE:*  Yes, sir.

16           *THE COURT:*  Mr. Loyola?

17           *DEFENDANT LOYOLA:*  Yes.

18           *THE COURT:*  Mr. Mallory?

19           *DEFENDANT MALLORY:*  Yes, sir.

20           *THE COURT:*  Mr. Hinsley?

21           *DEFENDANT HINSLEY:*  Yes, sir.

22           *THE COURT:*  Mr. Peacock?

23           *DEFENDANT PEACOCK:*  Yes, sir.

24           *THE COURT:*  And Mr. Early-Wright?

25           *DEFENDANT EARLY-WRIGHT:*  Yes, sir.

1          THE COURT:  On the other hand, if you plead guilty

2   and if that plea is accepted by the District Judge, there will

3   not be a further trial of any kind.  So that by pleading

4   guilty you would waive your right to a trial, as well as those

5   other rights associated with a trial as I have described them.

6          Do you understand that?

7          Ms. Hunter?

8          DEFENDANT HUNTER:  Yes, sir.

9          THE COURT:  Mr. Okafor?

10         DEFENDANT OKAFOR:  Yes, Your Honor.

11         THE COURT:  Ms. Force?

12         DEFENDANT FORCE:  Yes, sir.

13         THE COURT:  Mr. Loyola?

14         DEFENDANT LOYOLA:  Yes.

15         THE COURT:  Mr. Mallory?

16         DEFENDANT MALLORY:  Yes, Your Honor.

17         THE COURT:  Mr. Hinsley?

18         DEFENDANT HINSLEY:  Yes, sir.

19         THE COURT:  Mr. Peacock?

20         DEFENDANT PEACOCK:  Yes, sir.

21         THE COURT:  And Mr. Early-Wright?

22         DEFENDANT EARLY-WRIGHT:  Yes, sir.

23         THE COURT:  Generally, a defendant who is accused of

24   a crime cannot plead guilty unless he or she is actually

25   guilty of that crime.  In Federal court, the Judge determines

1   the penalty if a defendant is convicted, whether that

2   conviction is on the verdict of a jury or upon a plea of

3   guilty.

4          The Court has not and will not talk to anyone about

5   the facts of your case, except here in your presence where

6   you, your attorney and representatives of the Government are

7   all present.  However, if a guilty plea or verdict is entered,

8   a presentence report will be prepared and the Court will

9   review it with the probation officers outside of your

10  presence.

11         If you plead guilty, you will be convicted.

12  However, you and your attorney each will be given an

13  opportunity to present to the Court any pleas for leniency.

14         The penalty will be decided on the basis of the

15  facts heard in court.  You should never depend or rely upon

16  any statement or promise by anyone, whether connected with a

17  law enforcement agency or the Government or anyone else as to

18  what penalty will be assessed against you.

19         Should you decide to plead guilty, your plea of

20  guilty must not be induced or prompted by any promises,

21  pressure, threats, force or coercion of any kind.  A plea of

22  guilty must be purely voluntary and you should plead guilty

23  only because you are guilty and for no other reason.

24         Do each of you understand each of my explanations

25  about the process and the consequences of pleading guilty?

1          Ms. Hunter?

2          *DEFENDANT HUNTER:*  Yes, sir.

3          *THE COURT:*  Mr. Okafor?

4          *DEFENDANT OKAFOR:*  Yes, Your Honor.

5          *THE COURT:*  Ms. Force?

6          *DEFENDANT FORCE:*  Yes, sir.

7          *THE COURT:*  Mr. Loyola?

8          *DEFENDANT LOYOLA:*  Yes.

9          *THE COURT:*  Mr. Mallory?

10          *DEFENDANT MALLORY:*  Yes, sir.

11          *THE COURT:*  Mr. Hinsley?

12          *DEFENDANT HINSLEY:*  Yes, sir.

13          *THE COURT:*  Mr. Peacock?

14          *DEFENDANT PEACOCK:*  Yes, sir.

15          *THE COURT:*  And Mr. Early-Wright?

16          *DEFENDANT EARLY-WRIGHT:*  Yes, sir.

17          *THE COURT:*  Under the Sentencing Reform Act of 1984,

18   as construed by the Supreme Court, the United States

19   Sentencing Commission has issued advisory guidelines for

20   judges to consider in determining the sentence in a criminal

21   case.

22          Have you and your lawyer discussed the charges

23   against you, the matter of sentencing and how the sentencing

24   guidelines might apply to your case?

25          Ms. Hunter?

1          *DEFENDANT HUNTER:*  Yes, sir.

2          *THE COURT:*  Mr. Okafor?

3          *DEFENDANT OKAFOR:*  Yes, Your Honor.

4          *THE COURT:*  Ms. Force?

5          *DEFENDANT FORCE:*  Yes, sir.

6          *THE COURT:*  Mr. Loyola?

7          *DEFENDANT LOYOLA:*  Yes.

8          *THE COURT:*  Mr. Mallory?

9          *DEFENDANT MALLORY:*  Yes, sir.

10          *THE COURT:*  Mr. Hinsley?

11          *DEFENDANT HINSLEY:*  Yes, sir.

12          *THE COURT:*  Mr. Peacock?

13          *DEFENDANT PEACOCK:*  Yes, sir.

14          *THE COURT:*  And Mr. Early-Wright?

15          *DEFENDANT EARLY-WRIGHT:*  Yes, sir.

16          *THE COURT:*  Even so, I must inform you that in

17   determining a sentence, it is the Court's obligation to

18   calculate the applicable sentencing guideline range and to

19   consider that range, any possible departures under the

20   sentencing guidelines and other sentencing factors under Title

21   18 of the United States Code, Section 3553(a).

22          The Court is not bound by facts that are stipulated

23   between you and your attorney on the one hand and the

24   Government on the other.  The Court can impose punishment that

25   might disregard stipulated facts or take into account facts

1    not mentioned in the stipulations.  In that event, you might

2    not even be permitted to withdraw your plea of guilty.

3              The Court will not be able to determine the

4    guideline range for your sentence until after the presentence

5    report has been completed and you and the Government have had

6    an opportunity to challenge the facts and conclusions reported

7    by the probation officer.

8              After the Court has determined what guideline range

9    is appropriate under the facts of your case, the Court has the

10   authority to impose a sentence that is above, below or within

11   that range, as long as the sentence imposed is reasonable and

12   is based on the facts and the law.

13             You have the right to appeal the sentence the Court

14   imposes, unless you waive that right.  Under some

15   circumstances, the Government also has the right to appeal.

16             Finally, I inform you that within the Federal

17   system, parole has been abolished.  So that if you are

18   sentenced to prison, you will not be released on parole.

19             Do each of you understand all of the explanations

20   that I have given to you regarding sentencing?

21             Ms. Hunter?

22             *DEFENDANT HUNTER*:  Yes, sir.

23             *THE COURT*:  Mr. Okafor?

24             *DEFENDANT OKAFOR*:  Yes, Your Honor.

25             *THE COURT*:  Ms. Force?

```
1              DEFENDANT FORCE:  Yes, sir.

2              THE COURT:  Mr. Loyola?

3              DEFENDANT LOYOLA:  Yes.

4              THE COURT:  Mr. Mallory?

5              DEFENDANT MALLORY:  Yes, sir.

6              THE COURT:  Mr. Hinsley?

7              DEFENDANT HINSLEY:  Yes, sir.

8              THE COURT:  Mr. Peacock?

9              DEFENDANT PEACOCK:  Yes, sir.

10             THE COURT:  And Mr. Early-Wright?

11             DEFENDANT EARLY-WRIGHT:  Yes, sir.

12             THE COURT:  Now, at this time, I need to ask you
```

13  some personal questions.  And I'm doing so just to be sure

14  that you have the necessary capacity and understanding for

15  what it is you're doing here today so that the guilty plea

16  that you're proposing to make will be knowingly and

17  voluntarily made.  So, that's why I'm asking about this.

18             My first question is, How old are you?

19             Ms. Hunter?

20             DEFENDANT HUNTER:  62.

21             THE COURT:  Mr. Okafor?

22             DEFENDANT OKAFOR:  43.

23             THE COURT:  Ms. Force?

24             DEFENDANT FORCE:  21.

25             THE COURT:  Mr. Loyola?

1                *DEFENDANT LOYOLA:*  23.

2                *THE COURT:*  Mr. Mallory?

3                *DEFENDANT MALLORY:*  49.

4                *THE COURT:*  Mr. Hinsley?

5                *DEFENDANT HINSLEY:*  23.

6                *THE COURT:*  Mr. Peacock?

7                *DEFENDANT PEACOCK:*  23.

8                *THE COURT:*  And Mr. Early-Wright?

9                *DEFENDANT EARLY-WRIGHT:*  20.

10               *THE COURT:*  In what year were you born?

11               Ms. Hunter?

12               *DEFENDANT HUNTER:*  1960.

13               *THE COURT:*  Mr. Okafor?

14               *DEFENDANT OKAFOR:*  '79.

15               *THE COURT:*  Ms. Force?

16               *DEFENDANT FORCE:*  2001.

17               *THE COURT:*  Mr. Loyola?

18               *DEFENDANT LOYOLA:*  '99.

19               *THE COURT:*  Mr. Mallory?

20               *DEFENDANT MALLORY:*  '73.

21               *THE COURT:*  Mr. Hinsley?

22               *DEFENDANT HINSLEY:*  1999.

23               *THE COURT:*  Mr. Peacock?

24               *DEFENDANT PEACOCK:*  1999.

25               *THE COURT:*  And Mr. Early-Wright?

```
 1              DEFENDANT EARLY-WRIGHT:  2002.

 2              THE COURT:  How far did you go in school?

 3              Ms. Hunter?

 4              DEFENDANT HUNTER:  Third year in college.

 5              THE COURT:  Mr. Okafor?

 6              DEFENDANT OKAFOR:  University.

 7              THE COURT:  University?

 8              DEFENDANT OKAFOR:  Yes.

 9              THE COURT:  Did you graduate?

10              DEFENDANT OKAFOR:  Yes, Your Honor.

11              THE COURT:  Ms. Force, how far did you go in school?

12              DEFENDANT FORCE:  Eleventh grade.

13              THE COURT:  Mr. Loyola?

14              DEFENDANT LOYOLA:  Eighth grade.

15              THE COURT:  Mr. Mallory?

16              DEFENDANT MALLORY:  Some college.

17              THE COURT:  Mr. Hinsley?

18              DEFENDANT HINSLEY:  Tenth grade and got my GED, Your

19   Honor.

20              THE COURT:  Mr. Peacock?

21              DEFENDANT PEACOCK:  GED.

22              THE COURT:  Mr. Early-Wright?

23              DEFENDANT EARLY-WRIGHT:  Freshman in college.

24              THE COURT:  Are you currently or within the last six

25   months have you been under the care of a physician or a
```

1  psychiatrist?

2            Ms. Hunter?

3            *DEFENDANT HUNTER:*  Yes.

4            *THE COURT:*  Is there anything about that care and

5  treatment that affects your ability to know what it is you're

6  doing here today?

7            *DEFENDANT HUNTER:*  No.

8            *THE COURT:*  Mr. Okafor, are you currently or within

9  the last six months have you been under the care of a

10  physician or a psychiatrist?

11           *DEFENDANT OKAFOR:*  No, Your Honor.

12           *THE COURT:*  Ms. Force?

13           *DEFENDANT FORCE:*  No.

14           *THE COURT:*  Mr. Loyola?

15           *DEFENDANT LOYOLA:*  No, sir.

16           *THE COURT:*  Mr. Mallory?

17           *DEFENDANT MALLORY:*  No.

18           *THE COURT:*  Mr. Hinsley?

19           *DEFENDANT HINSLEY:*  Yes, sir.

20           *THE COURT:*  Is there anything about that care and

21  treatment that you've received, Mr. Hinsley, that makes it so

22  you don't know what you're doing here today?

23           *DEFENDANT HINSLEY:*  No, sir.

24           *THE COURT:*  Mr. Peacock, are you currently or within

25  the last six months have you been under the care of a

1   physician or a psychiatrist?

2           *DEFENDANT PEACOCK:*  No, sir.

3           *THE COURT:*  Mr. Early-Wright, have you?

4           *DEFENDANT EARLY-WRIGHT:*  No, sir.

5           *THE COURT:*  Have you ever been hospitalized or

6   treated for narcotics addiction or for alcoholism?

7           Ms. Hunter?

8           *DEFENDANT HUNTER:*  No, sir.

9           *THE COURT:*  Mr. Okafor?

10          *DEFENDANT OKAFOR:*  No, Your Honor.

11          *THE COURT:*  Ms. Force?

12          *DEFENDANT FORCE:*  Yes.

13          *THE COURT:*  Is there anything about that previous

14  hospitalization or treatment that makes it so you don't know

15  what you're doing here today, Ms. Force?

16          *DEFENDANT FORCE:*  No, sir.

17          *THE COURT:*  Mr. Loyola, have you ever been

18  hospitalized or treated for narcotics addiction or for

19  alcoholism?

20          *DEFENDANT LOYOLA:*  No, sir.

21          *THE COURT:*  Mr. Mallory, have you?

22          *DEFENDANT MALLORY:*  No, sir.

23          *THE COURT:*  Mr. Hinsley, have you?

24          *DEFENDANT HINSLEY:*  No, sir.

25          *THE COURT:*  Mr. Peacock, have you?

28

```
 1                    DEFENDANT PEACOCK:  No, sir.

 2                    THE COURT:  Mr. Early-Wright, have you?

 3                    DEFENDANT EARLY-WRIGHT:  Yes, sir.

 4                    THE COURT:  Is there anything about that prior

 5      hospitalization or treatment that makes it so you don't know

 6      what you're doing here today, Mr. Early-Wright?

 7                    DEFENDANT EARLY-WRIGHT:  No, sir.

 8                    THE COURT:  All right.  Thank you.

 9                    Are you now under the influence of alcohol or of any

10      narcotic drug?

11                    Ms. Hunter?

12                    DEFENDANT HUNTER:  No, sir.

13                    THE COURT:  Mr. Okafor?

14                    DEFENDANT OKAFOR:  No, Your Honor.

15                    THE COURT:  Ms. Force?

16                    DEFENDANT FORCE:  No, sir.

17                    THE COURT:  Mr. Loyola?

18                    DEFENDANT LOYOLA:  No, sir.

19                    THE COURT:  Mr. Mallory?

20                    DEFENDANT MALLORY:  No, sir.

21                    THE COURT:  Mr. Hinsley?

22                    DEFENDANT HINSLEY:  No, sir.

23                    THE COURT:  Mr. Peacock?

24                    DEFENDANT PEACOCK:  No, sir.

25                    THE COURT:  Mr. Early-Wright?
```

1          *DEFENDANT EARLY-WRIGHT:*  No, sir.

2          *THE COURT:*  Do you suffer from any emotional or

3    mental disability?

4          Ms. Hunter?

5          *DEFENDANT HUNTER:*  No, sir.

6          *THE COURT:*  Mr. Okafor?

7          *DEFENDANT OKAFOR:*  No, Your Honor.

8          *THE COURT:*  Ms. Force?

9          *DEFENDANT FORCE:*  No, sir.

10         *THE COURT:*  Mr. Loyola?

11         *DEFENDANT LOYOLA:*  No, sir.

12         *THE COURT:*  Mr. Mallory?

13         *DEFENDANT MALLORY:*  No, sir.

14         *THE COURT:*  Mr. Hinsley?

15         *DEFENDANT HINSLEY:*  Yes, sir.

16         *THE COURT:*  Is there anything about the emotional or

17   mental disability that impacts your ability to understand the

18   guilty plea that you're proposing to make?

19         *DEFENDANT HINSLEY:*  No, sir.

20         *THE COURT:*  Mr. Peacock, do you suffer from any

21   emotional or mental disability?

22         *DEFENDANT PEACOCK:*  No, sir.

23         *THE COURT:*  Mr. Early-Wright, do you?

24         *DEFENDANT EARLY-WRIGHT:*  No, sir.

25         *THE COURT:*  Are you of sound mind and do you fully

1    understand what it is we're doing here today?

2             Ms. Hunter?

3             *DEFENDANT HUNTER:*  Yes, sir.

4             *THE COURT:*  Mr. Okafor?

5             *DEFENDANT OKAFOR:*  Yes, Your Honor.

6             *THE COURT:*  Ms. Force?

7             *DEFENDANT FORCE:*  Yes, sir.

8             *THE COURT:*  Mr. Loyola?

9             *DEFENDANT LOYOLA:*  Yes, sir.

10            *THE COURT:*  Mr. Mallory?

11            *DEFENDANT MALLORY:*  Yes, sir.

12            *THE COURT:*  Mr. Hinsley?

13            *DEFENDANT HINSLEY:*  Yes, sir.

14            *THE COURT:*  Mr. Peacock?

15            *DEFENDANT PEACOCK:*  Yes, sir.

16            *THE COURT:*  Mr. Early-Wright?

17            *DEFENDANT EARLY-WRIGHT:*  Yes, sir.

18            *THE COURT:*  Ms. Pedraza, do you have any reason to

19   believe that your client, Ms. Hunter, is not fully competent

20   to enter a plea of guilty?

21            *MS. PEDRAZA:*  No, Your Honor.

22            *THE COURT:*  Do you believe that the plea of guilty

23   that she is proposing to make will be a knowing and a

24   voluntary plea?

25            *MS. PEDRAZA:*  I do, Your Honor.

1          THE COURT:  Ms. Taft, do you have any reason to

2    believe that your client, Mr. Okafor, is not fully competent

3    to enter a plea of guilty?

4          MS. TAFT:  I do not, Your Honor.

5          THE COURT:  Do you believe that the plea of guilty

6    that he is proposing to make will be a knowing and a voluntary

7    plea?

8          MS. TAFT:  I do, Your Honor.

9          THE COURT:  Mr. Rhodes, do you have any reason to

10   believe that your client, Ms. Force, is not fully competent to

11   enter a plea of guilty?

12         MR. RHODES:  No, Your Honor.

13         THE COURT:  Do you believe that the plea of guilty

14   that she is proposing to make will be a knowing and a

15   voluntary plea?

16         MR. RHODES:  Yes, Your Honor.

17         THE COURT:  Do you have any reason to believe that

18   your client, Mr. Loyola, is not fully competent to enter a

19   plea of guilty?

20         MR. RHODES:  No, Your Honor.

21         THE COURT:  Do you believe that the plea of guilty

22   that he is proposing to make will be a knowing and a voluntary

23   plea?

24         MR. RHODES:  I do, Your Honor.

25         THE COURT:  Mr. Terry, do you have any reason to

1    believe that your client, Mr. Mallory, is not fully competent

2    to enter a plea of guilty?

3              *MR. TERRY:*  No, Your Honor.

4              *THE COURT:*  Do you believe that the plea of guilty

5    that he is proposing to make will be a knowing and a voluntary

6    plea?

7              *MR. TERRY:*  It will be, Your Honor.

8              *THE COURT:*  Thank you.

9              Mr. Graham, do you have any reason to believe that

10   your client, Mr. Hinsley, is not fully competent to enter a

11   plea of guilty?

12             *MR. GRAHAM:*  I do not, Your Honor.

13             *THE COURT:*  Do you believe that the plea of guilty

14   that he is proposing to make will be a knowing and a voluntary

15   plea?

16             *MR. GRAHAM:*  Yes, Your Honor.

17             *THE COURT:*  Mr. Singleterry, do you have any reason

18   to believe that your client, Mr. Peacock, is not fully

19   competent to enter a plea of guilty?

20             *MR. SINGLETERRY:*  No, Your Honor.

21             *THE COURT:*  Do you believe that the plea of guilty

22   that he is proposing to make will be a knowing and a voluntary

23   plea?

24             *MR. SINGLETERRY:*  Yes, Your Honor.

25             *THE COURT:*  Mr. Crum, do you have any reason to

1    believe that your client, Mr. Early-Wright, is not fully

2    competent to enter a plea of guilty?

3              *MR. CRUM:*  No, Your Honor.

4              *THE COURT:*  Do you believe that the plea of guilty

5    that he is proposing to make will be a knowing and a voluntary

6    plea?

7              *MR. CRUM:*  Yes, sir, I do.

8              *THE COURT:*  Now, at this time, I need to provide

9    some information to some of you that doesn't apply to others

10   of you.  As I understand the docket, I need to provide

11   additional information to the defendants, other than

12   Mr. Okafor and Mr. Hinsley.

13             Y'all are proposing to plead guilty to an indictment

14   and everybody else is pleading guilty either to an information

15   or to a superseding information.  So, I need to give those

16   folks that are pleading guilty to an information or a

17   superseding information some additional facts and data that

18   does not apply to Mr. Okafor or to Mr. Hinsley.  And so,

19   when we get through that, we'll come back to Mr. Okafor and

20   Mr. Hinsley.

21             So, let me ask the other defendants, Do you

22   understand that you're charged with the commission of a

23   felony?

24             Do you understand that, Ms. Hunter?

25             *DEFENDANT HUNTER:*  Yes, sir.

1          *THE COURT:*  Ms. Force?

2          *DEFENDANT FORCE:*  Yes, sir.

3          *THE COURT:*  Mr. Loyola?

4          *DEFENDANT LOYOLA:*  Yes, sir.

5          *THE COURT:*  Mr. Mallory?

6          *DEFENDANT MALLORY:*  Yes, sir.

7          *THE COURT:*  Mr. Peacock?

8          *DEFENDANT PEACOCK:*  Yes, sir.

9          *THE COURT:*  And Mr. Early-Wright?

10          *DEFENDANT EARLY-WRIGHT:*  Yes, sir.

11          *THE COURT:*  Under the United States Constitution,

12    you may not be charged with a felony unless a grand jury

13    finds, by return of an indictment, that there is probable

14    cause to believe that a crime has been committed and that

15    you've committed it.  However, you may waive your right to

16    indictment and consent to being charged by an information of

17    the United States Attorney.  The felony charges against each

18    of you have been brought by the United States Attorney by the

19    filing of just such an information.

20          If you do not waive indictment and the Government

21    wishes to pursue its case against you, it must present its

22    case to the grand jury and request it to indict you.  A grand

23    jury is composed of at least 16, but not more than 23, persons

24    and at least 12 grand jurors must find that there's probable

25    cause to believe that you committed the crime with which you

1  are charged before you may be indicted.  So, the grand jury

2  might or might not indict you.  But if you waive indictment by

3  the grand jury, the case will proceed against you on the

4  information of the United States Attorney, just as though you

5  had been indicted.

6          Have you discussed with your attorney the matter of

7  waiving your right to indictment by the grand jury?

8          Ms. Hunter?

9          *DEFENDANT HUNTER:*  Yes, sir.

10         *THE COURT:*  Ms. Force?

11         *DEFENDANT FORCE:*  Yes, sir.

12         *THE COURT:*  Mr. Loyola?

13         *DEFENDANT LOYOLA:*  Yes, sir.

14         *THE COURT:*  Mr. Mallory?

15         *DEFENDANT MALLORY:*  Yes, sir.

16         *THE COURT:*  Mr. Peacock?

17         *DEFENDANT PEACOCK:*  Yes, sir.

18         *THE COURT:*  And Mr. Early-Wright?

19         *DEFENDANT EARLY-WRIGHT:*  Yes, sir.

20         *THE COURT:*  Do you understand your right to

21  indictment by a grand jury?

22         Ms. Hunter?

23         *DEFENDANT HUNTER:*  Yes, sir.

24         *THE COURT:*  Ms. Force?

25         *DEFENDANT FORCE:*  Yes, sir.

```
 1              THE COURT:  Mr. Loyola?

 2              DEFENDANT LOYOLA:  Yes, sir.

 3              THE COURT:  Mr. Mallory?

 4              DEFENDANT MALLORY:  Yes, sir.

 5              THE COURT:  Mr. Peacock?

 6              DEFENDANT PEACOCK:  Yes, sir.

 7              THE COURT:  And Mr. Early-Wright?

 8              DEFENDANT EARLY-WRIGHT:  Yes, sir.

 9              THE COURT:  Have any threats or promises been made

10   to induce you to waive indictment?

11              Ms. Hunter?

12              DEFENDANT HUNTER:  No, sir.

13              THE COURT:  Ms. Force?

14              DEFENDANT FORCE:  No, sir.

15              THE COURT:  Mr. Loyola?

16              DEFENDANT LOYOLA:  No, sir.

17              THE COURT:  Mr. Mallory?

18              DEFENDANT MALLORY:  No, sir.

19              THE COURT:  Mr. Peacock?

20              DEFENDANT PEACOCK:  No, sir.

21              THE COURT:  Mr. Early-Wright?

22              DEFENDANT EARLY-WRIGHT:  No, sir.

23              THE COURT:  Do you wish to waive your right to

24   indictment by a grand jury?

25              Ms. Hunter?
```

1          *DEFENDANT HUNTER:*  Yes, sir.

2          *THE COURT:*  Ms. Force?

3          *DEFENDANT FORCE:*  Yes, sir.

4          *THE COURT:*  Mr. Loyola?

5          *DEFENDANT LOYOLA:*  Yes, sir.

6          *THE COURT:*  Mr. Mallory?

7          *DEFENDANT MALLORY:*  Yes, sir.

8          *THE COURT:*  Mr. Peacock?

9          *DEFENDANT PEACOCK:*  Yes, sir.

10         *THE COURT:*  Mr. Early-Wright?

11         *DEFENDANT EARLY-WRIGHT:*  Yes, sir.

12         *THE COURT:*  Ms. Pedraza, do you see any reason why

13    your client, Ms. Hunter, should not waive indictment?

14         *MS. PEDRAZA:*  No, Your Honor.

15         *THE COURT:*  Is such a waiver consistent with your

16    advice?

17         *MS. PEDRAZA:*  It is, Your Honor.

18         *THE COURT:*  Mr. Rhodes, do you see any reason why

19    your client, Ms. Force, should not waive indictment?

20         *MR. RHODES:*  No, Your Honor.

21         *THE COURT:*  Is such a waiver consistent with your

22    advice?

23         *MR. RHODES:*  It is.

24         *THE COURT:*  Do you see any reason why your client,

25    Mr. Loyola, should not waive indictment?

```
 1              MR. RHODES:  No, Your Honor.

 2              THE COURT:  Is such a waiver consistent with your

 3    advice?

 4              MR. RHODES:  Yes, Your Honor.

 5              THE COURT:  Mr. Terry, do you see any reason why

 6    your client, Mr. Mallory, should not waive indictment?

 7              MR. TERRY:  No, Your Honor.

 8              THE COURT:  Is such a waiver consistent with your

 9    advice?

10              MR. TERRY:  It is, Your Honor.

11              THE COURT:  Mr. Singleterry, do you see any reason

12    why your client, Mr. Peacock, should not waive indictment?

13              MR. SINGLETERRY:  No, Your Honor.

14              THE COURT:  Is such a waiver consistent with your

15    advice?

16              MR. SINGLETERRY:  It is.

17              THE COURT:  Mr. Crum, do you see any reason why your

18    client, Mr. Early-Wright, should not waive indictment?

19              MR. CRUM:  I do not, Your Honor.

20              THE COURT:  Is such a waiver consistent with your

21    advice?

22              MR. CRUM:  It is.

23              THE COURT:  Now, I have in front of me written

24    waivers of indictment that appear to be signed by each of you

25    and your lawyer.
```

1           Ms. Hunter, let me ask you, Is that your signature
2    on the waiver of indictment form?
3           *DEFENDANT HUNTER:*  Yes, sir.
4           *THE COURT:*  Ms. Pedraza, is that your signature
5    there as well?
6           *MS. PEDRAZA:*  Yes, Your Honor.
7           *THE COURT:*  Ms. Force, is that your signature on the
8    waiver of indictment form in your case?
9           *DEFENDANT FORCE:*  Yes, sir.
10          *THE COURT:*  Mr. Rhodes, is that your signature there
11   next to hers?
12          *MR. RHODES:*  Yes, sir.
13          *THE COURT:*  Mr. Loyola, is that your signature on
14   the waiver of indictment form in your case?
15          *DEFENDANT LOYOLA:*  Yes, sir.
16          *THE COURT:*  Mr. Rhodes, is that your signature there
17   as well?
18          *MR. RHODES:*  Yes, sir.
19          *THE COURT:*  Mr. Mallory, is that your signature on
20   the waiver of indictment form in your case?
21          *DEFENDANT MALLORY:*  Yes, sir.
22          *THE COURT:*  Mr. Terry, is that your signature there,
23   too?
24          *MR. TERRY:*  It is, Your Honor.
25          *THE COURT:*  Mr. Peacock, is that your signature on

1    the waiver of indictment form in your case?

2                 *DEFENDANT PEACOCK:*  Yes, sir.

3                 *THE COURT:*  Mr. Singleterry, is that your signature

4    next to his?

5                 *MR. SINGLETERRY:*  Yes, Your Honor.

6                 *THE COURT:*  Mr. Early-Wright, is that your signature

7    on the waiver of indictment form in your case?

8                 *DEFENDANT EARLY-WRIGHT:*  Yes, sir.

9                 *THE COURT:*  Mr. Crum, is that your signature there

10   as well?

11                *MR. CRUM:*  It is, Your Honor.

12                *THE COURT:*  The Court finds that each of these

13   defendants' waivers of indictment was knowingly and

14   voluntarily made and they are accepted by the court.  I will

15   sign the line here that indicates that the waiver of

16   indictment was affirmed in open court in Ms. Hunter's in due

17   course.  Everybody else's waiver does not have a line for

18   that.  And it's not required one way or the other.

19                Okay.  Then, Mr. Okafor and Mr. Hinsley, we'll be

20   talking back with y'all as well.

21                Let me ask each of you, Have you received a copy of

22   the information or superseding information or indictment,

23   whatever the charging instrument is in your case, have you

24   received a copy of that document?

25                Ms. Hunter?

```
 1              DEFENDANT HUNTER:  Yes, sir.
 2              THE COURT:  Have you, Mr. Okafor?
 3              DEFENDANT OKAFOR:  Yes, Your Honor.
 4              THE COURT:  Ms. Force, have you?
 5              DEFENDANT FORCE:  Yes, sir.
 6              THE COURT:  Mr. Loyola, have you?
 7              DEFENDANT LOYOLA:  Yes, sir.
 8              THE COURT:  Mr. Mallory?
 9              DEFENDANT MALLORY:  Yes, sir.
10              THE COURT:  Mr. Hinsley?
11              DEFENDANT HINSLEY:  Yes, sir.
12              THE COURT:  Mr. Peacock?
13              DEFENDANT PEACOCK:  Yes, sir.
14              THE COURT:  And Mr. Early-Wright?
15              DEFENDANT EARLY-WRIGHT:  Yes, sir.
16              THE COURT:  Have you read the information or
17    indictment or superseding information, as it applies to you,
18    or had it read to you?
19              Ms. Hunter?
20              DEFENDANT HUNTER:  Yes, sir.
21              THE COURT:  Mr. Okafor?
22              DEFENDANT OKAFOR:  Yes, Your Honor.
23              THE COURT:  Ms. Force?
24              DEFENDANT FORCE:  Yes, sir.
25              THE COURT:  Mr. Loyola?
```

```
 1              DEFENDANT LOYOLA:  Yes, sir.
 2              THE COURT:  Mr. Mallory?
 3              DEFENDANT MALLORY:  Yes, sir.
 4              THE COURT:  Mr. Hinsley?
 5              DEFENDANT HINSLEY:  Yes, sir.
 6              THE COURT:  Mr. Peacock?
 7              DEFENDANT PEACOCK:  Yes, sir.
 8              THE COURT:  And Mr. Early-Wright?
 9              DEFENDANT EARLY-WRIGHT:  Yes, sir.
10              THE COURT:  Do you understand the nature of the
11    charges that have been brought against you in your case?
12              Ms. Hunter?
13              DEFENDANT HUNTER:  Yes, sir.
14              THE COURT:  Mr. Okafor?
15              DEFENDANT OKAFOR:  Yes, Your Honor.
16              THE COURT:  Ms. Force?
17              DEFENDANT FORCE:  Yes, sir.
18              THE COURT:  Mr. Loyola?
19              DEFENDANT LOYOLA:  Yes, sir.
20              THE COURT:  Mr. Mallory?
21              DEFENDANT MALLORY:  Yes, sir.
22              THE COURT:  Mr. Hinsley?
23              DEFENDANT HINSLEY:  Yes, sir.
24              THE COURT:  Mr. Peacock?
25              DEFENDANT PEACOCK:  Yes, sir.
```

1          *THE COURT:*  And Mr. Early-Wright?

2          *DEFENDANT EARLY-WRIGHT:*  Yes, sir.

3          *THE COURT:*  Even so, I would now require the

4     Assistant United States Attorney to read the count of the

5     information or superseding information or indictment, as it

6     applies to your case, to which you are pleading guilty into

7     the record at this time unless you waive your right to have it

8     read.  It's entirely up to you.

9          What's your preference?

10         Ms. Hunter?

11         *DEFENDANT HUNTER:*  Waive.

12         *THE COURT:*  Mr. Okafor?

13         *DEFENDANT OKAFOR:*  Yes, Your Honor, I waive it.

14         *THE COURT:*  Ms. Force?

15         *DEFENDANT FORCE:*  Waive it.

16         *THE COURT:*  Mr. Loyola?

17         *DEFENDANT LOYOLA:*  Waive.

18         *THE COURT:*  Mr. Mallory?

19         *DEFENDANT MALLORY:*  I waive it.

20         *THE COURT:*  Mr. Hinsley?

21         *DEFENDANT HINSLEY:*  Waive.

22         *THE COURT:*  Mr. Peacock?

23         *DEFENDANT PEACOCK:*  Waive.

24         *THE COURT:*  And Mr. Early-Wright?

25         *DEFENDANT EARLY-WRIGHT:*  Waive.

1      *THE COURT:*  Also, each of you has the right to have

2   explained to you the essential elements of the offense, that

3   is, what the Government would be required to prove at trial.

4   The Court therefore calls upon the Assistant United States

5   Attorney to orally set out the essential elements in each of

6   your cases.

7          I'll ask Mr. Meitl to please be clear which

8   essential elements apply to which defendant's case.

9      *MR. MEITL:*  Yes, Your Honor.

10         First, as to Ms. Hunter, the elements are:  First,

11  that the defendant knowingly devised or intended to devise any

12  scheme to defraud, as described in the information.

13         Second, that the scheme to defraud employed

14  materially false and fraudulent representations.

15         Third, that the defendant mailed something or caused

16  something to be sent through the United States Postal Service

17  or a private commercial interstate courier for the purpose of

18  executing the scheme or attempting to do so.

19         And fourth, that the defendant acted with a specific

20  intent to defraud.

21     *THE COURT:*  Ms. Hunter, do you admit that you

22  committed each of the essential elements of the offense in

23  your case?

24     *DEFENDANT HUNTER:*  Yes, sir.

25     *MR. MEITL:*  Your Honor, as for Mr. Okafor, Count 1,

1    the elements are:  First, that the defendant and at least one

2    other person made an agreement to commit the crime of wire

3    fraud, as charged in the indictment.

4              Second, that the defendant knew the unlawful purpose

5    of the agreement and joined in it willfully, that is, with the

6    intent to further the unlawful purpose.

7              As for Count 13, the elements are:  First, that the

8    defendant was released pursuant to the Bail Reform Act of

9    1966.

10             Second, that the defendant was required to appear in

11   court.

12             Third, that the defendant was aware of his required

13   appearance.

14             Fourth, that the defendant failed to appear as

15   required.

16             And fifth, that the defendant was willful in his

17   failure to appear.

18             THE COURT:  Mr. Meitl, would you also go over the

19   essential elements of the underlying charge of wire fraud in

20   Mr. Okafor's case?

21             MR. MEITL:  Yes, Your Honor.

22             The underlying elements of wire fraud are:  First,

23   the defendant knowingly devised or intended to devise any

24   scheme to defraud, as described in the indictment.

25             Second, the scheme to defraud employed false

46

1    material representations, pretenses or promises.

2            Third, that defendant transmitted or caused to be

3    transmitted by way of wire communications and interstate or

4    foreign commerce any writing, sign, signal, picture or sound

5    for the purpose of executing such scheme.

6            And fourth, that the defendant acted with the

7    specific intent to defraud.

8            *THE COURT:*  Mr. Okafor, do you admit that you

9    committed each of the essential elements of the offenses in

10   your case?

11           *DEFENDANT OKAFOR:*  Yes, Your Honor.

12           *MR. MEITL:*  Your Honor, the elements for Ms. Force

13   are the same as Mr. Peacock, so these apply to both of them.

14   Those elements are:  First, that two or more persons directly

15   or indirectly reached an agreement to distribute or possess

16   with intent to distribute a controlled substance, as charged

17   in the information.

18           That the defendant knew the unlawful purpose of the

19   agreement.

20           Third, that the defendant joined in the agreement

21   willfully, that is, with the intent to further its unlawful

22   purpose.

23           Fourth, that the overall scope of the conspiracy

24   involved at least 40 grams of a mixture or substance

25   containing a detectable amount of fentanyl, a Schedule II

1   controlled substance.

2          And fifth, that the defendant knew or reasonably

3   should have known that the scope of the conspiracy involved at

4   least 40 grams of a mixture or substance containing a

5   detectable amount of fentanyl, a Schedule II controlled

6   substance.

7          THE COURT:  Ms. Force, do you admit that you

8   committed all of the essential elements of the offense in your

9   case?

10          DEFENDANT FORCE:  Yes, sir.

11          THE COURT:  Mr. Peacock, do you admit that you

12   committed each of the essential elements of the offense in

13   your case?

14          DEFENDANT PEACOCK:  Yes, sir.

15          MR. MEITL:  Your Honor, as to Mr. Loyola, the

16   elements of the offense for Count 1 of the superseding

17   indictment (sic) are:  First, that the defendant knowingly

18   possessed a machine gun.

19          And second, that the defendant knew of the

20   characteristics of the weapon that made it a machine gun,

21   namely, that it was a weapon that can shoot automatically more

22   than one shot without manual reloading by a single function of

23   the trigger.

24          THE COURT:  Mr. Loyola, do you admit that you

25   committed all of the essential elements of the offense in your

1   case?

2           *DEFENDANT LOYOLA*:  Yes, sir.

3           *MR. MEITL:*  Your Honor, as to Ms. Mallory *(sic)*, the

4   elements of Count 1 of the superseding information are as

5   follows:  First, that two or more persons directly or

6   indirectly reached an agreement to distribute or possess with

7   intent to distribute a controlled substance, as charged in the

8   information.

9           Second, that the defendant knew of the unlawful

10  purpose of the agreement.

11          Third, that the defendant joined in the agreement

12  willfully, that is, with the intent to further its unlawful

13  purpose.

14          Fourth, that the overall scope of the conspiracy

15  involved at least 50 grams of a mixture or substance

16  containing a detectable amount of methamphetamine, a

17  Schedule II controlled substance.

18          And fifth, that the defendant knew or reasonably

19  should have known that the scope of the conspiracy involved at

20  least 50 grams of a mixture or substance containing a

21  detectable amount of methamphetamine, a Schedule II controlled

22  substance.

23          *THE COURT:*  Mr. Mallory, do you admit that you

24  committed all of the essential elements of the offense in your

25  case?

1          *DEFENDANT MALLORY:*  Yes, sir.

2          *MR. MEITL:*  Your Honor, as to Mr. Hinsley, the

3    elements that the Government must prove for Count 1 of the

4    indictment are:  The defendant was in Federal custody -- I'm

5    sorry, of the information -- I'm sorry, the indictment, Your

6    Honor.

7          First, that the defendant was in Federal custody.

8          Second, the defendant was in Federal custody due to

9    a lawful arrest on a felony charge or due to a conviction for

10   any offense.

11         Third, that the defendant left Federal custody

12   without permission.

13         And fourth, the defendant knew leaving would result

14   in his absence from custody without permission.

15         *THE COURT:*  Mr. Hinsley, do you admit that you

16   committed all of the essential elements of the offense in your

17   case?

18         *DEFENDANT HINSLEY:*  Yes, sir.

19         *MR. MEITL:*  Your Honor, as to Mr. Early-Wright, the

20   elements that the Government must prove for Count 2 of the

21   information are as follows:  First, that two or more persons

22   directly or indirectly reached an agreement to distribute or

23   possess with intent to distribute a controlled substance, as

24   charged in the information.

25         Second, the defendant knew of the unlawful purpose

1    of the agreement.

2          Third, that the defendant joined in the agreement

3    willfully, that is, with the intent to further its unlawful

4    purpose.

5          And fourth, the overall scope of the conspiracy

6    involved a mixture or substance containing a detectable amount

7    of fentanyl, a Schedule II controlled substance.

8          *THE COURT:*  Mr. Early-Wright, do you admit that you

9    committed all of the essential elements of the offense in your

10   case?

11         *DEFENDANT EARLY-WRIGHT:*  Yes, sir.

12         *THE COURT:*  Ms. Hunter, you're appearing here today

13   with your attorney, Ms. Pedraza.  You have indicated to me

14   that you've discussed your case, the charges made against you,

15   the issue of punishment and how the sentencing guidelines

16   might apply to your case with Ms. Pedraza; is that correct?

17         *DEFENDANT HUNTER:*  Yes, sir.

18         *THE COURT:*  Are you fully satisfied with the

19   representation and advice that you've received from your

20   attorney, Ms. Pedraza --

21         *DEFENDANT HUNTER:*  Yes, sir.

22         *THE COURT:*  -- in this case?

23         *DEFENDANT HUNTER:*  Yes, sir.

24         *THE COURT:*  Mr. Okafor, you're appearing here today

25   with your attorney, Ms. Taft.  You've indicated to me that

1    you've discussed your case, the charges made against you, the

2    issue of punishment and how the sentencing guidelines might

3    apply to your case with Ms. Taft; is that right?

4            *DEFENDANT OKAFOR*:  Yes, Your Honor.

5            *THE COURT*:  Are you fully satisfied with the

6    representation and advice that you've received from your

7    attorney, Ms. Taft, in your case?

8            *DEFENDANT OKAFOR*:  Yes, Your Honor.

9            *THE COURT*:  Ms. Force, you're appearing here today

10   with your attorney, Mr. Rhodes.  You've indicated to me that

11   you've discussed your case, the charges made against you, the

12   issue of punishment and how the sentencing guidelines might

13   apply to your case with Mr. Rhodes; is that right?

14           *DEFENDANT FORCE*:  Yes, sir.

15           *THE COURT*:  Are you fully satisfied with the

16   representation and advice that you've received from your

17   attorney, Mr. Rhodes, in your case?

18           *DEFENDANT FORCE*:  Yes, Your Honor.

19           *THE COURT*:  Mr. Loyola, you're also appearing here

20   today with your attorney, Mr. Rhodes.  You've indicated to me

21   that you've discussed your case, the charges made against you,

22   the issue of punishment and how the sentencing guidelines

23   might apply to your case with Mr. Rhodes; is that right?

24           *DEFENDANT LOYOLA*:  Yes, sir.

25           *THE COURT*:  Are you fully satisfied with the

1  representation and advice that Mr. Rhodes has provided to you

2  in your case?

3        *DEFENDANT LOYOLA:*  Yes, sir.

4        *THE COURT:*  Mr. Mallory, you're appearing here today

5  with your attorney, Mr. Terry.  You've indicated to me that

6  you've discussed your case, the charges made against you, the

7  issue of punishment and how the sentencing guidelines might

8  apply to your case with Mr. Terry; is that right?

9        *DEFENDANT MALLORY:*  Yes, sir.

10        *THE COURT:*  Are you fully satisfied with the

11  representation and advice that you've received from your

12  attorney, Mr. Terry, in this case?

13        *DEFENDANT MALLORY:*  Yes, sir.

14        *THE COURT:*  Mr. Hinsley, you're appearing here today

15  with your attorney, Mr. Graham.  You've indicated that you've

16  discussed your case, the charges made against you, the issue

17  of punishment and how the sentencing guidelines might apply to

18  your case with Mr. Graham; is that right?

19        *DEFENDANT HINSLEY:*  Yes, sir.

20        *THE COURT:*  Are you fully satisfied with the

21  representation and advice that you've received from your

22  attorney, Mr. Graham, in your case?

23        *DEFENDANT HINSLEY:*  Yes, sir.

24        *THE COURT:*  Mr. Peacock, you're appearing here today

25  with your attorney, Mr. Singleterry.  You've indicated to me

1   that you've discussed your case, the charges made against you,

2   the issue of punishment and how the sentencing guidelines

3   might apply to your case with Mr. Singleterry; is that right?

4            *DEFENDANT PEACOCK:*  Yes, sir.

5            *THE COURT:*  Are you fully satisfied with the

6   representation and advice that you've received from your

7   attorney, Mr. Singleterry, in your case?

8            *DEFENDANT PEACOCK:*  Yes, sir.

9            *THE COURT:*  Mr. Early-Wright, you're appearing here

10   today with your attorney, Mr. Crum.  You've indicated to me

11   that you've discussed your case, the charges made against you,

12   the issue of punishment and how the sentencing guidelines

13   might apply to your case with Mr. Crum; is that right?

14            *DEFENDANT EARLY-WRIGHT:*  Yes, sir.

15            *THE COURT:*  Are you fully satisfied with the

16   representation and advice that Mr. Crum has provided to you in

17   your case?

18            *DEFENDANT EARLY-WRIGHT:*  Yes, sir.

19            *THE COURT:*  Thank you.

20            Now, at this time, I need to discuss some

21   information concerning a plea agreement that each of you has

22   entered into with the Government, except for Mr. Loyola.

23            And I want to be sure that's right, Mr. Rhodes.

24   Mr. Loyola, does not have a plea agreement; is that right?

25            *MR. RHODES:*  That's correct.

1          THE COURT:  So, Mr. Loyola, I'm going to be going

2     over some information with everybody else for a while, and

3     then we'll come back and talk to you again here in a little

4     bit, okay?

5          DEFENDANT LOYOLA:  Okay.

6          THE COURT:  Ms. Hunter, I have in front of me a plea

7     agreement that's appropriately styled and numbered for your

8     case, it is seven pages long, is dated November 30th, 2022,

9     and it appears to be signed by you and by Ms. Pedraza and by

10    the attorneys for the Government.

11         Do you have a copy of that there in front of you?

12         DEFENDANT HUNTER:  Yes, sir.

13         THE COURT:  Are those your signatures on page 7 of

14    the plea agreement?

15         DEFENDANT HUNTER:  Yes, sir.

16         THE COURT:  Ms. Pedraza, are those your signatures

17    there as well?

18         MS. PEDRAZA:  Yes, Your Honor.

19         THE COURT:  Ms. Pedraza, Ms. Hunter doesn't have a

20    date beside her signature on the copy that the Court has here.

21         MS. PEDRAZA:  Your Honor, it was signed the same

22    date as me.

23         THE COURT:  All right.

24         MS. PEDRAZA:  So, it should say November 30th.

25         THE COURT:  All right.  Do you so stipulate?

1                    *MS. PEDRAZA:*  Yes, sir.

2                    *THE COURT:*  Mr. Meitl, do you stipulate on behalf of

3        the Government that Ms. Hunter signed the plea agreement on

4        November 30, 2022?

5                    *MR. MEITL:*  Yes, Your Honor.

6                    *THE COURT:*  Mr. Okafor, I have in front of me a plea

7        agreement with waiver of appeal that is appropriately styled

8        and numbered for your case, it is nine pages long, it's dated

9        December the 2nd, 2022, and it looks like you signed it,

10       Ms. Taft signed it and the lawyers for the Government signed

11       it as well.

12                   Do you have a copy of it there before you?

13                   *DEFENDANT OKAFOR:*  Yes, Your Honor.

14                   *THE COURT:*  Is that your signature on page 8 and

15       page 9?

16                   *DEFENDANT OKAFOR:*  Yes, Your Honor.

17                   *THE COURT:*  Ms. Taft, are those your signatures on

18       those pages as well?

19                   *MS. TAFT:*  It is, Your Honor.

20                   *THE COURT:*  Ms. Force, I have a plea agreement with

21       waiver of appeal that's appropriately styled and numbered for

22       your case in front of me, it's six pages long, is dated

23       December 6th, 2022, and it looks like you've signed it,

24       Mr. Rhodes signed it and the lawyers for the Government did.

25                   Do you have a copy of it there?

1              *DEFENDANT FORCE:*  Yes, sir.

2              *THE COURT:*  Are those your signatures on page 6?

3              *DEFENDANT FORCE:*  Yes, sir.

4              *THE COURT:*  Mr. Rhodes, are those your signatures

5    there as well?

6              *MR. RHODES:*  They are, Your Honor.

7              *THE COURT:*  Mr. Mallory, your plea agreement with

8    waiver of appeal looks like it's five pages long, is dated

9    December 7th, 2022, and it appears to be signed by you, by

10   Mr. Terry and by the lawyers for the Government.

11             Do you have it there?

12             *DEFENDANT MALLORY:*  Yes, sir.

13             *THE COURT:*  Are those your signatures on page 5?

14             *DEFENDANT MALLORY:*  Yes, sir.

15             *THE COURT:*  Mr. Terry, are those your signatures

16   there as well?

17             *MR. TERRY:*  Yes, Your Honor.

18             *THE COURT:*  Mr. Hinsley, I have in front of me an

19   amended plea agreement with waiver of appeal that's

20   appropriately styled and numbered for your case, it is seven

21   pages long, is dated December 5th, 2022, and it looks like

22   you've signed it, Mr. Graham has signed it and the lawyers for

23   the Government have as well.

24             Do you have it there by you?

25             *DEFENDANT HINSLEY:*  Yes, sir.

1          THE COURT:  Are those your signatures on page 6 and

2    page 7?

3          DEFENDANT HINSLEY:  Yes, sir.

4          THE COURT:  Mr. Graham, are those your signatures

5    there as well?

6          MR. GRAHAM:  Yes, Your Honor.

7          THE COURT:  And let me also ask you, Mr. Hinsley,

8    on page 2 of the amended agreement, there's a change in

9    paragraph 2 where information was changed to indictment and it

10   looks like there are your initials there.

11         Are those your initials on the amended plea

12   agreement?

13         DEFENDANT HINSLEY:  Yes, sir.

14         THE COURT:  Mr. Graham, are those your initials

15   there as well?

16         MR. GRAHAM:  Yes, Your Honor.

17         THE COURT:  And Mr. Meitl, did you initial that

18   change, too?

19         MR. MEITL:  I did, Your Honor.

20         THE COURT:  All right.

21         Mr. Peacock, I have a plea agreement with waiver of

22   appeal in front of me that looks like it's appropriately

23   styled and numbered for your case, it is six pages long, is

24   dated November 28, 2022, and it looks like you've signed it,

25   your lawyer, Mr. Singleterry, signed it and the lawyers for

1    the Government did as well.

2              Do you have it there?

3              *DEFENDANT PEACOCK:*  Yes, sir.

4              *THE COURT:*  Are those your signatures on page 6?

5              *DEFENDANT PEACOCK:*  Yes, sir.

6              *THE COURT:*  Mr. Singleterry, are those your

7    signatures there as well?

8              *MR. SINGLETERRY:*  Yes, Your Honor.

9              *THE COURT:*  Mr. Early-Wright, I have a plea

10   agreement with waiver of appeal in front of me that's

11   appropriately styled and numbered for your case, it is six

12   pages long, dated December 7th, 2022, and it appears that

13   you've signed it, Mr. Crum has signed it and the lawyers for

14   the Government have.

15             Let me ask you, Mr. Early-Wright, are those your

16   signatures on page 6?

17             *DEFENDANT EARLY-WRIGHT:*  Yes, sir.

18             *THE COURT:*  Mr. Crum, are those your signatures

19   there as well?

20             *MR. CRUM:*  Yes, Your Honor.

21             *THE COURT:*  Let me ask each of you, Did you read the

22   plea agreement or have it read to you before you signed it?

23             Ms. Hunter?

24             *DEFENDANT HUNTER:*  Yes, sir.

25             *THE COURT:*  Mr. Okafor?

1           *DEFENDANT OKAFOR:*  Yes, Your Honor.

2           *THE COURT:*  Ms. Force?

3           *DEFENDANT FORCE:*  Yes, sir.

4           *THE COURT:*  Mr. Mallory?

5           *DEFENDANT MALLORY:*  Yes, sir.

6           *THE COURT:*  Mr. Hinsley?

7           *DEFENDANT HINSLEY:*  Yes, sir.

8           *THE COURT:*  Mr. Peacock?

9           *DEFENDANT PEACOCK:*  Yes, sir.

10          *THE COURT:*  And Mr. Early-Wright?

11          *DEFENDANT EARLY-WRIGHT:*  Yes, sir.

12          *THE COURT:*  Did you understand the plea agreement

13   before you signed it?

14          Ms. Hunter?

15          *DEFENDANT HUNTER:*  Yes, sir.

16          *THE COURT:*  Mr. Okafor, did you?

17          *DEFENDANT OKAFOR:*  Yes, Your Honor.

18          *THE COURT:*  Ms. Force, did you?

19          *DEFENDANT FORCE:*  Yes, sir.

20          *THE COURT:*  Mr. Mallory, did you?

21          *DEFENDANT MALLORY:*  Yes, sir.

22          *THE COURT:*  Mr. Hinsley, did you understand the

23   amended plea agreement before you signed it?

24          *DEFENDANT HINSLEY:*  Yes, sir.

25          *THE COURT:*  Mr. Peacock, did you understand the plea

1  agreement before you signed it?

2         *DEFENDANT PEACOCK:*  Yes, sir.

3         *THE COURT:*  Mr. Early-Wright, did you?

4         *DEFENDANT EARLY-WRIGHT:*  Yes, sir.

5         *THE COURT:*  By placing your signatures upon the plea

6  agreement, or amended plea agreement in Mr. Hinsley's case,

7  are you asking the Court to approve and accept your plea

8  agreement or amended plea agreement?

9         Ms. Hunter?

10         *DEFENDANT HUNTER:*  Yes, sir.

11         *THE COURT:*  Mr. Okafor?

12         *DEFENDANT OKAFOR:*  Yes, Your Honor.

13         *THE COURT:*  Ms. Force?

14         *DEFENDANT FORCE:*  Yes, sir.

15         *THE COURT:*  Mr. Mallory?

16         *DEFENDANT MALLORY:*  Yes, sir.

17         *THE COURT:*  Mr. Hinsley?

18         *DEFENDANT HINSLEY:*  Yes, sir.

19         *THE COURT:*  Mr. Peacock?

20         *DEFENDANT PEACOCK:*  Yes, sir.

21         *THE COURT:*  And Mr. Early-Wright?

22         *DEFENDANT EARLY-WRIGHT:*  Yes, sir.

23         *THE COURT:*  Now, I want to specifically direct each

24  of your attentions to a paragraph in your plea agreement that

25  contains a waiver of your right to appeal except under certain

1    limited circumstances.

2         Ms. Hunter, that's paragraph 11; Mr. Okafor it's

3    paragraph 12; Ms. Force, it's paragraph 11 in your plea

4    agreement; Mr. Mallory, it's paragraph 10; Mr. Hinsley,

5    paragraph 12 in your amended plea agreement; and Mr. Peacock

6    and Mr. Early-Wright, it's paragraph 11 in your plea

7    agreements.

8         My question to you is, Did you read and understand

9    this waiver of appeal paragraph before you signed the plea

10   agreement, or in Mr. Hinsley's case the amended plea

11   agreement?

12        Ms. Hunter, did you?

13        *DEFENDANT HUNTER:*  Yes, sir.

14        *THE COURT:*  Mr. Okafor?

15        *DEFENDANT OKAFOR:*  Yes, Your Honor.

16        *THE COURT:*  Ms. Force?

17        *DEFENDANT FORCE:*  Yes, sir.

18        *THE COURT:*  Mr. Mallory?

19        *DEFENDANT MALLORY:*  Yes, sir.

20        *THE COURT:*  Mr. Hinsley?

21        *DEFENDANT HINSLEY:*  Yes, sir.

22        *THE COURT:*  Mr. Peacock?

23        *DEFENDANT PEACOCK:*  Yes, sir.

24        *THE COURT:*  And Mr. Early-Wright?

25        *DEFENDANT EARLY-WRIGHT:*  Yes, sir.

1          *THE COURT:*  Did you discuss this waiver of appeal

2    paragraph with your attorney before you signed the plea

3    agreement, or in Mr. Hinsley's case the amended plea

4    agreement?

5          Did you, Ms. Hunter?

6          *DEFENDANT HUNTER:*  Yes, sir.

7          *THE COURT:*  Mr. Okafor?

8          *DEFENDANT OKAFOR:*  Yes, Your Honor.

9          *THE COURT:*  Ms. Force?

10         *DEFENDANT FORCE:*  Yes, sir.

11         *THE COURT:*  Mr. Mallory?

12         *DEFENDANT MALLORY:*  Yes, sir.

13         *THE COURT:*  Mr. Hinsley?

14         *DEFENDANT HINSLEY:*  Yes, sir.

15         *THE COURT:*  Mr. Peacock?

16         *DEFENDANT PEACOCK:*  Yes, sir.

17         *THE COURT:*  And Mr. Early-Wright?

18         *DEFENDANT EARLY-WRIGHT:*  Yes, sir.

19         *THE COURT:*  Do you knowingly and voluntarily waive

20   your right to appeal as set forth in this paragraph?

21         Ms. Hunter?

22         *DEFENDANT HUNTER:*  Yes, sir.

23         *THE COURT:*  Mr. Okafor?

24         *DEFENDANT OKAFOR:*  Yes, Your Honor.

25         *THE COURT:*  Ms. Force?

```
 1              DEFENDANT FORCE:  Yes, sir.
 2              THE COURT:  Mr. Mallory?
 3              DEFENDANT MALLORY:  Yes, sir.
 4              THE COURT:  Mr. Hinsley?
 5              DEFENDANT HINSLEY:  Yes, sir.
 6              THE COURT:  Mr. Peacock?
 7              DEFENDANT PEACOCK:  Yes, sir.
 8              THE COURT:  And Mr. Early-Wright?
 9              DEFENDANT EARLY-WRIGHT:  Yes, sir.
10              THE COURT:  Are all of the terms of your agreement
11      with the Government set out in the written plea agreement, or
12      amended plea agreement in Mr. Hinsley's case?
13              Ms. Hunter?
14              DEFENDANT HUNTER:  Yes, sir.
15              THE COURT:  Mr. Okafor?
16              DEFENDANT OKAFOR:  Yes, Your Honor.
17              THE COURT:  Ms. Force?
18              DEFENDANT FORCE:  Yes, sir.
19              THE COURT:  Mr. Mallory?
20              DEFENDANT MALLORY:  Yes, sir.
21              THE COURT:  Mr. Hinsley?
22              DEFENDANT HINSLEY:  Yes, sir.
23              THE COURT:  Mr. Peacock?
24              DEFENDANT PEACOCK:  Yes, sir.
25              THE COURT:  And Mr. Early-Wright?
```

1            *DEFENDANT EARLY-WRIGHT:*  Yes, sir.

2            *THE COURT:*  Did you voluntarily and of your own free

3    will enter into the plea agreement or plea agreement

4    supplement -- I'm sorry, or amended plea agreement for

5    Mr. Hinsley?

6            Ms. Hunter?

7            *DEFENDANT HUNTER:*  Yes, sir.

8            *THE COURT:*  Mr. Okafor?

9            *DEFENDANT OKAFOR:*  Yes, Your Honor.

10           *THE COURT:*  Ms. Force?

11           *DEFENDANT FORCE:*  Yes, sir.

12           *THE COURT:*  Mr. Mallory?

13           *DEFENDANT MALLORY:*  Yes, sir.

14           *THE COURT:*  Mr. Hinsley?

15           *DEFENDANT HINSLEY:*  Yes, sir.

16           *THE COURT:*  Mr. Peacock?

17           *DEFENDANT PEACOCK:*  Yes, sir.

18           *THE COURT:*  And Mr. Early-Wright?

19           *DEFENDANT EARLY-WRIGHT:*  Yes, sir.

20           *THE COURT:*  Other than the written plea agreement,

21   has anyone made any promise or assurance to you of any kind in

22   an effort to induce you to enter a plea of guilty in your

23   case?

24           Ms. Hunter?

25           *DEFENDANT HUNTER:*  No, sir.

```
1              THE COURT:  Mr. Okafor?

2              DEFENDANT OKAFOR:  No, sir.

3              THE COURT:  Ms. Force?

4              DEFENDANT FORCE:  No, sir.

5              THE COURT:  Mr. Mallory?

6              DEFENDANT MALLORY:  No, sir.

7              THE COURT:  Mr. Hinsley, instead of plea agreement,

8    the amended plea agreement, you understand that?

9              DEFENDANT HINSLEY:  No, sir.

10             THE COURT:  You understand that?

11             DEFENDANT HINSLEY:  Yes, sir.

12             THE COURT:  Mr. Peacock, other than the written plea

13   agreement, has anyone made any promise to you --

14             DEFENDANT PEACOCK:  No, sir.

15             THE COURT:  -- or assurance in an effort to induce

16   you to enter a plea of guilty in your case?

17             DEFENDANT PEACOCK:  No, sir.

18             THE COURT:  What about you, Mr. Early-Wright?

19             DEFENDANT EARLY-WRIGHT:  No, sir.

20             THE COURT:  Then I order the filing of the plea

21   agreements in Ms. Hunter's, Mr. Okafor's, Ms. Force's,

22   Mr. Peacock's and Mr. Early-Wright's cases.  I order the

23   filing of the amended plea agreement in Mr. Hinsley's case.

24   And, Mr. Mallory, your plea agreement has already been filed

25   in your case.
```

1          Now, let me ask you, Mr. Loyola, has anyone made any

2  promise or assurance to you of any kind in an effort to induce

3  you to enter a plea of guilty in your case?

4          *DEFENDANT LOYOLA:*  No, sir.

5          *THE COURT:*  All right.  Thank you.

6          Then I'll ask questions of all of you again.  Has

7  anyone mentally, physically or any other way attempted to

8  force you to plead guilty in your case?

9          Ms. Hunter?

10         *DEFENDANT HUNTER:*  No, sir.

11         *THE COURT:*  Mr. Okafor?

12         *DEFENDANT OKAFOR:*  No.

13         *THE COURT:*  Ms. Force?

14         *DEFENDANT FORCE:*  No, sir.

15         *THE COURT:*  Mr. Loyola?

16         *DEFENDANT LOYOLA:*  No, sir.

17         *THE COURT:*  Mr. Mallory?

18         *DEFENDANT MALLORY:*  No, sir.

19         *THE COURT:*  Mr. Hinsley?

20         *DEFENDANT HINSLEY:*  No, sir.

21         *THE COURT:*  Mr. Peacock?

22         *DEFENDANT PEACOCK:*  No, sir.

23         *THE COURT:*  Mr. Early-Wright?

24         *DEFENDANT EARLY-WRIGHT:*  No, sir.

25         *THE COURT:*  Ms. Hunter, do you understand that if

1    your guilty plea is accepted by the District Judge, you will

2    be adjudged guilty of the offense charged by Count 1 of the

3    information in your case and that your punishment will be

4    assessed somewhere within the range of punishment provided by

5    statute?

6            *DEFENDANT HUNTER:*  Yes, sir.

7            *THE COURT:*  Mr. Okafor, do you understand that if

8    your guilty plea is accepted by the District Judge, you will

9    be adjudged guilty of the offenses charged by Counts 1 and 13

10   of the indictment in your case and that your punishment will

11   be assessed somewhere within the range of punishment provided

12   by statute?

13           *DEFENDANT OKAFOR:*  Yes, Your Honor.

14           *THE COURT:*  Ms. Force, do you understand that if

15   your guilty plea is accepted by the District Judge, you will

16   be adjudged guilty of the offense charged by Count 1 of the

17   information in your case and that your punishment will be

18   assessed somewhere within the range of punishment provided by

19   statute?

20           *DEFENDANT FORCE:*  Yes, sir.

21           *THE COURT:*  Mr. Loyola, do you understand that if

22   the District Judge accepts your plea of guilty, you will be

23   adjudged guilty of the offense charged by Count 1 of the

24   information in your case and that your punishment will be

25   assessed somewhere within the range of punishment provided by

1    statute?

2          *DEFENDANT LOYOLA:*  Yes, sir.

3          *THE COURT:*  Mr. Mallory, do you understand that if

4    your guilty plea is accepted by the District Judge, you will

5    be adjudged guilty of the offense charged by Count 1 of the

6    superseding information in your case and that your punishment

7    will be assessed somewhere within the range of punishment

8    provided by statute?

9          *DEFENDANT MALLORY:*  Yes, Your Honor.

10          *THE COURT:*  Mr. Hinsley, do you understand that if

11    the District Judge accepts your plea of guilty, you will be

12    adjudged guilty of the offense charged by Count 1 of the

13    indictment in your case and that your punishment will be

14    assessed somewhere within the range of punishment provided by

15    statute?

16          *DEFENDANT HINSLEY:*  Yes, sir.

17          *THE COURT:*  Mr. Peacock, do understand that if your

18    guilty plea is accepted by the District Judge, you will be

19    adjudged guilty of the offense charged by Count 1 of the

20    information in your case and that your punishment will be

21    assessed somewhere within the range of punishment provided by

22    statute?

23          *DEFENDANT PEACOCK:*  Yes, sir.

24          *THE COURT:*  Mr. Early-Wright, do you understand that

25    if your guilty plea is accepted by the District Judge, you

1    will be adjudged guilty of the offense charged by Count 2 of

2    the information in your case and that your punishment will be

3    assessed somewhere within the range of punishment provided by

4    statute?

5         *DEFENDANT EARLY-WRIGHT:*  Yes, sir.

6         *THE COURT:*  Now, let me ask your lawyers at this

7    time, Is there any need for the Court to caution your client

8    regarding immigration consequences of pleading guilty in his

9    or her case?

10        Ms. Pedraza, for Ms. Hunter?

11        *MS. PEDRAZA:*  No, Your Honor.

12        *THE COURT:*  Ms. Taft, for Mr. Okafor?

13        *MS. TAFT:*  Yes, Your Honor.

14        *THE COURT:*  Mr. Rhodes, for Ms. Force?

15        *MR. RHODES:*  No, Your Honor.

16        *THE COURT:*  Or for Mr. Loyola?

17        *MR. RHODES:*  No, Your Honor.

18        *THE COURT:*  Mr. Terry, for Mr. Mallory?

19        *MR. TERRY:*  No, Your Honor.

20        *THE COURT:*  Mr. Graham, for Mr. Hinsley?

21        *MR. GRAHAM:*  No, Your Honor.

22        *THE COURT:*  Mr. Singleterry, do we need to do that

23    for Mr. Peacock?

24        *MR. SINGLETERRY:*  No, Your Honor.

25        *THE COURT:*  Mr. Crum, for Mr. Early-Wright?

1         *MR. CRUM:*  No, Your Honor.

2         *THE COURT:*  Mr. Okafor, do you understand that if

3 you are not a citizen of the United States, your conviction in

4 this case could result in deportation; that is, you could be

5 required to leave the United States and it could adversely

6 affect your ability to ever become a citizen of the United

7 States?

8         *DEFENDANT OKAFOR:*  Yes, Your Honor.

9         *THE COURT:*  Have you discussed with your attorney,

10 Ms. Taft, the probability that you could be deported if you're

11 adjudged guilty of the charge or charges against you and that

12 your deportation by U.S. Immigration officials may even be

13 mandatory or certain?

14        *DEFENDANT OKAFOR:*  Yes, Your Honor.

15        *THE COURT:*  And for the rest of the defendants let

16 me ask you this question, Do you understand that the offense

17 or offenses to which you're pleading guilty are a felony and

18 that the conviction of a felony may deprive you of valuable

19 rights of citizenship, such as the right to vote, to hold

20 public office, to serve on a jury, to possess any kind of

21 firearm or ammunition and other rights?

22         Do you understand that, Ms. Hunter?

23        *DEFENDANT HUNTER:*  Yes, sir.

24        *THE COURT:*  Ms. Force?

25        *DEFENDANT FORCE:*  Yes, sir.

1          *THE COURT:*  Mr. Loyola?

2          *DEFENDANT LOYOLA:*  Yes, sir.

3          *THE COURT:*  Mr. Mallory?

4          *DEFENDANT MALLORY:*  Yes, sir.

5          *THE COURT:*  Mr. Hinsley?

6          *DEFENDANT HINSLEY:*  Yes, sir.

7          *THE COURT:*  Mr. Peacock?

8          *DEFENDANT PEACOCK:*  Yes, sir.

9          *THE COURT:*  And Mr. Early-Wright?

10         *DEFENDANT EARLY-WRIGHT:*  Yes, sir.

11         *THE COURT:*  In addition to that, the Assistant

12   United States Attorney will now state the potential penalties

13   for and consequences of conviction of the charge or charges to

14   which you're proposing to plead guilty.

15         And Mr. Meitl, please make it clear which penalties

16   and sanctions apply to which defendant.

17         *MR. MEITL:*  Yes, Your Honor.

18         As to Ms. Hunter, the penalties include:

19   Imprisonment for a period not to exceed 20 years, a fine not

20   to exceed $250,000 or twice any gain to the defendant or loss

21   to the victims.

22         A term of supervised release not to exceed three

23   years, which may be mandatory under the law and will follow

24   any term of imprisonment.  If the defendant violates any

25   condition of supervised release, the Court may revoke such

1    release term and require that the defendant serve any or all

2    of such term as an additional period of confinement.

3            A mandatory special assessment of $100.

4            Restitution to victims or to the community, which

5    may be mandatory under the law and in which the defendant

6    agrees may include restitution arising from all relevant

7    conduct of the scheme to defraud, not limited to that arising

8    from the offense of conviction alone.

9            Forfeiture and costs of incarceration and

10   supervision.

11           *THE COURT:*  Ms. Hunter, do you understand that if

12   you plead guilty you may be subject to the penalties and

13   consequences just explained to you?

14           *DEFENDANT HUNTER:*  Yes, sir.

15           *MR. MEITL:*  Your Honor, as to Mr. Okafor, as for

16   Count 1, those penalties are:  Imprisonment for a period not

17   to exceed 20 years, a fine not to exceed $250,000 or twice any

18   gain to the defendant or loss to the victims.

19           A term of supervised release not to exceed three

20   years, which may be mandatory under the law and follow any

21   term of imprisonment.  If the defendant violates the

22   conditions of supervised release, the defendant could be

23   imprisoned for the entire term of supervised release.

24           A mandatory special assessment of $100.

25           Restitution to victims or to the community, which

1   may be mandatory under the law in which the defendant agrees

2   may include restitution arising from all relevant conduct, not

3   limited to that of the offense of conviction alone.  Costs of

4   incarceration and supervision and forfeiture of property.

5          As for Count 13, Mr. Okafor faces the following

6   potential penalties:  Imprisonment for a period not to exceed

7   10 years, a fine not to exceed $100,000 or twice any gain to

8   the defendant or loss to the victims.

9          A term of supervised release not to exceed three

10  years, which may be mandatory under the law and will follow

11  any term of imprisonment.  If the defendant violates the

12  conditions of supervised release, the defendant could be

13  imprisoned for the entire term of supervised release.

14         A mandatory special assessment of $100.

15         Restitution to victims or to the community, which

16  may be mandatory under the law, in which the defendant agrees

17  may include restitution arising from all relevant conduct, not

18  limited to that arising from the offense of conviction alone.

19  Costs of incarceration and supervision and forfeiture of

20  property.

21         THE COURT:  Mr. Okafor, do you understand that if

22  you plead guilty you may be subject to the penalties and

23  consequences just explained to you?

24         DEFENDANT OKAFOR:  Yes, Your Honor.

25         MR. MEITL:  Your Honor, the penalties for Ms. Force,

1    Mr. Mallory and Mr. Peacock are the same, and those include:

2    Imprisonment for a period of not less than five years and not

3    more than 40 years, a fine not to exceed $5 million.

4            A mandatory term of supervised release of not less

5    than four years, which may be mandatory under the law and will

6    follow any term of imprisonment.  If the defendant violates

7    any condition of the term of supervised release, the Court may

8    revoke such release term and require the defendant to serve an

9    additional period of confinement.

10           A mandatory special assessment of $100.

11           Restitution to victims or to the community, which

12   may be mandatory under the law in which the defendant agrees

13   may include restitution arising from all relevant conduct, not

14   limited to that arising from the offense of conviction alone.

15   And costs of incarceration and supervision.

16           *THE COURT:*  Ms. Force, do you understand that if you

17   plead guilty you may be subject to the penalties and

18   consequences just explained to you?

19           *DEFENDANT FORCE:*  Yes, sir.

20           *THE COURT:*  Mr. Mallory, do you understand that if

21   you plead guilty you may be subject to the penalties and

22   consequences just explained to you?

23           *DEFENDANT MALLORY:*  Yes, sir.

24           *THE COURT:*  Mr. Peacock, do you understand that if

25   you plead guilty you may be subject to the penalties and

1   consequences just explained to you?

2           *DEFENDANT PEACOCK:*  Yes, sir.

3           *MR. MEITL:*  Your Honor, as to Mr. Loyola, the

4   penalties that the Court can impose include:  Imprisonment for

5   a period not to exceed ten years, a fine not to exceed

6   $250,000.

7           A term of supervised release not to exceed three

8   years, which may be mandatory under the law and will follow

9   any term of imprisonment.  If the defendant violates any

10   condition of supervised release, the Court may revoke such

11   release term and require the defendant to serve an additional

12   period of confinement.

13           A mandatory special assessment of $100.

14           Forfeiture of firearms and ammunition and costs of

15   incarceration and supervision.

16           *THE COURT:*  Mr. Loyola, do you understand that if

17   you plead guilty you may be subject to the penalties and

18   consequences just explained to you?

19           *DEFENDANT LOYOLA:*  Yes, sir.

20           *MR. MEITL:*  Your Honor, as to Mr. Hinsley, the

21   penalties the Court can impose are as follows:  A fine not to

22   exceed $250,000, imprisonment for a period of not more than

23   five years.

24           A term of supervised release for a maximum of three

25   years, which may be mandatory under the law and will follow

1    any term of imprisonment.  If the defendant violates the

2    conditions of the supervised release, the Court may revoke

3    such release term and require that the defendant serve an

4    additional period of confinement.

5            A mandatory special assessment of $100 and costs of

6    incarceration and supervision.

7            THE COURT:  Mr. Hinsley, do you understand that if

8    you plead guilty you may be subject to the penalties and

9    consequences just explained to you?

10           DEFENDANT HINSLEY:  Yes, sir.

11           MR. MEITL:  Your Honor, as to Mr. Early-Wright, the

12   penalties the Court can impose include:  Imprisonment for a

13   period of not more than 20 years, a fine not to exceed

14   $1 million.

15           A mandatory term of supervised release of not less

16   than three years, which may be mandatory under the law and

17   will follow any term of imprisonment.  If the defendant

18   violates any condition of the term of supervised release, the

19   Court may revoke such release term and require that the

20   defendant serve an additional period of confinement.

21           A mandatory special assessment of $100.

22           Restitution to victims or to the community, which

23   may be mandatory under the law and which the defendant agrees

24   may include restitution arising from all relevant conduct, not

25   limited to that arising from the offense of conviction alone.

1    And costs of incarceration and supervision.

2            *THE COURT:*  Mr. Early-Wright, do you understand that

3    if you plead guilty you may be subject to the penalties and

4    consequences just explained to you?

5            *DEFENDANT EARLY-WRIGHT:*  Yes, sir.

6            *THE COURT:*  Do each of you understand that if the

7    sentence you receive is more severe than what you expect, you

8    will still be bound by your plea of guilty and will have no

9    right to withdraw it?

10            Ms. Hunter?

11            *DEFENDANT HUNTER:*  Yes, sir.

12            *THE COURT:*  Mr. Okafor?

13            *DEFENDANT OKAFOR:*  Yes, Your Honor.

14            *THE COURT:*  Ms. Force?

15            *DEFENDANT FORCE:*  Yes, sir.

16            *THE COURT:*  Mr. Mallory?

17            *DEFENDANT MALLORY:*  Yes, sir.

18            *THE COURT:*  Mr. Hinsley?

19            *DEFENDANT HINSLEY:*  Yes, sir.

20            *THE COURT:*  Mr. Peacock?

21            *DEFENDANT PEACOCK:*  Yes, sir.

22            *THE COURT:*  Mr. Early-Wright?

23            *DEFENDANT EARLY-WRIGHT:*  Yes, sir.

24            *THE COURT:*  Mr. Loyola?

25            *DEFENDANT LOYOLA:*  Yes, sir.

1          THE COURT:  However, since each of you with a plea

2    agreement have an agreement that contains a promise by the

3    Government that it will either not bring any additional

4    charges against you based upon the conduct underlying and

5    related to your plea of guilty, or some of you have a plea

6    agreement that also contains the promise by the Government

7    that it will dismiss after or at sentencing any remaining

8    charges against you, some of you have both of those promises

9    by the Government, some of you have one; but because your plea

10   agreement contains one or both of those promises, the District

11   Judge must decide whether to accept your plea agreement with

12   the inclusion of that promise or promises by the Government.

13          And if the District Judge were to reject your plea

14   agreement because of the inclusion of those promises or

15   promise by the Government, then, in that event, you would have

16   the right to withdraw your plea of guilty and change it to not

17   guilty.

18          Do you understand that, Ms. Hunter?

19          DEFENDANT HUNTER:  Yes, sir.

20          THE COURT:  Mr. Okafor?

21          DEFENDANT OKAFOR:  Yes, Your Honor.

22          THE COURT:  Ms. Force?

23          DEFENDANT FORCE:  Yes, sir.

24          THE COURT:  Mr. Mallory?

25          DEFENDANT MALLORY:  Yes, sir.

```
 1              THE COURT:  Mr. Hinsley?

 2              DEFENDANT HINSLEY:  Yes, sir.

 3              THE COURT:  Mr. Peacock?

 4              DEFENDANT PEACOCK:  Yes, sir.

 5              THE COURT:  And Mr. Early-Wright?

 6              DEFENDANT EARLY-WRIGHT:  Yes, sir.

 7              THE COURT:  Now, I have asked you a whole lot of

 8    questions today and I have provided you a lot of information.

 9    Do any of you have any questions for your lawyer or for the

10    Court at this time?

11              DEFENDANT HUNTER:  No, sir.

12              DEFENDANT OKAFOR:  No, Your Honor.

13              THE COURT:  Ms. Force?

14              DEFENDANT FORCE:  No, sir.

15              THE COURT:  Mr. Loyola?

16              DEFENDANT LOYOLA:  No, sir.

17              THE COURT:  Mr. Mallory?

18              DEFENDANT MALLORY:  No, sir.

19              THE COURT:  Mr. Hinsley?

20              DEFENDANT HINSLEY:  No, sir.

21              THE COURT:  Mr. Peacock?

22              DEFENDANT PEACOCK:  No, sir.

23              THE COURT:  Mr. Early-Wright?

24              DEFENDANT EARLY-WRIGHT:  No, sir.

25              THE COURT:  All right.  Thank you.
```

1          Then Ms. Hunter, if you and Ms. Pedraza would please

2  stand at this time.

3          Ms. Hunter, having heard all the foregoing, I now

4  ask you, How do you plead to Count 1 of the information in

5  your case, guilty or not guilty?

6          *DEFENDANT HUNTER:*  Guilty.

7          *THE COURT:*  Ms. Pedraza, is the guilty plea of your

8  client, Ms. Hunter, consistent with your advice?

9          *MS. PEDRAZA:*  Yes, Your Honor.

10          *THE COURT:*  Thank you.  Please be seated.

11          Mr. Okafor, if you and Ms. Taft would please stand

12  at this time.

13          Mr. Okafor, having heard all the foregoing, I now

14  ask you, How do you plead to Counts 1 and 13 of the indictment

15  in your case, guilty or not guilty?

16          *DEFENDANT OKAFOR:*  Guilty.

17          *THE COURT:*  Ms. Taft, is the guilty plea of your

18  client, Mr. Okafor, consistent with your advice?

19          *MS. TAFT:*  It is, Your Honor.

20          *THE COURT:*  Thank you.  Please be seated.

21          Ms. Force, if you and Mr. Rhodes would please stand

22  at this time.

23          Ms. Force, having heard all the foregoing, I now ask

24  you, How do you plead to Count 1 of the information in your

25  case, guilty or not guilty?

1          *DEFENDANT FORCE:*  Guilty.

2          *THE COURT:*  Mr. Rhodes, is the guilty plea of your

3   client, Ms. Force, consistent with your advice?

4          *MR. RHODES:*  It is, Your Honor.

5          *THE COURT:*  Thank you.  You may be seated.

6          Mr. Loyola, if you'll please stand.

7          Mr. Loyola having heard all the foregoing, I now ask

8   you, How do you plead to Count 1 of the information in your

9   case, guilty or not guilty?

10          *DEFENDANT LOYOLA:*  Guilty.

11          *THE COURT:*  Mr. Rhodes, is the guilty plea of your

12   client, Mr. Loyola, consistent with your advice?

13          *MR. RHODES:*  It is.

14          *THE COURT:*  Thank you.  Please be seated.

15          Mr. Mallory, if you and Mr. Terry would please stand

16   at this time.

17          Mr. Mallory, having heard all the foregoing, I now

18   ask you, How do you plead to Count 1 of the superseding

19   information in your case, guilty or not guilty?

20          *DEFENDANT MALLORY:*  Guilty.

21          *THE COURT:*  Mr. Terry, is the guilty plea of your

22   client, Mr. Mallory, consistent with your advice?

23          *MR. TERRY:*  It is, Your Honor.

24          *THE COURT:*  Thank you.  Please be seated.

25          Mr. Hinsley, if you and Mr. Graham would please

1    stand.

2          Mr. Hinsley, having heard all the foregoing, I now

3    ask you, How do you plead to Count 1 of the indictment in your

4    case, guilty or not guilty?

5          *DEFENDANT HINSLEY:*  Guilty, Your Honor.

6          *THE COURT:*  Mr. Graham, is the guilty plea of your

7    client, Mr. Hinsley, consistent with your advice?

8          *MR. GRAHAM:*  Yes, Your Honor.

9          *THE COURT:*  Thank you.

10         Mr. Peacock, if you and Mr. Singleterry would please

11   stand.

12         Mr. Peacock, having heard all the foregoing, I now

13   ask you, How do you plead to Count 1 of the information in

14   your case, guilty or not guilty?

15         *DEFENDANT PEACOCK:*  Guilty.

16         *THE COURT:*  Mr. Singleterry, is the guilty plea of

17   your client, Mr. Peacock, consistent with your advice?

18         *MR. SINGLETERRY:*  Yes, it is, Your Honor.

19         *THE COURT:*  Thank you.  You may be seated.

20         Mr. Early-Wright, if you and Mr. Crum would please

21   stand.

22         Mr. Early-Wright, having heard all the foregoing, I

23   now ask you, How do you plead to Count 2 of the information in

24   your case, guilty or not guilty?

25         *DEFENDANT EARLY-WRIGHT:*  Guilty.

1          *THE COURT:*  Mr. Crum, is the guilty plea of your

2     client, Mr. Early-Wright, consistent with your advice?

3          *MR. CRUM:*  It is, Your Honor.

4          *THE COURT:*  Thank you.  Please be seated.

5          Then I will recommend to the District Judge that he

6     accept each of your pleas of guilty on the condition that

7     there's a factual basis to support that plea.  The factual

8     basis is usually provided by a factual resume.  And I do have

9     in front of me factual resumes that are appropriately styled

10    and numbered for each of your cases.

11         Ms. Hunter, your factual resume is three pages long,

12    is dated November 30, 2022, and it appears to be signed by you

13    and Ms. Pedraza.

14         Do you have it there in front of you?

15         *DEFENDANT HUNTER:*  Yes, sir.

16         *THE COURT:*  Is that your signature on page 3?

17         *DEFENDANT HUNTER:*  Yes, sir.

18         *THE COURT:*  Ms. Pedraza, is that your signature

19    there as well?

20         *MS. PEDRAZA:*  Yes, Your Honor.

21         *THE COURT:*  Mr. Okafor, the factual resume in your

22    case is four pages long, is dated November 30, 2022, and it

23    looks like you signed it and Ms. Taft signed it.

24         Do you have it there, sir?

25         *DEFENDANT OKAFOR:*  Yes, Your Honor.

1          THE COURT:  Is that your signature on page 4?

2          DEFENDANT OKAFOR:  Yes, Your Honor.

3          THE COURT:  Ms. Taft, is that your signature there

4    as well?

5          MS. TAFT:  It is, Your Honor.

6          THE COURT:  Ms. Force, your factual resume is two

7    pages long, is dated December 6, 2022, and it looks like you

8    signed it and Mr. Rhodes signed it.

9          Do you have it there before you, Ms. Force?

10         DEFENDANT FORCE:  Yes, sir.

11         THE COURT:  Is that your signature on page 2?

12         DEFENDANT FORCE:  Yes, sir.

13         THE COURT:  Mr. Rhodes, is that your signature there

14   as well?

15         MR. RHODES:  It is, Your Honor.

16         THE COURT:  Mr. Loyola, your factual resume also is

17   two pages long, it's dated December 1st, 2022, and it appears

18   that you signed it and Mr. Rhodes did.

19         Do you have it there before you, Mr. Loyola?

20         DEFENDANT LOYOLA:  Yes, sir.

21         THE COURT:  Is that your signature on page 3?

22         DEFENDANT LOYOLA:  Yes, it is.

23         THE COURT:  Mr. Rhodes, is that your signature there

24   as well?

25         MR. RHODES:  It is, Your Honor.

1          THE COURT:  Mr. Mallory, your factual resume also is

2     two pages, it's dated December 7th, 2022, it looks like you

3     signed it and Mr. Terry signed it.

4          Do you have it there by you?

5          DEFENDANT MALLORY:  Yes, sir.

6          THE COURT:  Is that your signature on page 2?

7          DEFENDANT MALLORY:  Yes, sir.

8          THE COURT:  Mr. Terry, is that your signature there

9     as well?

10          MR. TERRY:  It is, Your Honor.

11          THE COURT:  Mr. Hinsley, you're amended factual

12     resume is three pages long, is dated December 5th, 2022,

13     and it appears to be signed by you and by your attorney,

14     Mr. Graham.

15          Do you have it there?

16          DEFENDANT HINSLEY:  Yes, sir.

17          THE COURT:  Is that your signature on page 3?

18          DEFENDANT MALLORY:  Yes, sir.

19          THE COURT:  Mr. Graham, is that your signature there

20     as well?

21          MR. GRAHAM:  Yes, Your Honor.

22          THE COURT:  I notice on pages 1 and 2 of the amended

23     factual resume, in the first paragraph on page 1 and on the

24     first complete paragraph on page 2, the word information

25     has -- drawn a line through and an indictment is put in there,

1    and then there are initials there.

2              Are those your initials by those changes,

3    Mr. Hinsley?

4              *DEFENDANT HINSLEY:*  Yes, sir.

5              *THE COURT:*  Mr. Graham, are those your initials

6    there as well?

7              *MR. GRAHAM:*  Yes, Your Honor.

8              *THE COURT:*  Mr. Meitl, are those your initials on

9    pages 1 and 2 at those places as well?

10             *MR. MEITL:*  Yes, Your Honor.

11             *THE COURT:*  Thank you.

12             Mr. Peacock, you have a two-page factual resume that

13   is dated November 28, 2022.

14             Do you have a copy of it there before you?

15             *DEFENDANT PEACOCK:*  Yes, sir.

16             *THE COURT:*  Is that your signature on page 2?

17             *DEFENDANT PEACOCK:*  Yes, sir.

18             *THE COURT:*  Mr. Singleterry, is that your signature

19   there as well?

20             *MR. SINGLETERRY:*  Yes, Your Honor.

21             *THE COURT:*  Mr. Early-Wright, you also have a

22   two-page factual resume, yours is dated November 18th, 2022.

23             Is that your signature on page 2, Mr. Early-Wright?

24             *DEFENDANT EARLY-WRIGHT:*  Yes, sir.

25             *THE COURT:*  Mr. Crum, is that your signature beside

1   his?

2            *MR. CRUM:*  It is, Your Honor.

3            *THE COURT:*  Let me ask each of you, Did you read the

4   factual resume or have it read to you before you signed it in

5   your case?

6            Ms. Hunter?

7            *DEFENDANT HUNTER:*  Yes, sir.

8            *THE COURT:*  Mr. Okafor?

9            *DEFENDANT OKAFOR:*  Yes, Your Honor.

10           *THE COURT:*  Ms. Force?

11           *DEFENDANT FORCE:*  Yes, sir.

12           *THE COURT:*  Mr. Loyola?

13           *DEFENDANT LOYOLA:*  Yes, sir.

14           *THE COURT:*  Mr. Mallory?

15           *DEFENDANT MALLORY:*  Yes, sir.

16           *THE COURT:*  Mr. Hinsley, did you read the amended

17  factual resume or have it read to you before you signed it?

18           *DEFENDANT HINSLEY:*  Yes, sir.

19           *THE COURT:*  Mr. Peacock, did you read the factual

20  resume or have it read to you before you signed it?

21           *DEFENDANT PEACOCK:*  Yes, sir.

22           *THE COURT:*  Mr. Early-Wright, did you?

23           *DEFENDANT EARLY-WRIGHT:*  Yes, sir.

24           *THE COURT:*  Did you understand the factual resume

25  before you signed it?

```
1              Ms. Hunter?
2         DEFENDANT HUNTER:  Yes, sir.
3         THE COURT:  Mr. Okafor?
4         DEFENDANT OKAFOR:  Yes, Your Honor.
5         THE COURT:  Ms. Force?
6         DEFENDANT FORCE:  Yes, sir.
7         THE COURT:  Mr. Loyola?
8         DEFENDANT LOYOLA:  Yes, sir.
9         THE COURT:  Mr. Mallory?
10        DEFENDANT MALLORY:  Yes, sir.
11        THE COURT:  Mr. Hinsley, did you understand the
12   amended factual resume before you signed it?
13        DEFENDANT HINSLEY:  Yes, sir.
14        THE COURT:  Mr. Peacock, did you understand the
15   factual resume before you signed it?
16        DEFENDANT PEACOCK:  Yes, sir.
17        THE COURT:  Mr. Early-Wright, did you?
18        DEFENDANT EARLY-WRIGHT:  Yes, sir.
19        THE COURT:  At this time, it would be appropriate
20   for the Assistant United States Attorney to read the
21   stipulated facts section of the factual resume, or the amended
22   factual resume in Mr. Hinsley's case, out loud here in open
23   court.  However, because each of you has said you read it or
24   had it read to you, you understood it fully and your
25   signatures appear on it, I would permit you to waive the
```

1    reading of the factual resume, or Mr. Hinsley, the amended

2    factual resume, at this time.  But it's up to you.  Do you

3    wish to have it read or do you waive it?

4              Ms. Hunter?

5              *DEFENDANT HUNTER:*  Waive it.

6              *THE COURT:*  Mr. Okafor?

7              *DEFENDANT OKAFOR:*  Waive it.

8              *THE COURT:*  Ms. Force?

9              *DEFENDANT FORCE:*  Waive it.

10             *THE COURT:*  Mr. Loyola?

11             *DEFENDANT LOYOLA:*  Waive.

12             *THE COURT:*  Mr. Mallory?

13             *DEFENDANT MALLORY:*  Waive it.

14             *THE COURT:*  Mr. Hinsley?

15             *DEFENDANT HINSLEY:*  Waive it.

16             *THE COURT:*  Mr. Peacock?

17             *DEFENDANT PEACOCK:*  Waive it.

18             *THE COURT:*  And Mr. Early-Wright?

19             *DEFENDANT EARLY-WRIGHT:*  Waive it.

20             *THE COURT:*  Are the facts stated in the factual

21   resume true and correct?

22             Ms. Hunter?

23             *DEFENDANT HUNTER:*  Yes, sir.

24             *THE COURT:*  Mr. Okafor?

25             *DEFENDANT OKAFOR:*  Yes, sir.

1              *THE COURT:*  Ms. Force?

2              *DEFENDANT FORCE:*  Yes, sir.

3              *THE COURT:*  Mr. Loyola?

4              *DEFENDANT LOYOLA:*  Yes, sir.

5              *THE COURT:*  Mr. Mallory?

6              *DEFENDANT MALLORY:*  Yes, sir.

7              *THE COURT:*  Are the facts stated in the amended

8      factual resume in your case true and correct, Mr. Hinsley?

9              *DEFENDANT HINSLEY:*  Yes, sir.

10             *THE COURT:*  Mr. Peacock, are the facts stated in the

11     factual resume true and correct?

12             *DEFENDANT PEACOCK:*  Yes, sir.

13             *THE COURT:*  Mr. Early-Wright, are they in your case?

14             *DEFENDANT EARLY-WRIGHT:*  Yes, sir.

15             *THE COURT:*  Ms. Pedraza, are the facts stated in the

16     factual resume in Ms. Hunter's case consistent with the true

17     facts as you understand them?

18             *MS. PEDRAZA:*  Yes, Your Honor.

19             *THE COURT:*  Ms. Taft, are the facts stated in the

20     factual resume in Mr. Okafor's case true and correct?

21             *MS. TAFT:*  Yes, Your Honor.

22             *THE COURT:*  Mr. Rhodes, are the facts stated in the

23     factual resume in Ms. Force's case consistent with the true

24     facts as you understand them?

25             *MR. RHODES:*  Yes, Your Honor.

1          THE COURT:  And are the facts stated in the factual

2    resume in Mr. Loyola's case consistent with the true facts as

3    you understand them?

4          MR. RHODES:  Yes, Your Honor.

5          But I would like to just highlight, in Mr. Loyola's

6    case, under the elements of the offense, it reads currently

7    superseding indictment, that should say information.  I

8    apologize to the Court for not catching that earlier and

9    correcting it prior to the hearing.

10         THE COURT:  Is it superseding information or just --

11         MR. RHODES:  It's just the information.

12         THE COURT:  All right.  Do you so stipulate?

13         MR. RHODES:  Yes, sir.

14         THE COURT:  Mr. Meitl, does the Government also

15   stipulate that on page 1 of the factual resume in Mr. Loyola's

16   case, under paragraph Roman Numeral III, the second line

17   should say, The offense alleged in Count 1 of the information.

18         MR. MEITL:  Yes, Your Honor.  We stipulate.

19         THE COURT:  All right.  The record will so reflect.

20         And Ms. Taft, I asked you if the facts stated in

21   Mr. Okafor's factual resume were true and correct, are they

22   also consistent with the true facts as you understand them?

23         MS. TAFT:  They are, Your Honor.

24         THE COURT:  Thank you.

25         Mr. Terry, are the facts stated in Mr. Mallory's

1    factual resume consistent with the true facts as you

2    understand them?

3            *MR. TERRY:*  They are, Judge.

4            *THE COURT:*  Mr. Graham, are the facts stated in the

5    amended factual resume in Mr. Hinsley's case consistent with

6    the true facts as you understand them?

7            *MR. GRAHAM:*  They are, Your Honor.

8            *THE COURT:*  Mr. Singleterry, are the facts stated in

9    the factual resume in Mr. Peacock's case consistent with the

10   true facts as you understand them?

11           *MR. SINGLETERRY:*  Yes, Your Honor.

12           *THE COURT:*  And Mr. Crum, are the facts stated in

13   the factual resume in Mr. Early-Wright's case consistent with

14   the true facts as you understand them?

15           *MR. CRUM:*  Yes, Your Honor.

16           *THE COURT:*  Then I order the filing of the factual

17   resumes in each of your cases, and the amended factual resume

18   in Mr. Hinsley's case.

19           The Court being satisfied with the responses given

20   during this hearing, finds that each the defendants is fully

21   competent and capable of entering an informed plea.  In

22   Ms. Hunter's plea of guilty to Count 1 of the information,

23   Mr. Okafor's plea of guilty to Counts 1 and 13 of the

24   indictment, Ms. Force's plea of guilty to Count 1 of the

25   information, Mr. Loyola's plea of guilty to Count 1 of the

1    information, Mr. Mallory's plea of guilty to Count 1 of the

2    superseding information, Mr. Hinsley's plea of guilty to

3    Count 1 of the indictment, Mr. Peacock's plea of guilty to

4    Count 1 of the information and Mr. Early-Wright's plea of

5    guilty to Count 2 of the information are a knowing and

6    voluntary plea supported by an independent basis in fact

7    containing each of the essential elements of the offenses

8    charged by Count 1 of the information in Ms. Hunter's case,

9    Counts 1 and 13 of the indictment in Mr. Okafor's case,

10   Count 1 of the information in Ms. Force's case, Count 1 of

11   the information in Mr. Loyola's case, Count 1 of the

12   superseding information in Mr. Mallory's case, Count 1 of

13   the indictment in Mr. Hinsley's case, Count 1 of the

14   information in Mr. Peacock's case and Count 2 of the

15   information in Mr. Early-Wright's case.

16          I recommend that the District Judge accept each of

17   their pleas of guilty.  And if those pleas are accepted, then

18   Ms. Hunter will be adjudged guilty of the offense charged by

19   Count 1 of the information in her case, Mr. Okafor will be

20   adjudged guilty of the offenses charged by Counts 1 and 13 of

21   the indictment in his case, Ms. Force will be adjudged guilty

22   of the offense charged by Count 1 of the information in her

23   case, Mr. Loyola will be adjudged guilty of the offense

24   charged by Count 1 of the information in his case, Mr. Mallory

25   will be adjudged guilty of the offense charged by Count 1 of

1   the superseding information in his case, Mr. Hinsley will be

2   adjudged guilty of the offense charged by Count 1 of the

3   indictment in his case, Mr. Peacock will be adjudged guilty of

4   the offense charged by Count 1 of the information in his case

5   and Mr. Early-Wright will be adjudged guilty of the offense

6   charged by Count 2 of the information in his case.

7            Now, let me say to each of you that a presentence

8   report will be prepared by the probation office to assist the

9   District Judge in sentencing.  Each of you will be asked to

10  give information for that report and your degree of

11  cooperation could be a factor in the severity of your

12  sentence.

13           Your lawyers are ordered to be present at your

14  interview, having a recent familiarity with the United States

15  Sentencing Guideline Section 3E1.1, application note 1(a).

16  You and your counsel will be provided a copy of the

17  presentence report well before the sentencing hearing and you

18  will have an opportunity to make comments on it and objections

19  to it.

20           Now, because I have conducted these hearings today

21  based on your consent and the District Judge's referral of the

22  matters to me, I'm making a written report to the District

23  Judge telling him what each of you has said and done here

24  today and what I have found.

25           I want to tell you and your lawyers, that if any of

1    you have any objections to anything that I have said or done

2    here today or to my written report, then those objections must

3    be filed within 14 days of today.

4         Mr. Loyola, you will be sentenced by the Honorable

5    Reed O'Connor, United States District Judge, on March 24th,

6    2023, at 9:00 a.m., in Judge O'Connor's courtroom down on the

7    second floor of this building.

8         Mr. Mallory and Mr. Hinsley, you'll be sentenced by

9    Judge O'Connor on March 31st, 2023, at 9:00 a.m., also in his

10   courtroom on the second floor.

11        Ms. Hunter and Mr. Okafor, you will be sentenced by

12   the Honorable Mark T. Pittman, United States District Judge,

13   on April 6th, 2022, at 9:00 a.m., in Judge Pittman's courtroom

14   on the fourth floor of this building.

15        And Ms. Force, Mr. Peacock and Mr. Early-Wright,

16   you will be sentenced by the Honorable Terry R. Means, Senior

17   United States District Judge, on April 25th, 2023, at

18   10:00 a.m., in Judge Means's courtroom down at the end of the

19   hall here from where you're sitting on the fifth floor of the

20   courthouse.

21        Each of the District Judges will enter an order that

22   sets the date of sentencing and other deadlines that have to

23   be met between now and then.  I'm sure your lawyer will get a

24   copy of that order and will share it with you so you'll be

25   reminded of the date and time for your sentencing and what

1    other deadlines have to be met between now and then.

2              Each of you, other than Ms. Hunter, has been in the

3    custody of the United States Marshal pending further

4    proceedings in your case and it's appropriate that you be

5    remanded back to the custody of the Marshal at the conclusion

6    of the hearing today.

7              Mr. Meitl, what is the Government's position

8    regarding continuation of Ms. Hunter on terms of release under

9    the order setting conditions for her?

10             *MR. MEITL:*  We have no opposition, Your Honor.

11             *THE COURT:*  Very well.

12             Then, Ms. Hunter, I'll make the necessary finding by

13   clear and convincing evidence that you do not pose a danger to

14   the community or to any other person and that you are not

15   likely to flee or not appear for future settings in your case.

16   Those are the findings that I need to find under Title 18 of

17   the United States Code, Section 3143, in order for to you

18   continue on release pending your sentencing.

19             Is there anything else that we need to take up in

20   connection with any of these matters from the Government's

21   standpoint, Mr. Meitl?

22             *MR. MEITL:*  No, Your Honor.

23             *THE COURT:*  Ms. Pedraza, anything on behalf of

24   Ms. Hunter?

25             *MS. PEDRAZA:*  No, Your Honor.  Thank you.

1          *THE COURT:*  Ms. Taft, anything on behalf of
2     Mr. Okafor?
3          *MS. TAFT:*  No, Your Honor.
4          *THE COURT:*  Mr. Rhodes, anything on behalf of
5     Ms. Force?
6          *MR. RHODES:*  No, Your Honor.
7          *THE COURT:*  Or Mr. Loyola?
8          *MR. RHODES:*  No, Your Honor.
9          *THE COURT:*  Mr. Terry, anything on behalf of
10    Mr. Mallory?
11         *MR. TERRY:*  No, Your Honor.
12         *THE COURT:*  Mr. Graham, anything on behalf of
13    Mr. Hinsley?
14         *MR. GRAHAM:*  No, Your Honor.
15         *THE COURT:*  Mr. Singleterry, anything on behalf of
16    Mr. Peacock?
17         *MR. SINGLETERRY:*  No, Your Honor.
18         *THE COURT:*  And Mr. Crum, anything on behalf of
19    Mr. Early-Wright?
20         *MR. CRUM:*  No, Your Honor.
21         *THE COURT:*  Very well then.
22         I order that each the defendants, other than
23    Ms. Hunter, be remanded back to the custody of the United
24    States Marshal at this time pending further proceedings.
25         I want to wish all of you good luck with your

1    sentencing.  Ms. Hunter, you are released under the order

2    setting conditions for your release.

3              We'll be in recess in these cases at this time.

4                   *(Proceedings Adjourned)*

1                           REPORTER'S CERTIFICATE

2

3          I, Monica Willenburg Guzman, CSR, RPR, certify

4     that the foregoing is a true and correct transcript from

5     the record of proceedings in the foregoing entitled matter.

6          I further certify that the transcript fees format

7     comply with those prescribed by the Court and the Judicial

8     Conference of the United States.

9          Signed this 22nd day of May, 2023.

10

11                              /s/Monica Willenburg Guzman
                                Monica Willenburg Guzman, CSR, RPR
12                              Texas CSR No. 3386
                                Official Court Reporter
13                              The Northern District of Texas
                                Fort Worth Division
14

15    CSR Expires:        7/31/2023

16    Business Address:   501 W. 10th Street, Room 310
                          Fort Worth, Texas  76102
17
      Telephone:          817.850.6681
18
      E-Mail Address:     mguzman.csr@yahoo.com
19

20

21

22

23

24

25

**DEFENDANT EARL WRIGHT: [66]**
10/14 11/15 12/10 13/3 13/24 15/22
17/25 18/22 20/16 21/15 23/11 24/9
25/1 25/23 27/4 28/3 28/7 29/1 29/24
30/17 34/10 35/19 36/8 36/22 37/11
40/8 41/15 42/9 43/2 43/25 50/11
53/14 53/18 58/17 59/11 60/4 60/22
61/25 62/18 63/9 64/1 64/19 65/19
66/24 69/5 71/10 77/5 77/23 79/6
79/24 82/25 86/24 87/23 88/18 89/19
90/14
**DEFENDANT FORCE: [57]** 10/1
11/25 12/18 13/14 14/17 17/15 18/12
20/6 21/5 23/1 23/24 24/16 25/12
26/13 27/12 27/16 28/16 29/9 30/7
34/2 35/11 35/25 36/14 37/3 39/9 41/5
41/24 42/17 43/15 47/10 51/14 51/18
56/1 56/3 59/3 59/19 60/14 61/17
62/10 63/1 63/18 64/11 65/4 66/14
67/20 70/25 74/19 77/15 78/23 79/14
81/1 84/10 84/12 87/11 88/6 89/9 90/2
**DEFENDANT HINSLEY: [55]** 10/10
11/9 12/6 12/24 13/20 15/10 17/21
18/18 20/12 21/11 23/7 24/5 24/22
25/18 26/23 27/24 28/22 29/15
29/19 30/13 41/11 42/5 42/23 43/21
49/18 52/19 53/22 56/25 57/3 57/13
59/7 59/24 60/18 61/21 62/14 63/5
63/22 64/15 65/9 65/11 66/20 68/16
71/6 76/10 77/19 79/2 79/20 82/5
85/16 86/4 87/18 88/13 89/15 90/9
**DEFENDANT HUNTER: [59]** 9/22
10/19 11/21 12/14 13/10 14/6 17/11
18/8 20/2 21/1 22/22 23/20 24/12 25/4
26/3 26/7 27/8 28/12 29/5 30/3 33/25
35/9 35/23 36/12 37/1 39/3 41/1 41/20
42/13 43/11 44/24 50/17 50/21 50/23
54/12 54/15 58/24 59/15 60/10 61/13
62/6 62/22 63/14 64/7 64/25 66/10
67/6 70/23 72/14 77/11 78/19 79/11
80/6 83/15 83/17 87/7 88/2 89/5 89/23
**DEFENDANT LOYOLA: [47]** 10/3
11/3 12/2 12/20 13/16 14/23 17/17
18/14 20/8 21/7 23/3 24/1 24/18 25/14
26/15 27/20 28/18 29/11 30/9 34/4
35/13 36/2 36/16 37/5 39/15 41/7 42/1
42/19 43/17 48/2 51/24 52/3 54/5 66/4
66/16 68/2 71/2 75/19 77/25 79/16
81/10 84/20 84/22 87/13 88/8 89/11
90/4
**DEFENDANT MALLORY: [60]** 10/5
10/7 10/25 11/6 12/4 12/22 13/18 15/4
17/19 18/16 20/10 21/9 23/5 24/3
24/20 25/16 26/17 27/22 28/20 29/13
30/11 34/6 35/15 36/4 36/18 37/7
39/21 41/9 42/3 42/21 43/19 49/1 52/9
52/13 56/12 56/14 59/5 59/21 60/16
61/19 62/12 63/3 63/20 64/13 65/6
66/18 68/9 71/4 74/23 77/17 78/25
79/18 81/20 85/5 85/7 85/18 87/15
88/10 89/13 90/6
**DEFENDANT OKAFOR: [54]** 9/24
10/22 11/23 12/16 13/12 14/11 17/13
18/10 20/4 21/3 22/24 23/22 24/14
25/6 25/8 25/10 26/11 27/10 28/14
29/7 30/5 41/3 41/22 42/15 43/13

46/11 51/4 51/8 55/13 55/16 59/1
59/17 60/12 61/15 62/8 62/24 63/16
64/5 65/2 65/22 67/13 70/8 70/14
73/24 77/13 78/21 79/12 80/16 83/25
84/2 87/9 88/4 89/7 89/25
**DEFENDANT PEACOCK: [58]** 10/12
11/12 12/8 13/1 13/22 15/16 17/23
18/20 20/14 21/13 23/9 24/7 24/24
25/21 27/2 28/1 28/24 29/22 30/15
34/8 35/17 36/6 36/20 37/9 40/2 41/13
42/7 42/25 43/23 47/14 53/4 53/8 58/3
58/5 59/9 60/2 60/20 61/23 62/16 63/7
63/24 64/17 65/14 65/17 66/22 68/23
71/8 75/2 77/21 79/4 79/22 82/15
86/15 86/17 87/21 88/16 89/17 90/12
**MR. CRUM: [13]** 8/8 15/25 33/3 33/7
38/19 38/22 40/11 58/20 70/1 83/3
87/2 92/15 97/20
**MR. GRAHAM: [12]** 7/21 15/13 32/12
32/16 57/6 57/16 69/21 82/8 85/21
86/7 92/7 97/14
**MR. MEITL: [23]** 6/11 6/14 6/16 44/9
44/25 45/21 46/12 47/15 48/3 49/2
49/19 55/5 57/19 71/17 72/15 73/25
75/3 75/20 76/11 86/10 91/18 96/10
96/22
**MR. RHODES: [28]** 7/3 7/9 14/20
15/1 31/12 31/16 31/20 31/24 37/20
37/23 38/1 38/4 39/12 39/18 53/25
56/6 69/15 69/17 81/4 81/13 84/15
84/25 90/25 91/4 91/11 91/13 97/6
97/8
**MR. SINGLETERRY: [13]** 8/2 15/19
32/20 32/24 38/13 38/16 40/5 58/8
69/24 82/18 86/20 92/11 97/17
**MR. TERRY: [13]** 7/14 15/7 32/3 32/7
38/7 38/10 39/24 56/17 69/19 81/23
85/10 92/3 97/11
**MS. PEDRAZA: [16]** 6/8 14/9 30/21
30/25 37/14 37/17 39/6 54/18 54/21
54/24 55/1 69/11 80/9 83/20 90/18
96/25
**MS. TAFT: [11]** 6/22 14/14 31/4 31/8
55/19 69/13 80/19 84/5 90/21 91/23
97/3
**THE COURT: [566]**

**$**
**$1 [1]** 76/14
**$100 [7]** 72/3 72/24 73/14 74/10 75/13
76/5 76/21
**$100,000 [1]** 73/7
**$250,000 [4]** 71/20 72/17 75/6 75/22
**$5 [1]** 74/3

**'**
**'73 [1]** 24/20
**'79 [1]** 24/14
**'99 [1]** 24/18

**/**
**/s/Monica [1]** 99/11

**0**
**01 [1]** 7/23
**02 [1]** 6/24
**03 [1]** 8/4

**04 [1]** 7/11

**1**
**10 [2]** 61/4 73/7
**10:00 [1]** 95/18
**10th [2]** 4/2 99/16
**11 [3]** 61/2 61/3 61/6
**115 [1]** 3/11
**12 [3]** 34/24 61/3 61/5
**1200 [1]** 3/15
**13 [7]** 45/7 67/9 73/5 80/14 92/23 93/9
93/20
**14 [10]** 1/6 1/10 1/15 1/19 1/24 2/3 2/7
2/12 6/2 95/3
**16 [1]** 34/23
**1700 [1]** 2/20
**18 [2]** 21/21 96/16
**18th [1]** 86/22
**1960 [1]** 24/12
**1966 [1]** 45/9
**1984 [1]** 20/17
**1999 [2]** 24/22 24/24
**1st [1]** 84/17

**2**
**20 [4]** 24/9 71/19 72/17 76/13
**2001 [1]** 24/16
**2002 [1]** 25/1
**2022 [26]** 1/6 1/10 1/15 1/19 1/24 2/3
2/7 2/12 6/2 54/8 55/4 55/9 55/23 56/9
56/21 57/24 58/12 83/12 83/22 84/7
84/17 85/2 85/12 86/13 86/22 95/13
**2023 [5]** 95/6 95/9 95/17 99/9 99/15
**21 [1]** 23/24
**22nd [1]** 99/9
**23 [4]** 24/1 24/5 24/7 34/23
**24th [1]** 95/5
**25th [1]** 95/17
**2600 [1]** 3/19
**28 [2]** 57/24 86/13
**2nd [1]** 55/9

**3**
**30 [3]** 55/4 83/12 83/22
**301 [1]** 3/19
**30th [2]** 54/8 54/24
**310 [2]** 4/2 99/16
**3143 [1]** 96/17
**31st [1]** 95/9
**3386 [1]** 99/12
**3553 [1]** 21/21
**3E1.1 [1]** 94/15

**4**
**40 [3]** 46/24 47/4 74/3
**420 [1]** 3/15
**43 [1]** 23/22
**49 [1]** 24/3
**4:22-CR-00272-P [1]** 1/8
**4:22-CR-00310-O [1]** 2/1
**4:22-CR-00333-O [1]** 1/22
**4:22-CR-00355-P [1]** 1/4
**4:22-CR-00356-O [1]** 1/17
**4:22-CR-00363-Y [3]** 1/13 2/5 2/10
**4:22-CR-272-P [1]** 6/18
**4:22-CR-310-O [1]** 7/17
**4:22-CR-333-O-04 [1]** 7/11

**4**

4:22-CR-355-P [1] 1/24
4:22-CR-356-O [1] 7/4
4:22-CR-363-Y-01 [1] 7/23
4:22-CR-363-Y-02 [1] 6/24
4:22-CR-363-Y-03 [1] 8/4

**5**

50 [2] 48/15 48/20
501 [2] 4/2 99/16
5th [2] 56/21 85/12

**6**

62 [1] 23/20
6882 [1] 2/21
6th [2] 55/23 95/13

**7**

7/31/2023 [1] 99/15
76031 [1] 3/23
76102 [7] 2/25 3/3 3/8 3/11 3/20 4/2
 99/16
76102-6882 [1] 2/21
76112 [1] 3/16
7th [3] 56/9 58/12 85/2

**8**

801 [1] 2/20
817.252.5200 [1] 2/21
817.305.0677 [1] 3/16
817.347.6619 [1] 3/20
817.645.1161 [1] 3/24
817.850.6681 [2] 4/3 99/17
817.882.9977 [1] 3/12
817.978.2753 [3] 2/25 3/4 3/8
819 [3] 2/24 3/3 3/7

**9**

9:00 [3] 95/6 95/9 95/13
9:45 [9] 1/6 1/11 1/15 1/20 1/24 2/3
 2/8 2/12 6/2
9A10 [3] 2/24 3/3 3/7

**A**

a.m [13] 1/6 1/11 1/15 1/20 1/24 2/3
 2/8 2/12 6/2 95/6 95/9 95/13 95/14
ability [3] 26/5 29/17 70/6
able [1] 22/3
abolished [1] 22/17
about [9] 19/4 19/25 23/17 26/4 26/20
 27/13 28/4 29/16 65/18
above [1] 22/10
absence [1] 49/14
accept [4] 60/7 78/11 83/6 93/16
accepted [9] 18/2 40/14 67/1 67/8
 67/15 68/4 68/18 68/25 93/17
accepts [2] 67/22 68/11
account [1] 21/25
accused [1] 18/23
Act [2] 20/17 45/8
acted [2] 44/19 46/6
actually [1] 18/24
addiction [2] 27/6 27/18
addition [1] 71/11
additional [8] 33/11 33/17 72/2 74/9
 75/11 76/4 76/20 78/3
Address [2] 99/16 99/18

Adjourned [1] 98/4
adjudged [17] 67/2 67/9 67/16 67/23
 68/5 68/12 68/19 68/17 70/1 93/19
 93/20 93/21 93/23 93/25 94/2 94/3
 94/5
Administration [1] 14/1
admit [8] 44/21 46/8 47/7 47/11 47/24
 48/23 49/15 50/8
adversely [1] 70/5
advice [22] 37/16 37/22 38/3 38/9
 38/15 38/21 50/19 51/6 51/16 52/1
 52/11 52/21 53/6 53/16 80/8 80/18
 81/3 81/12 81/22 82/7 82/17 83/2
advisory [1] 20/19
affect [1] 70/6
affects [1] 26/5
affirmed [1] 40/16
after [3] 22/4 22/8 78/7
again [2] 54/3 66/6
against [20] 11/18 16/13 16/19 19/18
 20/23 34/17 34/21 35/3 42/11 50/14
 51/1 51/11 51/21 52/6 52/16 53/1
 53/11 70/11 78/4 78/8
agency [1] 19/17
agreement [57] 45/2 45/5 46/15 46/19
 46/20 48/6 48/10 48/11 49/22 50/1
 50/2 53/21 53/24 54/7 54/14 55/3 55/7
 55/20 56/7 56/19 57/8 57/12 57/21
 58/10 58/22 59/12 59/23 60/1 60/6
 60/6 60/8 60/24 61/4 61/5 61/10
 61/11 62/3 62/4 63/10 63/11 63/12
 64/3 64/3 64/4 64/20 65/7 65/8 65/13
 65/23 65/24 78/2 78/2 78/6 78/10
 78/11 78/14
agreements [2] 61/7 65/21
agrees [5] 72/6 73/1 73/16 74/12
 76/23
alcohol [1] 28/9
alcoholism [2] 27/6 27/19
all [41] 6/3 6/13 6/17 8/9 9/4 9/5 10/8
 16/19 16/24 19/7 22/19 28/8 47/8
 47/25 48/24 49/16 50/9 54/23 54/25
 57/20 63/10 66/5 66/6 72/1 72/6 73/2
 73/17 74/13 76/24 79/25 80/3 80/13
 80/23 81/7 81/17 82/2 82/12 82/22
 91/12 91/19 97/25
alleged [1] 91/17
ALLEN [8] 2/3 2/8 3/14 3/18 7/17 7/23
 10/10 10/12
Allocution [1] 14/1
alone [6] 17/4 72/8 73/3 73/18 74/14
 76/25
already [3] 16/14 17/1 65/24
also [15] 7/4 8/15 9/2 22/15 44/1
 45/18 51/19 57/7 78/6 84/16 85/1
 86/21 91/14 91/22 95/9
am [2] 9/11 13/4
amended [22] 56/19 57/8 57/11 59/23
 60/6 60/8 61/5 61/10 62/3 63/12 64/4
 65/8 65/23 85/11 85/22 87/16 88/12
 88/21 89/1 90/7 92/5 92/17
AMERICA [15] 1/4 1/8 1/13 1/17 1/22
 2/1 2/5 2/10 6/19 6/24 7/5 7/11 7/17
 7/23 8/4
ammunition [2] 70/21 75/14
amount [5] 46/25 47/5 48/16 48/21
 50/6

answer [2] 9/7 11/17
answers [3] 9/1 9/12 11/18
ANTOINETTE [1] 2/9
any [63] 11/17 16/13 16/21 16/21 18/3
 19/13 19/16 19/20 19/21 21/19 28/9
 29/2 29/20 30/18 31/1 31/9 31/17
 31/25 32/9 32/17 32/25 36/9 37/12
 37/18 37/24 38/5 38/11 38/17 44/11
 45/23 46/4 49/10 64/21 64/21 65/13
 66/1 66/2 66/7 69/7 70/20 71/20 71/24
 71/24 72/1 72/17 72/20 73/7 73/11
 74/6 74/7 75/9 75/9 76/1 76/17 76/18
 78/3 78/7 79/9 79/9 94/25 95/1 96/14
 96/20
anyone [7] 19/4 19/16 19/17 64/21
 65/13 66/1 66/7
anything [14] 26/4 26/20 27/13 28/4
 29/16 95/1 96/19 96/23 97/1 97/4 97/9
 97/12 97/15 97/18
apologize [1] 91/8
appeal [13] 17/7 22/13 22/15 55/7
 55/21 56/8 56/19 57/22 58/10 60/25
 61/9 62/1 62/20
appear [6] 38/24 45/10 45/14 45/17
 88/25 96/15
appearance [1] 45/13
appearing [8] 50/12 50/24 51/9 51/19
 52/4 52/14 52/24 53/9
appears [6] 54/9 56/9 58/12 83/12
 84/17 85/13
applicable [1] 21/18
application [1] 94/15
applies [3] 8/22 41/17 43/6
apply [14] 20/24 33/9 33/18 44/8
 46/13 50/16 51/3 51/13 51/23 52/8
 52/17 53/3 53/13 71/16
appointed [1] 16/25
approaches [1] 16/3
appropriate [3] 22/9 88/19 96/4
appropriately [5] 54/7 55/7 55/21
 56/20 57/22 58/11 83/9
approve [1] 60/7
April [2] 95/13 95/17
are [102]
arising [8] 72/6 72/7 73/2 73/17 73/18
 74/13 74/14 76/24 76/25
ARRAIGNMENT [1] 2/15
ARRAIGNMENT/REARRAIGNMENT
 [1] 2/15
arrest [1] 49/9
ask [26] 8/16 8/24 8/25 9/10 9/19
 23/12 33/21 39/1 40/21 44/7 57/7
 58/15 58/21 66/1 66/6 69/6 70/16 80/4
 80/14 80/23 81/7 81/18 82/3 82/13
 82/23 87/3
asked [3] 79/7 91/20 94/9
asking [4] 8/18 9/11 23/17 60/7
assessed [9] 19/18 67/4 67/11 67/18
 67/25 68/7 68/14 68/21 69/3
assessment [7] 72/3 72/24 73/14
 74/10 75/13 76/5 76/21
assist [1] 94/8
assistance [1] 16/23
ASSISTANT [7] 2/23 3/2 3/6 43/4 44/4
 71/11 88/20
associated [1] 18/5
assurance [3] 64/21 65/15 66/2

## A

attempted [1] 66/7
attempting [1] 44/18
attendance [1] 16/21
attentions [1] 60/24
attorney [38] 6/20 6/25 7/12 7/18 7/24
8/5 16/3 16/23 16/25 17/1 19/6 19/12
21/23 34/17 34/18 35/4 35/6 43/4 44/5
50/13 50/20 50/25 51/7 51/10 51/17
51/20 52/5 52/12 52/15 52/22 52/25
53/7 53/10 62/2 70/9 71/12 85/13
88/20
attorneys [1] 54/10
authority [2] 13/7 22/10
automatically [1] 47/21
aware [1] 45/12

## B

back [5] 33/19 40/20 54/3 96/5 97/23
Bail [1] 45/8
based [4] 13/6 22/12 78/4 94/21
basis [4] 19/14 83/7 83/8 93/6
be [122]
because [7] 8/22 9/11 19/23 78/9
78/14 88/23 94/20
become [1] 70/6
been [16] 14/2 16/14 22/5 22/17 25/25
26/9 26/25 27/5 27/17 34/14 34/18
35/5 36/9 42/11 65/24 96/2
before [21] 2/16 16/7 16/8 35/1 55/12
58/22 59/13 59/23 60/1 61/9 62/2 84/9
84/19 86/14 87/4 87/17 87/20 87/25
88/12 88/15 94/17
begin [1] 9/9
beginning [1] 9/20
behalf [9] 6/9 55/2 96/23 97/1 97/4
97/9 97/12 97/15 97/18
being [2] 34/16 92/19
believe [18] 30/19 30/22 31/2 31/5
31/10 31/13 31/17 31/21 32/1 32/4
32/9 32/13 32/18 32/21 33/1 33/4
34/14 34/25
below [1] 22/10
bench [1] 16/3
beside [2] 54/20 86/25
between [3] 21/23 95/23 96/1
beyond [1] 17/5
bit [2] 8/12 54/4
Boone [1] 3/18
born [1] 24/10
both [3] 46/13 78/8 78/10
bottom [1] 16/9
bound [2] 21/22 77/8
BRIAN [2] 3/18 7/24
Brief [1] 16/4
bring [1] 78/3
brought [2] 34/18 42/11
building [2] 95/7 95/14
Business [1] 99/16

## C

calculate [1] 21/18
call [1] 7/4
calls [6] 6/3 6/23 7/10 7/16 7/22 44/4
can [5] 21/24 47/21 75/4 75/21 76/12
cannot [1] 18/24
capable [1] 92/21

capacity [1] 23/14
care [5] 25/25 26/4 26/9 26/20 26/25
case [146]
cases [6] 6/13 44/6 65/22 83/10 92/17
98/3
catching [1] 91/8
cause [10] 6/4 6/18 6/23 7/4 7/10 7/16
7/22 8/3 34/14 34/25
caused [2] 44/15 46/2
caution [1] 69/7
certain [3] 8/21 60/25 70/13
CERTIFICATE [1] 99/1
certify [2] 99/3 99/6
challenge [1] 22/6
change [3] 57/8 57/18 78/16
changed [1] 57/9
changes [1] 86/2
characteristics [1] 47/20
charge [4] 45/19 49/9 70/11 71/13
charged [26] 16/13 33/22 34/12 34/16
35/1 45/3 46/16 48/7 49/24 67/2 67/9
67/16 67/23 68/5 68/12 68/19 69/1
93/8 93/18 93/20 93/22 93/24 93/25
94/2 94/4 94/6
charges [15] 20/22 34/17 42/11 50/14
51/1 51/11 51/21 52/6 52/16 53/1
53/11 70/11 71/13 78/4 78/8
charging [1] 40/23
Cherry [1] 2/20
choose [1] 16/12
CHRISTOPHER [4] 2/3 3/14 7/17
10/10
circumstances [2] 22/15 61/1
citizen [2] 70/3 70/6
citizenship [1] 70/19
clear [4] 8/23 44/7 71/15 96/13
Cleburne [1] 3/23
clerk [1] 9/14
client [23] 30/19 31/2 31/10 31/18
32/1 32/10 32/18 33/1 37/13 37/19
37/24 38/6 38/12 38/18 69/7 80/8
80/18 81/3 81/12 81/22 82/7 82/17
83/2
Code [2] 21/21 96/17
coercion [1] 19/21
college [3] 25/4 25/16 25/23
come [2] 33/19 54/3
comes [1] 9/7
comments [1] 94/18
commerce [2] 3/19 46/4
commercial [1] 44/17
commission [2] 20/19 33/22
commit [1] 45/2
committed [11] 34/14 34/15 34/25
44/22 46/9 47/8 47/12 47/25 48/24
49/16 50/9
communications [1] 46/3
community [6] 72/4 72/25 73/15
74/11 76/22 96/14
compel [1] 16/20
compelled [1] 17/2
competent [9] 30/19 31/2 31/10 31/18
32/1 32/10 32/19 33/2 92/21
complete [1] 85/24
completed [1] 22/5
comply [1] 99/7
composed [1] 34/23

compress [1] 8/20
computer [1] 4/5
concerning [1] 59/21
conclusion [1] 96/5
conclusions [1] 22/6
condition [5] 71/25 74/7 75/10 76/18
83/6
conditions [5] 72/22 73/12 76/2 96/9
98/2
conduct [7] 8/10 72/7 73/2 73/17
74/13 76/24 78/4
conducted [2] 13/8 94/20
conducting [1] 13/5
Conference [1] 99/8
confinement [5] 72/2 74/9 75/12 76/4
76/20
confront [1] 16/18
connected [1] 19/16
connection [1] 96/20
consent [13] 13/6 14/1 14/4 14/13
14/16 14/22 15/3 15/9 15/15 15/21
16/9 34/16 94/21
consented [1] 16/8
consequences [11] 19/25 69/8 71/13
72/13 73/23 74/18 74/22 75/1 75/18
76/9 77/4
consider [2] 20/20 21/19
consistent [22] 37/15 37/21 38/2 38/8
38/14 38/20 80/8 80/18 81/3 81/12
81/22 82/7 82/17 83/2 90/16 90/23
91/2 91/22 92/1 92/5 92/9 92/13
conspiracy [5] 46/23 47/3 48/14 48/19
50/5
Constitution [2] 16/15 34/11
Constitutional [1] 17/9
construed [1] 20/18
containing [6] 46/25 47/4 48/16 48/20
50/6 93/7
contains [4] 60/25 78/2 78/6 78/10
continuation [1] 96/8
continue [1] 96/18
control [1] 17/4
controlled [8] 46/16 47/1 47/5 48/7
48/17 48/21 49/23 50/7
convicted [2] 19/1 19/11
conviction [11] 17/7 19/2 49/9 70/3
70/18 71/13 72/8 73/3 73/18 74/14
76/25
convincing [1] 96/13
cooperation [1] 94/11
copy [9] 40/21 40/24 54/11 54/20
55/12 55/25 86/14 94/16 95/24
correct [8] 50/16 53/25 89/21 90/8
90/11 90/20 91/21 99/4
correcting [1] 91/9
correctly [8] 10/16 10/21 10/24 11/2
11/5 11/8 11/11 11/14
costs [7] 72/9 73/3 73/19 74/15 75/14
76/5 77/1
could [8] 17/2 70/4 70/4 70/5 70/10
72/22 73/12 94/11
counsel [1] 94/16
count [45] 43/4 44/25 45/7 47/16 48/4
49/3 49/20 67/2 67/16 67/23 68/5
68/12 68/19 69/1 72/16 73/5 80/4
80/24 81/8 81/18 82/3 82/13 82/23
81/17 92/22 92/24 92/25 93/1 93/3

**C**

**Count 4 [26]** 92/1 93/5 93/5 93/10 93/10 93/11 93/12 93/13 93/14 93/19 93/22 93/24 93/25 94/2 94/4 94/6
**Counts [5]** 67/9 80/14 92/23 93/9 93/20
**courier [1]** 44/17
**course [2]** 16/10 40/17
**court [43]** 1/1 2/16 4/1 6/3 6/23 7/10 7/16 7/22 16/20 18/25 19/4 19/8 19/13 19/15 20/18 21/22 21/24 22/3 22/8 22/9 22/13 40/12 40/14 40/16 44/4 45/11 54/20 60/7 69/7 71/25 74/7 75/4 75/10 75/21 76/2 76/12 76/19 79/10 88/23 91/8 92/19 99/7 99/12
**Court's [1]** 21/17
**courthouse [1]** 95/20
**courtroom [4]** 95/6 95/10 95/13 95/18
**CR [16]** 1/4 1/8 1/13 1/17 1/22 2/1 2/5 2/10 6/4 6/18 6/24 7/4 7/11 7/17 7/23 8/4
**crime [5]** 18/24 18/25 34/14 34/25 45/2
**criminal [1]** 20/20
**cross [1]** 16/19
**cross-examine [1]** 16/19
**CRUM [20]** 3/22 3/22 8/6 8/7 15/23 16/2 32/25 38/17 40/9 53/10 53/13 53/16 58/13 58/18 69/25 82/20 83/1 86/25 92/12 97/18
**CSR [5]** 4/1 99/3 99/11 99/12 99/15
**currently [4]** 25/24 26/8 26/24 91/6
**CURT [3]** 3/22 3/22 8/6
**custody [8]** 49/4 49/7 49/8 49/11 49/14 96/3 96/5 97/23

**D**

**danger [1]** 96/13
**DANIEL [4]** 1/20 3/7 7/5 10/3
**data [1]** 33/17
**date [5]** 16/1 54/20 54/22 95/22 95/25
**dated [15]** 54/8 55/8 55/22 56/8 56/21 57/24 58/12 83/12 83/22 84/7 84/17 85/2 85/12 86/13 86/22
**day [1]** 99/9
**days [1]** 95/3
**deadlines [2]** 95/22 96/1
**DECEMBER [18]** 1/6 1/10 1/15 1/19 1/24 2/3 2/7 2/12 6/2 55/9 55/23 56/9 56/21 58/12 84/7 84/17 85/2 85/12
**decide [2]** 19/19 78/11
**decided [1]** 19/14
**decision [1]** 13/7
**decision-making [1]** 13/7
**defendant [59]** 2/23 3/1 3/10 3/14 3/18 3/22 18/23 19/1 44/11 44/15 44/19 45/1 45/4 45/8 45/10 45/12 45/14 45/16 45/23 46/2 46/6 46/18 46/20 47/2 47/17 47/19 48/9 48/11 48/18 49/4 49/7 49/8 49/11 49/13 49/25 50/2 71/16 71/20 71/24 72/1 72/5 72/18 72/21 72/22 73/1 73/8 73/11 73/12 73/16 74/6 74/8 74/12 75/9 75/11 76/1 76/3 76/17 76/20 76/23
**defendant's [1]** 44/8
**defendants [12]** 3/6 8/13 8/16 9/13

9/15 9/17 16/5 33/11 33/21 70/15 92/20 97/22
**defendants [1]** 46/13
**DEFENDER [3]** 2/23 3/2 3/6
**defense [1]** 16/24
**defraud [7]** 44/12 44/13 44/20 45/24 45/25 46/7 72/7
**degree [1]** 94/10
**DEPARTMENT [1]** 2/19
**departures [1]** 21/19
**depend [1]** 19/15
**deportation [2]** 70/4 70/12
**deported [1]** 70/10
**deprive [1]** 70/18
**described [3]** 18/5 44/12 45/24
**DESHON [4]** 2/12 3/22 8/4 10/14
**detectable [5]** 46/25 47/5 48/16 48/21 50/6
**determine [1]** 22/3
**determined [1]** 22/8
**determines [1]** 18/25
**determining [2]** 20/20 21/17
**devise [2]** 44/11 45/23
**devised [2]** 44/11 45/23
**did [30]** 16/25 25/2 25/9 25/11 55/24 57/17 57/19 58/1 58/21 59/12 59/16 59/18 59/20 59/22 59/25 60/3 61/8 61/12 62/1 62/5 64/2 84/18 87/3 87/16 87/19 87/22 87/24 88/11 88/14 88/17
**different [2]** 8/19 8/19
**direct [1]** 60/23
**directly [3]** 46/14 48/5 49/22
**disability [3]** 29/3 29/17 29/21
**discuss [2]** 53/20 62/1
**discussed [11]** 20/22 35/6 50/14 51/1 51/11 51/21 52/6 52/16 53/1 53/11 70/9
**dismiss [1]** 78/7
**disregard [1]** 21/25
**distribute [6]** 46/15 46/16 48/6 48/7 49/22 49/23
**district [32]** 1/1 1/2 2/20 2/24 3/2 3/7 13/5 13/6 13/8 16/7 16/17 18/2 67/1 67/8 67/15 67/22 68/4 68/11 68/18 68/25 78/10 78/13 83/5 93/16 94/9 94/21 94/22 95/5 95/12 95/17 95/21 99/13
**DIVISION [2]** 1/3 99/13
**do [113]**
**docket [2]** 6/4 33/10
**document [1]** 40/24
**documents [1]** 13/25
**does [5]** 9/4 33/18 40/17 53/24 91/14
**doesn't [2]** 33/9 54/19
**doing [7]** 23/13 23/15 26/6 26/22 27/15 28/6 30/1
**don't [5]** 26/22 27/14 28/5
**done [2]** 94/23 95/1
**doubt [1]** 17/6
**down [3]** 8/25 95/6 95/18
**drawn [1]** 85/25
**drug [1]** 28/10
**due [4]** 16/10 40/16 49/8 49/9
**during [1]** 92/20

**E**

**E-Mail [2]** 4/3 99/18

**each [48]** 8/13 8/16 8/17 8/25 9/11 9/13 9/17 9/19 11/16 13/4 14/3 16/5 16/10 16/12 17/8 17/19 19/13 19/24 19/24 22/19 34/17 38/24 40/12 40/21 44/1 44/5 44/22 46/9 47/12 53/21 58/21 60/23 77/6 78/1 83/6 83/10 87/3 88/23 92/17 92/20 93/7 93/16 94/7 94/9 94/23 95/21 96/2 97/22
**earlier [1]** 91/8
**EARLY [77]** 2/12 3/23 8/5 8/5 10/13 10/15 11/13 12/9 13/2 13/23 15/20 17/24 18/21 20/15 21/14 23/10 24/8 24/25 25/22 27/3 28/2 28/6 28/25 29/23 30/16 33/1 34/9 35/18 36/7 36/21 37/10 38/18 40/6 41/14 42/8 43/1 43/24 49/19 50/8 53/9 58/9 58/15 59/10 60/3 60/21 61/6 61/24 62/17 63/8 63/25 64/18 65/18 65/22 66/23 68/24 69/25 71/9 76/11 77/2 77/22 79/5 79/23 82/20 82/22 83/2 86/21 86/23 87/22 88/17 89/18 90/13 92/13 93/4 93/15 94/5 95/15 97/19
**EARLY-WRIGHT [73]** 2/12 3/23 8/5 8/5 10/13 10/15 11/13 12/9 13/2 13/23 15/20 17/24 18/21 20/15 21/14 23/10 24/8 24/25 25/22 27/3 28/2 28/6 28/25 29/23 30/16 33/1 34/9 35/18 36/7 36/21 37/10 38/18 40/6 41/14 42/8 43/1 43/24 49/19 50/8 53/9 58/9 58/15 59/10 60/3 60/21 61/6 61/24 62/17 63/8 63/25 64/18 65/18 66/23 68/24 69/25 71/9 76/11 77/2 77/22 79/5 79/23 82/20 82/22 83/2 86/21 87/22 88/17 89/18 90/13 94/5 95/15 97/19
**Early-Wright's [4]** 65/22 92/13 93/4 93/15
**effect [1]** 16/10
**efficiently [1]** 9/4
**effort [4]** 9/2 64/22 65/15 66/2
**eight [3]** 8/18 8/19 9/15
**Eighth [1]** 25/14
**either [2]** 33/14 78/3
**elements [24]** 44/2 44/5 44/8 44/10 44/22 45/1 45/7 45/19 45/22 46/9 46/12 46/14 47/8 47/12 47/16 47/25 48/4 48/24 49/3 49/16 49/20 50/9 91/6 93/7
**Eleventh [1]** 25/12
**else [4]** 19/17 33/14 54/2 96/19
**else's [1]** 40/17
**emotional [3]** 29/2 29/16 29/21
**employed [2]** 44/13 45/25
**end [3]** 9/6 9/8 95/18
**enforcement [1]** 19/17
**English [1]** 12/12
**enter [14]** 16/6 30/20 31/3 31/11 31/18 32/2 32/10 32/19 33/2 64/3 64/22 65/16 66/3 95/21
**entered [2]** 19/7 53/22
**entering [1]** 92/21
**entire [2]** 72/23 73/13
**entirely [1]** 43/8
**entitled [2]** 13/25 99/5
**essential [13]** 44/2 44/5 44/8 44/22 45/19 46/9 47/8 47/12 47/25 48/24 49/16 50/9 93/7

**E**

**ease [4]** 21/16 20/23 33/8 70/12
**event [2]** 22/1 78/15
**ever [3]** 27/5 27/17 70/6
**everybody [4]** 8/10 33/14 40/17 54/2
**evidence [2]** 16/21 96/13
**examine [1]** 16/19
**exceed [15]** 71/19 71/20 71/22 72/17
72/17 72/19 73/6 73/7 73/9 74/3 75/5
75/5 75/7 75/22 76/9 77/4
**except [3]** 19/5 53/22 60/25
**executing [2]** 44/18 46/5
**expect [1]** 77/7
**Expires [1]** 99/15
**explained [9]** 44/2 72/13 73/23 74/18
74/22 75/1 76/18 76/9 77/4
**explanations [2]** 19/24 22/19

**F**

**faces [1]** 73/5
**fact [1]** 93/6
**factor [1]** 94/11
**factors [1]** 21/20
**facts [30]** 19/5 19/15 21/22 21/25
21/25 22/6 22/9 22/12 33/17 88/21
89/20 90/7 90/10 90/15 90/17 90/19
90/22 90/24 91/1 91/2 91/20 91/22
91/25 92/1 92/4 92/6 92/8 92/10 92/12
92/14
**factual [38]** 83/7 83/7 83/8 83/9 83/11
83/21 84/6 84/16 85/1 85/11 85/23
86/12 86/22 87/4 87/17 87/19 87/24
88/12 88/15 88/21 88/22 89/1 89/2
89/20 90/8 90/11 90/16 90/20 90/23
91/1 91/15 91/21 92/1 92/5 92/9 92/13
92/16 92/17
**failed [1]** 45/14
**failure [1]** 45/17
**false [3]** 11/19 44/14 45/25
**falsely [1]** 11/18
**familiarity [1]** 94/14
**far [2]** 25/2 25/11
**favor [1]** 16/22
**FEDERAL [9]** 2/23 3/2 3/6 18/25 22/16
49/4 49/7 49/8 49/11
**fees [1]** 99/6
**felony [6]** 33/23 34/12 34/17 49/9
70/17 70/18
**fentanyl [1]** 46/25 47/5 50/7
**fifth [4]** 45/16 47/2 48/18 95/19
**filed [2]** 65/24 95/3
**filing [4]** 34/19 65/20 65/23 92/16
**final [1]** 13/7
**Finally [2]** 8/3 22/16
**find [3]** 16/5 34/24 96/16
**finding [1]** 96/12
**findings [1]** 96/16
**finds [3]** 34/13 40/12 92/20
**fine [7]** 71/19 72/17 73/7 74/3 75/5
75/21 76/13
**firearm [1]** 70/21
**firearms [1]** 75/14
**first [15]** 6/4 9/19 23/18 44/10 44/10
45/1 45/7 45/22 46/14 46/17 48/5 49/7
49/21 85/23 85/24
**five [3]** 56/8 74/2 75/23
**flee [1]** 96/15

**floor [4]** 95/7 95/10 95/14 95/19
**folks [1]** 33/16
**follow [7]** 7/23 15/20 73/10 74/6 75/8
75/25 76/17
**following [2]** 16/16 73/5
**follows [3]** 48/5 49/21 75/21
**force [74]** 1/15 3/6 6/25 6/25 9/25 10/1
10/23 11/24 12/17 13/13 14/15 17/14
18/11 19/21 20/5 21/4 22/25 23/23
24/15 25/11 26/12 27/11 27/15 28/15
29/8 30/6 31/10 34/1 35/10 35/24
36/13 37/2 37/19 39/7 41/4 41/23
42/16 43/14 46/12 47/7 51/9 55/20
59/2 59/18 60/13 61/3 61/16 62/9
62/25 63/17 64/10 65/3 66/8 66/13
67/14 69/14 70/24 73/25 74/16 77/14
78/22 79/13 80/21 80/23 81/3 84/6
84/9 87/10 88/5 89/8 90/1 93/21 95/15
97/5
**Force's [4]** 65/21 90/23 92/24 93/10
**foregoing [10]** 80/3 80/13 80/23 81/7
81/17 82/2 82/12 82/22 99/4 99/5
**foreign [1]** 46/4
**forfeiture [4]** 72/9 73/4 73/19 75/14
**forgotten [1]** 9/8
**form [14]** 14/5 14/13 14/16 14/22 15/3
15/9 15/15 15/21 39/2 39/8 39/14
39/20 40/1 40/7
**format [1]** 99/6
**forms [1]** 16/10
**FORT [19]** 1/3 1/5 1/9 1/14 1/18 1/23
2/2 2/6 2/11 2/21 2/25 3/3 3/8 3/11
3/16 3/20 4/2 99/13 99/16
**forth [1]** 62/20
**found [2]** 17/6 94/24
**four [2]** 74/5 83/22
**fourth [8]** 44/19 45/14 46/6 46/23
48/14 49/13 50/5 95/14
**fraud [3]** 45/3 45/19 45/22
**fraudulent [1]** 44/14
**free [1]** 64/2
**Freshman [1]** 25/23
**front [16]** 13/25 38/23 54/6 54/11 55/6
55/22 56/18 57/22 58/10 83/9 83/14
**full [2]** 9/20 10/6
**fully [19]** 29/25 30/19 31/2 31/10
31/18 32/1 32/10 32/18 33/1 50/18
51/5 51/15 51/25 52/10 52/20 53/5
53/15 88/24 92/20
**function [1]** 47/22
**further [8]** 18/3 45/6 46/21 48/12 50/3
96/3 97/24 99/6
**future [1]** 96/15

**G**

**gain [3]** 71/20 72/18 73/7
**GED [2]** 25/18 25/21
**general [1]** 16/12
**Generally [1]** 18/23
**get [2]** 33/19 95/23
**give [2]** 33/15 94/10
**given [3]** 19/12 22/20 92/19
**glad [1]** 9/10
**GLENN [1]** 3/14
**go [4]** 8/25 25/2 25/11 45/18
**going [4]** 8/19 9/11 54/1 54/1
**good [5]** 7/14 8/12 97/25

**got [2]** 8/3 25/18
**GOVERNMENT [28]** 2/19 6/10 6/12
19/6 19/17 21/24 22/15 22/15 34/20
44/3 49/3 49/20 53/22 54/10 55/3
55/10 55/24 56/10 56/23 58/1 58/14
63/17 78/3 78/6 78/9 78/12 78/15
91/14
**Government's [2]** 96/7 96/20
**grade [3]** 25/12 25/14 25/18
**graduate [1]** 25/9
**GRAHAM [20]** 3/14 3/14 7/19 7/20
15/11 32/9 52/15 52/18 52/22 56/22
57/4 57/14 69/20 81/25 82/6 85/14
85/19 86/5 92/4 97/12
**grams [4]** 46/24 47/4 48/15 48/20
**grand [9]** 34/12 34/22 34/22 34/24
35/1 35/3 35/7 35/21 36/24
**guaranteed [1]** 17/9
**guarantees [1]** 16/16
**guideline [1]** 21/18 22/4 22/8 94/15
**guidelines [11]** 20/19 20/24 21/20
50/15 51/2 51/12 51/22 52/7 52/17
53/2 53/12
**guilt [1]** 17/5
**guilty [129]**
**gun [2]** 47/18 47/20
**GUZMAN [4]** 4/1 99/3 99/11 99/11

**H**

**had [4]** 22/5 35/5 41/18 88/24
**HAL [1]** 2/16
**hall [1]** 95/19
**hand [3]** 9/14 18/1 21/23
**happens [1]** 9/9
**has [27]** 16/6 16/7 16/14 19/4 20/19
22/5 22/8 22/9 22/15 22/17 34/14 44/1
52/1 53/16 53/21 54/20 56/22 58/13
64/21 65/13 65/24 66/1 66/6 85/25
88/23 94/23 96/2
**have [97]** 8/21 9/18 13/25 16/23 17/1
17/7 17/8 18/5 20/22 22/5 22/13 22/20
23/14 25/25 26/9 26/25 27/3 27/5
27/17 27/21 27/23 27/25 28/2 30/18
31/1 31/9 31/17 31/25 32/9 32/17
32/25 34/18 35/6 36/9 38/23 40/17
40/21 40/23 41/2 41/4 41/6 41/16
42/11 43/7 44/1 47/3 48/19 50/13
53/24 54/6 54/11 54/19 55/6 55/12
55/20 55/25 56/11 56/18 56/23 56/24
57/21 58/2 58/9 58/14 58/22 70/9 77/8
78/2 78/5 78/8 78/9 78/15 79/7 79/8
79/9 83/8 83/14 83/24 84/9 84/19 85/4
85/15 86/12 86/14 86/21 87/4 87/17
87/20 89/3 94/18 94/20 94/24 95/1
95/1 95/22 96/1 96/10
**having [9]** 80/3 80/13 80/23 81/7
81/17 82/2 82/12 82/22 94/14
**Haynes [1]** 3/18
**he [8]** 18/24 31/6 31/22 32/5 32/14
32/22 33/5 83/5
**hear [1]** 16/18
**heard [9]** 19/15 80/3 80/13 80/23 81/7
81/17 82/2 82/12 82/22
**hearing [4]** 91/9 92/20 94/17 96/6
**hearings [2]** 13/5 94/20
**Henderson [2]** 3/11 3/23
**her [6]** 6/25 16/6 16/8 54/20 69/9

# H

here [31] 22:19 90:23 96:4
here [29] 6/20 6/25 7/6 7/12 7/18 7/24
8/5 19/5 23/15 26/6 26/22 27/15 28/6
30/1 40/15 50/12 50/24 51/9 51/19
52/4 52/14 52/24 53/9 54/3 54/20
88/22 94/23 95/2 95/19
hers [1] 39/11
highlight [1] 91/5
him [1] 94/23
HINSLEY [72] 2/3 3/15 7/18 7/18 10/9
10/10 11/7 12/5 12/23 13/19 15/8
17/20 18/17 20/11 21/10 23/6 24/4
24/21 25/17 26/18 26/21 27/23 28/21
29/14 30/12 32/10 33/12 33/18 33/20
40/19 41/10 42/4 42/22 43/20 49/2
49/15 52/14 56/18 57/7 59/6 59/22
60/17 61/4 61/20 62/13 63/4 63/21
64/5 64/14 65/7 66/19 68/10 69/20
71/5 75/20 76/7 77/18 79/1 79/19
81/25 82/2 82/7 85/11 86/3 87/16
88/11 89/1 89/14 90/8 94/1 95/8 97/13
Hinsley's [10] 60/6 61/10 62/3 63/12
65/23 88/22 92/5 92/18 93/2 93/13
his [20] 6/20 7/12 7/18 7/24 8/5 16/6
16/8 40/4 45/12 45/16 49/14 69/8 87/1
93/21 93/24 94/1 94/3 94/4 94/6 95/9
hold [1] 70/19
Honor [165]
HONORABLE [4] 2/16 95/4 95/12
95/16
hospitalization [2] 27/14 28/5
hospitalized [2] 27/5 27/18
how [20] 20/23 23/18 25/2 25/11
50/15 51/2 51/12 51/22 52/7 52/17
53/2 53/12 80/4 80/14 80/24 81/8
81/18 82/3 82/13 82/23
however [6] 13/6 19/7 19/12 34/15
78/1 88/23
HUNTER [74] 1/6 2/23 9/21 9/22 10/18
11/20 12/13 13/9 14/4 17/10 18/7 20/1
20/25 22/21 23/19 24/11 25/3 26/2
27/7 28/11 29/4 30/2 30/19 33/24 35/8
35/22 36/11 36/25 37/13 39/1 40/25
41/19 42/12 43/10 44/10 44/21 50/12
54/6 54/19 55/3 58/23 59/14 60/9 61/2
61/12 62/5 62/21 63/13 64/6 64/24
66/9 66/25 69/10 70/22 71/18 72/11
77/10 78/18 80/1 80/3 80/8 83/11 87/6
88/1 89/4 89/22 93/18 95/11 96/2 96/8
96/12 96/24 97/23 98/1
Hunter's [6] 6/5 40/16 65/21 90/16
92/22 93/8

# I

I'll [6] 8/24 9/10 16/9 44/7 66/6 96/12
I'm [11] 8/19 10/7 10/17 23/13 23/17
49/4 49/5 54/1 64/4 94/22 95/23
I've [1] 8/3
II [5] 46/25 47/5 48/17 48/21 50/7
III [1] 91/16
immigration [2] 69/8 70/12
impacts [1] 29/17
impose [5] 21/24 22/10 75/4 75/21
76/12
imposed [1] 22/11
imposes [1] 22/14

# imprisoned [2] 72/23 73/13

imprisonment [14] 7/1 19 71/24 72/16
72/20 73/6 73/9 74/2 74/6 75/4 75/5
75/22 76/1 76/12 76/17
incarceration [2] 72/9 73/4 73/19
74/15 75/15 76/6 77/1
include [9] 71/18 72/6 73/2 73/17 74/1
74/13 75/4 76/12 76/24
including [1] 16/21
inclusion [2] 78/12 78/14
independent [1] 93/6
INDEX [1] 4/7
indicated [8] 50/13 50/25 51/10 51/20
52/5 52/15 52/25 53/10
indicates [1] 40/15
indict [2] 34/22 35/2
indicted [2] 35/1 35/5
indictment [47] 10/21 11/8 33/13
34/13 34/16 34/20 35/2 35/7 35/21
36/10 36/24 37/13 37/19 37/25 38/6
38/12 38/18 38/24 39/2 39/8 39/14
39/20 40/1 40/7 40/13 40/16 40/22
41/17 43/5 45/3 45/24 47/17 49/4 49/5
57/9 67/10 68/13 80/14 82/3 85/25
91/7 92/24 93/3 93/9 93/13 93/21 94/3
indirectly [3] 46/15 48/6 49/22
induce [4] 36/10 64/22 65/15 66/2
induced [1] 19/20
influence [1] 28/9
inform [2] 21/16 22/16
information [73] 8/12 8/14 8/18 8/20
8/22 10/17 10/24 11/2 11/5 11/11
11/14 33/9 33/11 33/14 33/15 33/16
33/17 34/16 34/19 35/4 40/22 40/22
41/16 41/17 43/5 43/5 44/12 46/17
48/4 48/8 49/5 49/21 49/24 53/21 54/2
57/9 67/3 67/17 67/24 68/6 68/20 69/2
79/8 80/4 80/24 81/8 81/19 82/13
82/23 85/24 91/7 91/10 91/11 91/17
92/22 92/25 93/1 93/2 93/4 93/5 93/8
93/10 93/11 93/12 93/14 93/15 93/19
93/22 93/24 94/1 94/4 94/6 94/10
informed [1] 92/21
initial [1] 57/17
initials [7] 57/10 57/11 57/14 86/1
86/2 86/5 86/8
instead [4] 8/17 8/24 13/5 65/7
instructions [1] 16/12
instrument [1] 40/23
intend [1] 8/10
intended [2] 44/11 45/23
intent [9] 44/20 45/6 46/7 46/16 46/21
48/7 48/12 49/23 50/3
interstate [2] 44/17 46/3
interview [1] 94/14
involved [6] 46/24 47/3 48/15 48/19
50/6
is [197]
issue [8] 50/15 51/2 51/12 51/22 52/7
52/16 53/2 53/12
issued [1] 20/19
it [142]
it's [16] 8/13 40/18 43/8 55/8 55/22
56/8 57/22 61/2 61/3 61/4 61/6 84/17
85/2 89/2 91/11 96/4
its [5] 34/21 34/21 46/21 48/12 50/3

# J

JAMES [3] 1/3/19 3/14 7/12
joined [4] 45/5 46/20 48/11 50/2
jointly [8] 8/11
JOSHUA [2] 3/6 6/25
JR [4] 1/20 2/16 7/5 10/3
JUDGE [30] 2/16 13/5 13/6 13/8 14/2
16/7 18/2 18/25 67/1 67/8 67/15 67/22
68/4 68/11 68/18 68/25 78/11 78/13
83/5 92/3 93/16 94/9 94/23 95/5 95/6
95/9 95/12 95/13 95/17 95/18
Judge's [1] 94/21
judges [2] 20/20 95/21
judgment [1] 17/4
Judicial [1] 99/7
jurors [1] 34/24
jury [11] 16/17 19/2 34/12 34/22 34/23
35/1 35/3 35/7 35/21 36/24 70/20
just [17] 8/20 8/24 9/9 23/13 34/19
35/4 72/13 73/23 74/18 74/22 75/1
75/18 76/9 77/4 91/5 91/10 91/11
JUSTICE [1] 2/19

# K

kind [5] 18/3 19/21 64/21 66/2 70/20
KINSEY [4] 1/15 3/6 6/24 10/1
knew [8] 45/4 46/18 47/2 47/19 48/9
48/18 49/13 49/25
know [4] 26/5 26/22 27/14 28/5
knowing [9] 30/23 31/6 31/14 31/22
32/5 32/14 32/22 33/5 93/5
knowingly [7] 16/6 23/16 40/13 44/11
45/23 47/17 62/19
known [2] 47/3 48/19

# L

LANDON [4] 2/8 3/18 7/23 10/12
LANETTE [3] 1/6 2/23 9/22
language [1] 12/12
large [1] 8/13
last [3] 25/24 26/9 26/25
later [1] 11/18
law [17] 3/10 3/14 3/22 19/17 22/12
71/23 72/5 72/20 73/1 73/10 73/6
74/5 74/12 75/8 75/25 76/16 76/23
lawful [1] 49/9
lawyer [6] 14/3 20/22 38/25 57/25
79/9 95/23
lawyers [10] 9/3 55/10 55/24 56/10
56/22 57/25 58/13 69/6 94/13 94/25
least [7] 34/23 34/24 45/1 46/24 47/4
48/15 48/20
leave [1] 70/5
leaving [1] 49/13
left [1] 49/11
leniency [1] 19/13
less [4] 9/3 74/2 74/4 76/15
let [12] 8/10 33/21 39/1 40/21 57/7
58/15 58/21 66/1 69/6 70/15 87/3 94/7
like [12] 14/2 55/9 55/23 56/8 56/21
57/10 57/22 57/24 83/23 84/7 85/2
91/5
likely [1] 96/15
likewise [1] 8/24
limited [6] 61/1 72/7 73/3 73/18 74/14
76/25
line [7] 8/25 9/6 9/8 40/15 40/17 85/25

**L**

**little** [1]  54/3
**LLP** [1]  3/18
**long** [13]  22/11 54/8 55/8 55/22 56/8
56/21 57/23 58/12 83/11 83/22 84/7
84/17 85/12
**look** [1]  14/2
**looks** [10]  55/9 55/23 56/8 56/21
57/10 57/22 57/24 83/23 84/7 85/2
**loss** [1]  71/20 72/18 73/8
**lot** [2]  79/7 79/8
**loud** [1]  88/22
**LOYOLA** [62]  1/20 7/5 7/5 10/2 10/3
11/1 12/1 12/19 13/15 14/21 17/16
18/13 20/7 21/6 23/2 23/25 24/17
25/13 26/14 27/17 28/17 29/10 30/8
31/18 34/3 35/12 36/1 36/15 37/4
37/25 39/13 41/6 41/25 42/18 43/16
47/15 47/24 51/19 53/22 53/24 54/1
66/1 66/15 67/21 69/16 71/1 75/3
75/16 77/24 79/15 81/6 81/7 81/12
84/16 84/19 87/12 88/7 89/10 90/3
93/23 95/4 97/7
**Loyola's** [5]  91/2 91/5 91/15 92/25
93/11
**LOYOLA,JR** [1]  3/7
**luck** [1]  97/25

**M**

**machine** [2]  47/18 47/20
**made** [17]  16/14 23/17 36/9 40/14
45/2 47/20 50/14 51/1 51/11 51/21
52/6 52/16 53/1 53/11 64/21 65/13
66/1
**MAGISTRATE** [2]  2/16 14/2
**Mail** [2]  4/3 99/18
**mailed** [1]  44/15
**make** [14]  8/23 23/16 29/18 30/23
31/6 31/14 31/22 32/5 32/14 32/22
33/5 71/15 94/18 96/12
**makes** [3]  26/21 27/14 28/5
**making** [3]  11/19 13/7 94/22
**MALLORY** [71]  1/24 3/10 7/11 7/12
10/4 10/7 11/4 12/3 12/21 13/17 15/2
17/18 18/15 20/9 21/8 23/4 24/2 24/19
25/15 26/16 27/21 28/19 29/12 30/10
32/1 34/5 35/14 36/3 36/17 37/6 38/6
39/19 41/8 42/2 42/20 43/18 48/3
48/23 52/4 56/7 59/4 59/20 60/15 61/4
61/18 62/11 63/2 63/19 64/12 65/5
65/24 66/17 68/3 69/18 71/3 74/1
74/20 77/16 78/24 79/17 81/15 81/17
81/22 85/1 87/14 88/9 89/12 90/5
93/24 95/8 97/10
**Mallory's** [3]  91/25 93/1 93/12
**mandatory** [22]  70/13 71/23 72/3 72/5
72/20 72/24 73/1 73/10 73/14 73/16
74/4 74/5 74/10 74/12 75/8 75/13
75/25 76/5 76/15 76/16 76/21 76/23
**manual** [1]  47/22
**many** [1]  8/16
**MARCEL** [4]  1/24 3/10 7/11 10/7
**March** [2]  95/5 95/9
**MARIA** [1]  2/23
**Mark** [1]  95/12
**MARLENE** [1]  1/6 2/23 9/22

**Marshal** [3]  96/3 96/5 97/24
**material** [1]  46/1
**materially** [1]  44/6
**matter** [5]  6/6 17/3 20/23 35/6 99/5
**matters** [2]  94/22 96/20
**MAUREEN** [1]  3/1
**maximum** [1]  75/24
**may** [40]  11/18 16/12 34/12 34/15
35/1 70/12 70/18 71/23 71/25 72/5
72/6 72/12 72/20 73/1 73/2 73/10
73/16 73/17 73/22 74/5 74/7 74/12
74/13 74/17 74/21 74/25 75/8 75/10
75/17 75/25 76/2 76/8 76/16 76/19
76/23 76/24 77/3 81/5 82/19 99/9
**me** [33]  8/10 9/10 13/25 16/1 16/8
33/21 38/23 39/1 40/21 50/13 50/25
51/10 51/20 52/5 52/25 53/10 54/6
54/22 55/6 55/22 56/18 57/7 57/22
58/10 58/15 58/21 66/1 69/6 70/16
83/9 87/3 94/7 94/22
**Means** [1]  95/16
**Means's** [1]  95/18
**mechanical** [1]  4/5
**MEITL** [12]  2/19 6/9 6/13 44/7 45/18
55/2 57/17 71/15 86/8 91/14 96/7
96/21
**mental** [3]  29/3 29/17 29/21
**mentally** [1]  66/7
**mentioned** [1]  22/1
**met** [2]  95/23 96/1
**methamphetamine** [2]  48/16 48/21
**mguzman.csr** [2]  4/3 99/18
**might** [14]  9/8 20/24 21/25 22/1 35/2
35/2 50/16 51/2 51/12 51/23 52/7
52/17 53/3 53/13
**million** [2]  74/3 76/14
**mind** [1]  29/25
**mixture** [5]  46/24 47/4 48/15 48/20
50/6
**modify** [1]  8/21
**MONICA** [4]  4/1 99/3 99/11 99/11
**months** [3]  25/25 26/9 26/25
**more** [9]  34/23 46/14 47/21 48/5 49/21
74/3 75/22 76/13 77/7
**morning** [1]  7/14
**Mr** [534]
**Ms** [188]
**multiple** [1]  8/24
**must** [9]  19/20 19/22 21/16 34/21
34/24 49/3 49/20 78/11 95/2
**my** [7]  9/24 11/17 19/24 23/18 25/18
61/8 95/2

**N**

**name** [11]  9/20 9/24 10/6 10/16 10/20
10/23 11/1 11/4 11/7 11/10 11/13
**namely** [1]  47/21
**narcotic** [1]  28/10
**narcotics** [2]  27/6 27/18
**nature** [1]  42/10
**necessary** [3]  16/24 23/14 96/12
**need** [14]  8/12 8/15 9/12 9/19 16/11
23/12 33/8 33/10 33/15 53/20 69/7
69/22 96/16 96/19
**never** [1]  19/15
**next** [3]  6/18 39/11 40/4
**nine** [1]  55/8

**NNANYEREUGO** [3]  1/11 3/2 6/19
**no** [102]
**NORTHERN** [6]  1/2 2/2 2/4 3/2 3/7
99/13
**not** [80]  10/17 16/13 16/15 16/25 17/2
18/3 19/4 19/4 19/20 21/22 22/1 22/2
22/3 22/18 30/19 31/2 31/4 31/10
31/18 32/1 32/10 32/12 32/18 33/1
33/18 34/12 34/20 34/23 35/2 37/13
37/19 37/25 38/6 38/12 38/18 38/19
40/17 40/18 53/24 70/3 71/19 71/19
71/22 72/7 72/16 72/17 73/2 73/9 73/2
73/6 73/7 73/9 73/17 74/2 74/2 74/7
74/4 74/13 75/5 75/5 75/7 75/21 75/22
76/13 76/13 76/15 76/24 78/3 78/16
80/5 80/15 80/25 81/9 81/19 82/4
82/14 82/24 91/8 96/13 96/14 96/15
**note** [1]  94/15
**notice** [1]  85/22
**November** [8]  54/8 54/24 55/4 57/24
83/12 83/22 86/13 86/22
**now** [25]  11/17 16/11 23/12 28/9 33/8
38/23 43/3 53/20 60/23 66/1 69/6
71/12 79/7 80/3 80/13 80/23 81/7
81/17 82/2 82/12 82/23 94/7 94/20
95/23 96/1
**number** [9]  6/4 6/18 6/23 7/4 7/10
7/16 7/22 8/3 8/15
**numbered** [7]  54/7 55/8 55/21 56/20
57/23 58/11 83/10
**Numeral** [1]  91/16

**O**

**O'Connor** [2]  95/5 95/9
**O'Connor's** [1]  95/6
**oath** [2]  9/12 11/17
**objections** [3]  94/18 95/1 95/2
**obligation** [2]  9/3 21/17
**offense** [33]  16/13 44/2 44/22 47/8
47/12 47/16 47/25 48/24 49/10 49/16
50/9 67/2 67/16 67/23 68/5 68/12
68/19 69/1 70/16 72/8 73/3 73/18
74/14 76/25 91/6 91/17 93/18 93/22
93/23 93/25 94/2 94/4 94/5
**offenses** [5]  46/9 67/9 70/17 93/7
93/20
**office** [5]  3/10 3/14 3/22 70/20 94/8
**officer** [1]  22/7
**officers** [1]  19/9
**Official** [1]  99/12
**officials** [1]  70/12
**OKAFOR** [67]  1/11 3/2 6/19 6/19 9/23
9/24 10/20 11/22 12/15 13/11 14/10
17/12 18/9 20/3 21/2 22/23 23/21
24/13 25/5 26/8 27/9 28/13 29/6 30/4
31/2 33/12 33/18 33/19 40/19 41/2
41/21 42/14 43/12 44/25 46/8 50/24
55/6 58/25 59/16 60/11 61/2 61/14
62/7 62/23 63/15 64/8 65/1 66/11 67/7
69/12 70/2 72/15 73/5 73/21 77/12
78/20 80/11 80/13 80/18 83/21 87/8
88/3 89/6 89/24 93/19 95/11 97/2
**Okafor's** [6]  45/20 65/21 90/20 91/21
92/23 93/9
**okay** [4]  9/9 40/19 54/4 54/5
**old** [1]  23/18
**once** [2]  8/20 8/25

**O**

**O [5]** 2/8 11/22 31/4 67/25
78/10
**only [3]** 8/22 8/22 19/23
**open [2]** 40/16 88/22
**opportunity [3]** 19/13 22/6 94/18
**opposition [1]** 96/10
**orally [1]** 44/5
**order [10]** 16/9 65/20 65/22 92/16
95/21 95/24 96/9 96/17 97/22 98/1
**ordered [1]** 94/13
**other [19]** 6/13 18/1 18/5 19/23 21/20
21/24 33/11 33/21 40/18 45/2 64/20
65/12 66/7 70/21 95/22 96/1 96/2
96/14 97/22
**others [1]** 33/9
**out [3]** 44/5 63/11 88/22
**outside [1]** 19/9
**overall [3]** 46/23 48/14 50/5
**own [1]** 64/2

**P**

**P.J [1]** 2/19
**page [24]** 5/2 54/13 55/14 55/15 56/2
56/13 57/1 57/2 57/8 58/4 58/16 83/16
84/1 84/11 84/21 85/6 85/17 85/23
85/24 86/12 86/16 86/22 86/23 91/15
**pages [16]** 54/8 55/8 55/18 55/22 56/8
56/21 57/23 58/12 83/11 83/22 84/7
84/17 85/2 85/12 85/22 86/9
**paragraph [14]** 57/9 60/24 61/2 61/3
61/3 61/4 61/5 61/6 61/9 62/2 62/20
85/23 85/24 91/16
**parole [2]** 22/17 22/18
**pause [1]** 16/4
**PC [1]** 3/14
**PEACOCK [70]** 2/8 3/18 7/24 7/24
10/11 10/12 11/10 12/7 12/25 13/21
15/14 17/22 18/19 20/13 21/12 23/8
24/6 24/23 25/20 26/24 27/25 28/23
29/20 30/14 32/18 34/7 35/16 36/5
36/19 37/8 38/12 39/25 41/12 42/6
42/24 43/22 46/13 47/14 52/24 57/21
59/8 59/25 60/19 61/5 61/22 62/15
63/6 63/23 64/16 65/12 66/21 68/17
69/23 71/7 74/1 74/24 77/20 79/3
79/21 82/10 82/12 82/17 86/12 87/19
88/14 89/16 90/10 94/3 95/15 97/16
**Peacock's [4]** 65/22 92/9 93/3 93/14
**PEDRAZA [21]** 2/23 6/7 10/17 10/18
14/7 30/18 37/12 39/4 50/13 50/16
50/20 54/9 54/16 54/19 69/10 80/1
80/7 83/13 83/18 90/15 96/23
**penalties [17]** 71/12 71/15 71/18
72/12 72/16 73/6 73/22 73/25 74/17
74/21 74/25 75/4 75/17 75/21 76/8
76/12 77/3
**penalty [3]** 19/1 19/14 19/18
**pending [3]** 96/3 96/18 97/24
**people [1]** 8/19
**period [12]** 71/19 72/2 72/16 73/6
74/2 74/9 75/5 75/12 75/22 76/4 76/13
76/20
**perjury [1]** 11/19
**permission [2]** 49/12 49/14
**permit [1]** 88/25
**permitted [1]** 22/2

**persist [1]** 16/13
**person [2]** 45/2 96/14
**personal [1]** 66/7
**persons [4]** 34/23 46/14 48/5 49/21
**physically [1]** 66/7
**physician [3]** 25/25 26/10 27/1
**picture [1]** 46/4
**Pittman [1]** 95/12
**Pittman's [1]** 95/13
**places [1]** 86/9
**placing [1]** 60/5
**plea [117]**
**plead [26]** 16/13 16/15 18/1 18/24
19/11 19/19 19/22 33/13 66/8 71/14
72/12 73/22 74/17 74/21 74/25 75/17
76/8 77/3 80/4 80/14 80/24 81/8 81/18
82/3 82/13 82/23
**pleading [7]** 18/3 19/25 33/14 33/16
43/6 69/8 70/17
**pleas [4]** 19/13 83/6 93/17 93/17
**please [19]** 9/13 9/16 9/20 16/1 44/7
71/15 80/1 80/10 80/11 80/20 80/21
81/6 81/14 81/15 81/24 81/25 82/10
82/20 83/4
**pose [1]** 96/13
**position [1]** 96/7
**possess [4]** 46/15 48/6 49/23 70/20
**possessed [1]** 47/18
**possible [1]** 21/19
**Postal [1]** 44/16
**potential [2]** 71/12 73/6
**power [1]** 16/20
**preference [1]** 43/9
**prepared [2]** 19/8 94/8
**prescribed [1]** 99/7
**presence [1]** 19/5 19/10
**present [4]** 19/7 19/13 34/21 94/13
**presentence [4]** 19/8 22/4 94/7 94/17
**pressure [1]** 19/21
**pretenses [1]** 46/1
**pretty [1]** 9/4
**previous [1]** 27/13
**prior [2]** 28/4 91/9
**prison [1]** 22/18
**private [1]** 44/17
**probability [1]** 70/10
**probable [2]** 34/13 34/24
**probation [3]** 19/9 22/7 94/8
**proceed [10]** 6/6 6/15 6/21 7/7 7/13
7/15 7/20 8/1 16/8 35/3
**proceedings [7]** 4/5 8/11 16/24 96/4
97/24 98/4 99/5
**process [2]** 16/20 19/25
**produced [1]** 4/5
**production [1]** 16/20
**promise [12]** 1/11 3/2 6/19 9/24 19/16
64/21 65/13 66/2 78/2 78/6 78/12
78/15
**promises [7]** 19/20 36/9 46/1 78/8
78/10 78/12 78/14
**prompted [1]** 19/20
**property [2]** 73/4 73/20
**proposing [6]** 23/16 29/18 30/23
31/6 31/14 31/22 32/5 32/14 32/22
33/5 33/13 71/14
**prosecution [1]** 11/19
**prove [4]** 17/5 44/3 49/3 49/20

**provide [5]** 8/12 8/20 16/11 33/8 33/10
**provided [13]** 52/1 53/16 67/4 67/11
67/16 67/23 68/8 68/14 68/21 69/3
79/8 83/8 94/16
**providing [1]** 8/17
**psychiatrist [3]** 26/1 26/10 27/1
**public [5]** 2/23 3/2 3/16 16/7 10/20
**punishment [25]** 21/24 50/15 51/2
51/12 51/22 52/7 52/17 53/2 53/12
67/3 67/4 67/10 67/11 67/17 67/18
67/24 67/25 68/6 68/7 68/13 68/14
68/20 68/21 69/2 69/3
**purely [1]** 19/22
**purpose [10]** 44/17 45/4 45/6 46/5
46/18 46/22 48/10 48/13 49/25 50/4
**pursuant [1]** 45/8
**pursue [1]** 34/21
**put [1]** 85/25

**Q**

**question [6]** 8/25 9/7 9/9 23/18 61/8
70/16
**questions [10]** 8/15 8/16 8/19 8/24
9/12 11/17 23/13 66/6 79/8 79/9

**R**

**RACHEL [2]** 3/1 6/20
**raise [1]** 9/13
**range [13]** 21/18 21/19 22/4 22/8
22/11 67/4 67/11 67/18 67/25 68/7
68/14 68/21 69/3
**RAY [2]** 2/16 3/10
**reached [3]** 46/15 48/6 49/22
**read [18]** 12/11 41/16 41/18 43/4 43/8
58/21 58/22 61/8 87/3 87/4 87/16
87/17 87/19 87/20 88/20 88/23 88/24
89/3
**reading [1]** 89/1
**reads [1]** 91/6
**ready [12]** 6/6 6/9 6/15 6/21 7/2 7/7
7/13 7/14 7/20 8/1 8/7 8/8
**REARRAIGNMENT [1]** 2/15
**reason [16]** 8/11 19/23 30/18 31/1
31/9 31/17 31/25 32/9 32/17 32/25
37/12 37/18 37/24 38/5 38/11 38/17
**reasonable [2]** 17/6 22/11
**reasonably [2]** 47/2 48/18
**receive [1]** 77/7
**received [9]** 26/21 40/21 40/24 50/19
51/6 51/16 52/11 52/21 53/6
**recent [1]** 94/14
**recess [1]** 98/3
**recommend [2]** 83/5 93/16
**record [7]** 8/23 9/17 9/20 12/11 43/7
91/19 99/5
**Reed [1]** 95/5
**referral [1]** 94/21
**reflect [2]** 9/17 91/19
**Reform [2]** 20/17 45/8
**regarding [3]** 22/20 69/8 96/8
**reject [1]** 78/13
**related [1]** 78/5
**release [24]** 71/22 71/25 72/1 72/19
72/22 72/23 73/9 73/12 73/13 74/4
74/7 74/8 75/7 75/10 75/11 75/24 76/2
76/3 76/15 76/18 76/19 96/8 96/18
97/8

Case 1:21-cr-00399-RDM   Document 150   Filed 03/22/23   Page 108 of 110

**R**

**Case et [2]** 22/10 48/23
**released [2]** 1/3 75/2
**relevant [5]** 72/6 73/2 73/17 74/13 76/24
**reloading [1]** 47/22
**rely [1]** 19/15
**remaining [1]** 78/7
**remanded [2]** 96/5 97/23
**reminded [1]** 95/25
**repeat [1]** 9/10
**rephrase [1]** 9/10
**report [7]** 19/8 22/5 94/8 94/10 94/17 94/22 95/2
**reported [2]** 4/5 22/6
**REPORTER [2]** 4/1 99/12
**REPORTER'S [1]** 98/5
**represent [1]** 16/25
**representation [8]** 50/19 51/6 51/16 52/1 52/11 52/21 53/6 53/16
**representations [2]** 44/14 46/1
**representatives [1]** 19/6
**representing [1]** 6/12
**request [1]** 34/22
**require [6]** 43/3 72/1 74/8 75/11 76/3 76/19
**required [7]** 17/5 40/18 44/3 45/10 45/12 45/15 70/5
**responses [1]** 92/19
**rest [1]** 70/15
**restitution [10]** 72/4 72/6 72/25 73/2 73/15 73/17 74/11 74/13 76/22 76/24
**result [2]** 49/13 70/4
**resume [34]** 83/8 83/11 83/21 84/6 84/16 85/1 85/12 85/23 86/12 86/22 87/4 87/17 87/20 87/24 88/12 88/15 88/21 88/22 89/1 89/2 89/21 90/8 90/11 90/16 90/20 90/23 91/2 91/15 91/21 92/1 92/5 92/9 92/13 92/17
**resumes [2]** 83/9 92/17
**retains [1]** 13/6
**return [1]** 34/13
**review [1]** 19/9
**revoke [5]** 71/25 74/8 75/10 76/2 76/19
**RHODES [30]** 3/6 7/1 7/2 7/6 7/8 14/18 14/24 31/9 37/18 39/10 39/16 51/10 51/13 51/17 51/20 51/23 52/1 53/23 55/24 56/4 69/14 80/21 81/2 81/11 84/8 84/13 84/18 84/23 90/22 97/4
**right [42]** 6/3 6/17 8/9 9/14 10/8 16/6 16/17 16/19 16/23 17/7 18/4 22/13 22/14 22/15 28/8 34/15 35/7 35/20 36/23 43/7 44/1 51/3 51/13 51/23 52/8 52/18 53/3 53/13 53/23 53/24 54/23 54/25 57/20 60/25 62/20 66/5 70/19 77/9 78/16 79/25 91/12 91/19
**rights [5]** 16/16 17/9 18/5 70/19 70/21
**Roman [1]** 91/16
**Room [5]** 2/24 3/3 3/7 4/2 99/10
**RPR [3]** 4/1 99/3 99/11

**S**

**said [3]** 88/23 94/23 95/1
**Sam [1]** 7/12
**same [7]** 8/13 8/17 8/17 8/18 46/13 54/21 74/1
**SAMUEL [2]** 3/10 3/10
**sanctions [1]** 71/16
**satisfied [5]** 50/10 51/5 51/15 51/23 52/10 52/20 53/5 53/15 92/19
**save [1]** 9/2
**say [5]** 8/10 54/24 91/7 91/17 94/7
**Schedule [5]** 46/25 47/5 48/17 48/21 50/7
**scheme [7]** 44/12 44/13 44/18 45/24 45/25 46/5 72/7
**school [2]** 25/2 25/11
**scope [5]** 46/23 47/3 48/14 48/19 50/5
**seated [8]** 9/16 80/10 80/20 81/5 81/14 81/24 82/19 83/4
**second [11]** 44/13 45/4 45/10 45/25 47/19 48/9 49/8 49/25 91/16 95/7 95/10
**section [5]** 16/9 21/21 88/21 94/15 96/17
**see [7]** 16/18 37/12 37/18 37/24 38/5 38/11 38/17
**seems [1]** 9/4
**Senior [1]** 95/16
**sent [1]** 44/16
**sentence [8]** 20/20 21/17 22/4 22/10 22/11 22/13 77/7 94/12
**sentenced [5]** 22/18 95/4 95/8 95/1 95/16
**sentencing [25]** 13/8 20/17 20/19 20/23 20/23 21/18 21/20 21/20 22/20 50/15 51/2 51/12 51/22 52/7 52/17 53/2 53/12 78/7 94/9 94/15 94/17 95/22 95/25 96/18 98/1
**serve [6]** 70/20 72/1 74/8 75/11 76/3 76/20
**Service [1]** 44/16
**set [3]** 44/5 62/20 63/11
**sets [1]** 95/22
**setting [2]** 96/9 98/2
**settings [1]** 96/15
**seven [2]** 54/8 56/20
**severe [1]** 77/7
**severity [1]** 94/11
**share [1]** 95/24
**she [3]** 18/24 30/23 31/14
**shoot [1]** 47/21
**shot [1]** 47/22
**should [15]** 11/17 19/15 19/19 19/22 37/13 37/19 37/25 38/6 38/12 38/18 47/3 48/19 54/24 91/7 91/17
**sic [2]** 47/17 48/3
**sign [3]** 16/9 40/15 46/4
**signal [1]** 46/4
**signature [46]** 14/4 14/7 14/10 14/12 14/15 14/18 14/21 14/24 15/2 15/5 15/8 15/11 15/14 15/17 15/20 15/23 39/1 39/4 39/7 39/10 39/13 39/16 39/19 39/22 39/25 40/3 40/6 40/9 54/20 55/14 83/16 83/18 84/1 84/3 84/11 84/13 84/21 84/23 85/6 85/8 85/17 85/19 86/16 86/18 86/23 86/25
**signatures [15]** 54/13 54/16 55/17 56/2 56/4 56/13 56/15 57/1 57/4 58/4 58/7 58/16 58/18 60/5 88/25
**signed [39]** 14/3 38/24 54/9 54/21 55/3 55/9 55/10 55/10 55/23 55/24 56/6 56/22 56/22 57/24 57/25 58/13
**58/13 58/22 59/13 59/23 60/1 61/9 62/2 83/12 83/23 83/23 84/8 84/8 84/10 85/3 85/5 86/3 86/13 87/17 87/20 87/25 88/12 88/15 99/9**
**since [1]** 78/1
**single [1]** 47/22
**SINGLETERRY [18]** 3/18 7/25 8/1 15/17 32/17 38/11 40/3 52/25 53/3 53/7 57/25 58/6 69/22 82/10 82/16 86/18 92/8 97/15
**sir [325]**
**sit [1]** 9/3
**sitting [1]** 95/19
**six [6]** 25/24 26/9 26/25 55/22 57/23 58/11
**SMITH [1]** 3/6
**some [14]** 8/22 8/23 16/12 22/14 23/13 25/16 33/9 33/9 33/17 53/20 54/2 78/5 78/8 78/9
**something [2]** 44/15 44/16
**Sometimes [1]** 9/6
**somewhere [6]** 67/4 67/11 67/18 67/25 68/7 68/14 68/21 69/3
**sorry [5]** 10/7 10/17 49/5 49/5 64/4
**sound [2]** 29/25 46/4
**special [7]** 72/3 72/24 73/14 74/10 75/13 76/5 76/21
**specific [2]** 44/19 46/7
**specifically [1]** 60/23
**speedy [1]** 16/17
**spelled [8]** 10/16 10/20 10/23 11/1 11/4 11/7 11/10 11/14
**stages [1]** 16/24
**stand [9]** 9/13 80/2 80/11 80/21 81/6 81/15 82/1 82/11 82/21
**standpoint [1]** 96/21
**state [2]** 9/20 71/12
**stated [12]** 89/20 90/7 90/10 90/15 90/19 90/22 91/1 91/20 91/25 92/4 92/8 92/12
**statement [2]** 11/19 19/16
**STATES [44]** 1/1 1/4 1/8 1/13 1/17 1/22 2/1 2/5 2/10 2/16 2/19 6/19 6/24 7/5 7/11 7/17 7/23 8/4 14/2 16/7 16/16 17/5 20/18 21/21 34/11 34/17 34/18 35/4 43/4 44/4 44/16 70/3 70/5 70/7 71/12 88/20 94/14 95/5 95/12 95/17 96/3 96/17 97/24 99/8
**statute [8]** 67/5 67/12 67/19 68/1 68/8 68/15 68/22 69/4
**stenography [1]** 4/5
**still [1]** 77/8
**stipulate [5]** 54/25 55/2 91/12 91/15 91/18
**stipulated [3]** 21/22 21/25 88/21
**stipulations [1]** 22/1
**Street [9]** 2/20 2/24 3/3 3/7 3/11 3/15 3/19 4/2 99/16
**styled [7]** 54/7 55/7 55/21 56/20 57/23 58/11 83/9
**subject [8]** 72/12 73/22 74/17 74/21 74/25 75/17 76/8 77/3
**substance [13]** 46/16 46/24 47/1 47/4 47/6 48/7 48/15 48/17 48/20 48/22 49/23 50/6 50/7
**such [18]** 16/18 17/2 17/4 34/19 37/15 37/21 38/2 38/8 38/14 38/20 46/5

## S

**Suite [2]** 2/20 3/15 3/19
75/10 76/3 76/19
**suffer [2]** 29/2 29/20
**Suite [2]** 2/20 3/15 3/19
**superseding [15]** 11/5 33/15 33/17
40/22 41/17 43/5 47/16 48/4 68/6
81/18 91/7 91/10 93/2 93/12 94/1
**supervised [16]** 71/22 71/25 72/19
72/22 72/23 73/9 73/12 73/13 74/4
74/7 75/7 75/10 75/24 76/2 76/15
76/18
**supervision [7]** 72/10 73/4 73/19
74/15 75/15 76/6 77/1
**supplement [1]** 64/4
**support [1]** 83/7
**supported [1]** 93/6
**Supreme [1]** 20/18
**sure [3]** 23/13 53/23 95/23
**swore [1]** 9/18
**sworn [2]** 9/14 9/15
**system [1]** 22/17

## T

**TAFT [19]** 3/1 6/20 6/21 14/12 31/1
50/25 51/3 51/7 55/10 55/17 69/12
70/10 80/11 80/17 83/23 84/3 90/19
91/20 97/1
**take [2]** 21/25 96/19
**talk [2]** 19/4 54/3
**talking [1]** 40/20
**TAYLOR [8]** 1/15 2/24 3/3 3/6 3/7 3/15
6/24 10/1
**Telephone [10]** 2/21 2/25 3/4 3/8 3/12
3/16 3/20 3/24 4/3 99/17
**tell [2]** 9/18 94/25
**telling [1]** 94/23
**ten [1]** 75/5
**Tenth [1]** 25/18
**term [24]** 71/22 71/24 72/1 72/2 72/19
72/21 72/23 73/9 73/11 73/13 74/4
74/6 74/7 74/8 75/7 75/9 75/11 75/24
76/1 76/13 76/15 76/17 76/18 76/19
**terms [2]** 63/10 96/8
**TERRY [21]** 3/10 3/10 7/12 7/13 15/5
31/25 38/5 39/22 52/5 52/8 52/12
56/10 56/15 69/18 81/15 81/21 85/3
85/8 91/25 95/16 97/9
**testify [2]** 17/3 17/3
**TEXAS [25]** 1/2 1/5 1/9 1/14 1/18 1/23
2/2 2/6 2/11 2/20 2/21 2/24 2/25 3/2
3/3 3/7 3/8 3/11 3/16 3/20 3/23 4/2
99/12 99/13 99/16
**than [14]** 33/11 34/23 47/22 64/20
65/12 74/2 74/3 74/5 75/22 76/13
76/16 77/7 96/2 97/22
**Thank [19]** 6/17 8/9 9/16 28/8 32/8
53/19 66/5 79/25 80/10 80/20 81/5
81/14 81/24 82/9 82/19 83/4 86/11
91/24 96/25
**that [305]**
**that's [10]** 9/9 10/8 23/17 53/23 53/25
54/7 55/21 56/19 58/10 61/2
**their [1]** 93/17
**them [10]** 18/5 46/13 90/17 90/24 91/3
91/22 92/2 92/6 92/10 92/14
**then [16]** 8/25 40/19 54/3 65/20 66/6

78/15 80/1 83/5 86/1 92/16 93/17 95/2
95/23 96/1 96/12 97/21
**there [54]** 8/6 8/25 14/18 14/24 14/5
15/18 15/23 18/2 26/4 26/20 27/13
28/4 29/16 34/13 39/5 39/10 39/16
39/22 40/9 54/11 54/17 55/12 55/25
56/5 56/11 56/16 56/24 57/5 57/10
57/10 57/15 58/2 58/7 58/19 69/7
83/14 83/19 83/24 84/3 84/9 84/13
84/19 84/23 85/4 85/8 85/15 85/19
85/25 86/1 86/1 86/6 86/14 86/19
96/19
**there's [4]** 8/12 34/24 57/8 83/7
**therefore [1]** 44/4
**these [8]** 6/13 8/11 17/9 40/12 46/13
94/20 96/20 98/3
**they [8]** 14/2 40/14 56/6 90/13 91/21
91/23 92/3 92/7
**they've [1]** 14/2
**thing [1]** 9/19
**Third [8]** 25/4 44/15 45/12 46/2 46/20
48/11 49/11 50/2
**this [29]** 9/13 16/11 16/17 23/12 23/17
33/8 43/7 50/22 52/12 53/20 61/9 62/1
62/20 69/6 70/4 70/16 79/10 80/2
80/12 80/22 81/16 88/19 89/2 92/20
95/7 95/14 97/24 98/3 99/9
**those [35]** 6/15 8/16 18/4 33/15 46/14
54/13 54/16 55/17 55/18 56/2 56/4
56/13 56/15 57/1 57/4 57/11 57/14
58/4 58/6 58/15 58/18 72/16 74/1 78/8
78/10 78/14 86/2 86/2 86/5 86/8 86/9
93/17 95/2 96/16 99/7
**though [2]** 9/6 35/4
**threats [2]** 19/21 36/9
**three [8]** 71/22 72/19 73/9 75/7 75/24
76/16 83/11 85/12
**through [4]** 9/3 33/19 44/16 85/25
**time [20]** 9/2 9/5 9/7 9/13 16/11 23/12
33/8 43/7 53/20 69/7 79/10 80/2 80/12
80/22 81/16 88/19 89/2 95/25 97/24
98/3
**times [3]** 8/18 8/19 8/21
**Title [2]** 21/20 96/16
**today [24]** 6/4 8/11 9/12 13/5 23/15
26/6 26/22 27/15 28/6 30/1 50/12
50/24 51/9 51/20 52/4 52/14 52/24
53/10 70/8 94/20 94/24 95/2 95/3 96/6
**too [4]** 14/8 15/6 39/23 57/18
**toward [1]** 9/7
**transcript [4]** 2/15 4/5 99/4 99/6
**transmitted [2]** 46/2 46/3
**treated [2]** 27/18 27/18
**treatment [4]** 26/5 26/21 27/14 28/5
**trial [8]** 16/17 16/18 17/2 17/4 18/3
18/4 18/5 44/3
**trigger [1]** 47/23
**TRISTAN [4]** 2/12 3/22 8/4 10/14
**true [14]** 89/21 90/8 90/11 90/16 90/20
90/23 91/2 91/21 91/22 92/1 92/6
92/10 92/14 99/4
**truth [1]** 9/18
**try [1]** 8/20
**twice [3]** 71/20 72/17 73/7
**two [8]** 46/14 48/5 49/21 84/6 84/17
85/2 86/12 86/22
**two-page [2]** 86/12 86/22

## U

**under [30]** 9/12 11/17 20/17 21/19
21/20 22/9 22/14 25/25 26/9 26/25
28/9 34/11 60/25 71/23 72/5 72/20
73/1 73/10 73/16 74/5 74/12 75/8
75/25 76/16 76/23 91/6 91/16 96/8
96/16 98/1
**underlying [3]** 45/19 45/22 78/4
**understand [54]** 11/16 11/20 12/12
13/4 13/9 17/8 18/6 19/24 22/19 29/17
30/1 33/10 33/22 33/24 35/20 42/10
59/12 59/22 59/25 61/8 65/8 65/10
66/25 67/7 67/14 67/21 68/3 68/10
68/17 68/24 70/2 70/16 70/22 72/11
73/21 74/16 74/20 74/24 75/16 76/7
77/2 77/6 78/18 87/24 88/11 88/14
90/17 90/24 91/3 91/22 92/2 92/6
92/10 92/14
**understanding [1]** 23/14
**understood [1]** 88/24
**UNITED [44]** 1/1 1/4 1/8 1/13 1/17
1/22 2/1 2/5 2/10 2/16 2/19 6/18 6/24
7/5 7/11 7/17 7/23 8/4 14/2 16/7 16/16
17/5 20/18 21/21 34/11 34/17 34/18
35/4 43/4 44/4 44/16 70/3 70/5 70/6
71/12 88/20 94/14 95/5 95/12 95/17
96/3 96/17 97/23 99/8
**University [2]** 25/6 25/7
**unlawful [8]** 45/4 45/6 46/18 46/21
48/9 48/12 49/25 50/3
**unless [4]** 18/24 22/14 34/12 43/7
**until [1]** 22/4
**up [4]** 9/13 43/8 89/2 96/19
**upon [5]** 19/2 19/15 44/4 60/5 78/4
**use [1]** 16/19
**used [1]** 11/18
**usually [1]** 83/8

## V

**valuable [1]** 70/18
**verdict [2]** 19/2 19/7
**Very [2]** 96/11 97/21
**victims [8]** 71/21 72/4 72/18 72/25
73/8 73/15 74/11 76/22
**violates [7]** 71/24 72/21 73/11 74/6
75/9 76/1 76/18
**VOL [1]** 5/2
**VOLUME [1]** 2/15
**voluntarily [5]** 16/6 23/17 40/14 62/19
64/2
**voluntary [10]** 19/22 30/24 31/6 31/15
31/22 32/5 32/14 32/22 33/5 93/6
**vote [1]** 70/19
**vs [15]** 1/5 1/10 1/14 1/19 1/23 2/2 2/7
2/11 6/19 6/24 7/5 7/11 7/17 7/23 8/4

## W

**waive [33]** 18/4 22/14 34/15 34/20
35/2 36/10 36/23 37/13 37/19 37/25
38/6 38/12 38/18 43/7 43/11 43/13
43/15 43/17 43/19 43/21 43/23 43/25
62/19 88/25 89/3 89/5 89/7 89/9 89/11
89/13 89/15 89/17 89/19
**waived [1]** 16/6
**waiver [23]** 37/15 37/21 38/2 38/8
38/14 38/20 39/2 39/8 39/14 39/20

**W**

**waiver [12]** 40/10 55/4 55/16 55/17 55/7 55/21 56/8 56/19 57/21 58/10 60/25 61/9 62/1

**waivers [2]** 38/24 40/13

**waiving [1]** 35/7

**want [4]** 53/23 60/23 94/25 97/25

**was [13]** 9/9 40/13 40/16 45/8 45/10 45/12 45/16 47/21 49/4 49/7 49/8 54/21 57/9

**way [3]** 40/18 46/3 66/7

**we [7]** 7/14 7/21 33/19 69/22 91/18 96/10 96/19

**we'll [4]** 33/19 40/19 54/3 98/3

**we're [1]** 30/1

**weapon [2]** 47/20 47/21

**well [36]** 6/13 7/7 9/5 14/19 14/25 15/12 15/18 15/24 18/4 39/5 39/17 40/10 40/20 54/17 55/11 55/18 56/5 56/16 56/23 57/5 57/15 58/1 58/7 58/19 83/19 84/4 84/14 84/24 85/9 85/20 86/6 86/9 86/19 94/17 96/11 97/21

**were [4]** 17/6 24/10 78/13 91/21

**what [17]** 9/8 19/18 22/8 23/15 24/10 26/5 26/22 27/15 28/6 30/1 44/3 65/18 77/7 94/23 94/24 95/25 96/7

**What's [2]** 10/6 43/9

**whatever [1]** 40/23

**when [2]** 9/7 33/19

**where [3]** 19/5 57/9 95/19

**whether [4]** 17/3 19/1 19/16 78/11

**which [26]** 17/4 34/25 43/6 44/7 44/8 70/17 71/14 71/15 71/16 71/22 72/4 72/5 72/20 72/25 73/1 73/10 73/15 73/16 74/5 74/11 74/12 75/8 75/25 76/16 76/22 76/23

**while [1]** 54/2

**who [1]** 18/23

**whole [1]** 79/7

**why [7]** 23/17 37/12 37/18 37/24 38/5 38/12 38/17

**will [76]** 8/23 9/2 9/2 9/3 9/17 13/8 18/2 19/4 19/8 19/8 19/11 19/12 19/14 19/18 22/3 22/18 23/16 30/23 31/6 31/14 31/22 32/5 32/7 32/14 32/22 33/5 35/3 40/14 64/3 67/1 67/3 67/8 67/10 67/15 67/17 67/22 67/24 68/4 68/7 68/11 68/13 68/18 68/20 69/1 69/2 71/12 71/23 73/10 74/5 75/8 75/25 76/17 77/8 77/8 78/3 78/7 83/5 91/19 93/18 93/19 93/21 93/23 93/25 94/1 94/3 94/5 94/8 94/9 94/16 94/18 95/4 95/11 95/16 95/21 95/23 95/24

**WILLENBURG [4]** 4/1 99/3 99/11 99/11

**willful [1]** 45/16

**willfully [4]** 45/5 46/21 48/12 50/3

**wire [4]** 45/2 45/19 45/22 46/3

**wish [3]** 36/23 89/3 97/25

**wishes [1]** 34/21

**withdraw [3]** 22/2 77/9 78/16

**within [14]** 22/10 22/16 25/24 26/8 26/24 67/4 67/11 67/18 67/25 68/7 68/14 68/21 69/3 95/3

**without [3]** 47/22 49/12 49/14

**witnesses [2]** 16/19 16/21

**word [1]** 85/24

**work [1]** 9/4

**WORTH [19]** 1/3 1/5 1/9 1/14 1/16 1/23 2/2 2/6 2/11 2/21 2/25 3/3 3/8 3/11 3/16 3/20 4/2 99/13 99/16

**would [24]** 9/12 16/1 16/25 17/3 17/3 17/4 17/5 17/6 18/4 43/3 44/3 45/18 49/13 78/15 80/1 80/1 80/21 81/15 81/25 82/10 82/20 88/19 88/25 91/5

**WRIGHT [73]** 2/12 3/23 8/5 8/5 10/13 10/15 11/13 12/9 13/2 13/23 15/20 17/24 18/21 20/15 21/14 23/10 24/8 24/25 25/22 27/3 28/2 28/6 28/25 29/23 30/16 33/1 34/9 35/18 36/7 36/21 37/10 38/18 40/6 41/14 42/8 43/1 43/24 49/19 50/8 53/9 58/9 58/15 59/10 60/3 60/21 61/6 61/24 62/17 63/8 63/25 64/18 65/18 66/23 68/24 69/25 71/9 76/11 77/2 77/22 79/5 79/23 82/20 82/22 83/2 86/21 86/23 87/22 88/17 89/18 90/13 94/5 95/15 97/19

**Wright's [4]** 65/22 92/13 93/4 93/15

**write [1]** 12/11

**writing [1]** 46/4

**written [6]** 38/23 63/11 64/20 65/12 94/22 95/2

**Y**

**y'all [2]** 33/13 40/20

**yahoo.com [2]** 4/3 99/18

**year [2]** 24/10 25/4

**years [15]** 71/19 71/23 72/17 72/20 73/7 73/10 74/2 74/3 74/5 75/5 75/8 75/23 75/25 76/13 76/16

**Yes [377]**

**you [443]**

**you'll [3]** 81/6 95/8 95/24

**you're [23]** 9/6 9/7 23/15 23/16 26/5 26/22 27/15 28/6 29/18 33/22 50/12 50/24 51/9 51/19 52/4 52/14 52/24 53/9 70/10 70/17 71/14 85/11 95/19

**you've [27]** 26/21 34/15 50/14 50/19 50/25 51/1 51/6 51/10 51/11 51/16 51/20 51/21 52/5 52/6 52/11 52/15 52/15 52/21 52/25 53/1 53/6 53/10 53/11 55/23 56/22 57/24 58/13

**your [478]**

**yours [1]** 86/22